UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHIE C. CURRIER, on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER,<br><br>       Plaintiffs,<br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>       Defendant. | Civil Action No. 07-11691 |

## NOTICE OF REMOVAL

Defendant National Board of Medical Examiners ("NBME"), by its undersigned attorneys, in accordance with the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441, removes this action to this Court, and states as follows:

(1)    Plaintiffs initiated this action on September 6, 2007, by filing a Verified Complaint and Motion for Preliminary Injunction against National Board of Medical Examiners in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Norfolk County (Civil Action No. 07-01515) ("The State Court Action").

(2)    Counsel for the defendant was served with a copy of the Verified Complaint and Motion for Preliminary Injunction on September 7, 2007. The time within which this action may be removed to the United States District Court for the District of Massachusetts expires on October 7, 2007, which represents 30 days following the defendant's receipt of the Summons and Complaint (28 U.S.C. §1446(b)).  A copy of the Verified Complaint, Motion for Preliminary Injunction, and related filings are hereby attached as Exhibit A.

(3) The Complaint alleges multiple claims surrounding plaintiff Sophie C. Currier's taking of the United States Medical Licensing Examination, sponsored jointly by defendant NBME and the Federation of State Medical Boards. Count I is a claim asserted by plaintiffs under 42 U.S.C. § 1983, alleging a violation of their rights under the United States Constitution.

(4) The Court has jurisdiction over the federal claim pursuant to 28 U.S.C. § 1331, and that claim is properly removed pursuant to 28 U.S.C. §§ 1441(a) and (b). As the remaining state law claims are all part of the same case or controversy as the federal claim, the Court has pendent jurisdiction over the state law claims alleged pursuant to 28 U.S.C. § 1441(c).

(5) Copies of all process, pleadings and orders initially received by defendant in the State Court Action are attached to this Notice as <u>Exhibit A.</u>

WHEREFORE, defendant requests that the State Court Action proceed before this Court as an action properly removed.

Respectfully submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS,

By its attorneys,

/s/ Joseph F. Savage, Jr.
Joseph F. Savage, Jr. (BBO # 443030)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: September 11, 2007

## CERTIFICATE OF SERVICE

I, Joseph F. Savage, Jr., counsel for defendant National Board of Medical Examiners, do hereby certify that the foregoing document has been served upon the following counsel for plaintiff by delivering a copy by electronic mail and regular mail on this 11th day of September, 2007:

Christine S. Collins
Bowditch & Dewey LLP
311 Main Street
PO Box 15156
Worcester, MA 01615
ccollins@bowditch.com

                                              **/s/** Joseph F. Savage, Jr._____
                                              Joseph F. Savage, Jr.