# EXHIBIT A
# (PART 2)

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

NORFOLK, SS                                      CIVIL ACTION NO.

| | |
|---|---|
| SOPHIE C. CURRIER on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER, Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF ALISON STUEBE, M.D.

I, Alison Stuebe, on oath, do depose and state the following:

1.      I am a clinical fellow in maternal-fetal medicine at Brigham and Women's Hospital in Boston, Massachusetts.  I have been practicing medicine since 2001.  I make this Affidavit based upon my own personal knowledge unless otherwise stated herein.

2.      I am a member of the Board of Directors of the Massachusetts Breastfeeding Coalition and a member of the Academy of Breastfeeding Medicine. I have written extensively on the medical benefits of breastfeeding including *Duration of Lactation and Incidence of Type II Diabetes* for the Journal of the American Medical Association (2005) (with J. Rich-Edwards; W. Willett; J. Manson; and K. Michels) and *Maternal Medications and Breastfeeding* (2005) (with K. Fiumara and K. Lee).  I have also given numerous presentations regarding the health benefits of breastfeeding, most

recently to the Society for Maternal-Fetal Medicine in San Francisco in February 2007 regarding the duration of lactation and reduced incidence of heart attacks.

3.    The American Academy of Pediatrics, the American College of Obstetricians and Gynecologists, the Academy of Breastfeeding Medicine, and the American Academy of Family Practice recommend that an infant be exclusively breastfed for the first six (6) months after birth and partially breast-fed for up to at least twelve (12) months of age.  See Policy Statement from the American Academy of Pediatrics ("AAP"), entitled "Breastfeeding and the Use of Human Milk" dated February 1, 2005, attached hereto as Exhibit A; Committee Opinion and Special Report from the American College of Obstetricians and Gynecologists entitled "Breastfeeding:  Maternal and Infant Impacts," dated February 1, 2007, attached hereto as Exhibit B; Position Paper from the American Academy of Family Physicians, entitled "Breastfeeding," dated 2001, attached hereto as Exhibit C.

4.    As described by the policy statements and opinions cited above and by the United States Department of Health and Human Services opinion entitled "Breastfeeding: HHS Blueprint for Action on Breastfeeding" which is attached hereto as Exhibit D, it is well-established in the fields of medicine and public health that breastfeeding improves infants' general health, growth, and development, and significantly decreases the risk of numerous acute and chronic diseases.  Breastfeeding also provides long and short-term benefits to mothers who nurse, including accelerated pregnancy-related weight loss and decreased risks of breast and ovarian cancer and osteoporosis.  The public health benefits of breastfeeding include decreased health care costs due to reductions in infant morbidity.

<u>See</u> The Economic Benefits of Breastfeeding: A Review and Analysis. ERS Food Assistance and Nutrition Report No. 13, 2001.

5.      A nursing mother of a four month old infant should express breast milk a minimum of every three hours in order to maintain milk production, avoid engorgement, pain, blockage of milk ducts, galactoceles (milk retention cysts), mastitis (an infection of the breast leading caused by the blocking of the milk ducts), and breast abscesses. Incomplete expression of milk may also lead to blocked milk ducts, galactoceals, and mastitis. Engorgement is a particular concern and can become severe, causing the breasts to redden and become painful. Mothers can even develop a low-grade fever which may signal infection. The milk pooling in engorged breasts also releases chemical signals that decrease milk production. If unrelieved, prolonged engorgement can begin the weaning process or contribute to insufficient milk supply which directly affects the health of the infant. When a woman is unable to nurse directly, use of a breast pump allows for the expression of milk and reduces the risk of these conditions, all of which can be painful and potentially require medical and surgical intervention.

6.      In order to fully and properly express breast milk using an electric breast pump, a nursing mother requires approximately twenty-five to thirty minutes per pumping session, which includes three (3) to five (5) minutes for pump assembly, ten (10) to twelve (12) minutes to express milk, and five (5) to ten (10) minutes to disassemble and clean the pump and to store or dispose of the expressed milk. It is possible to decrease the total amount of assembly and disassembly time needed to pump breast milk by using extra (clean) pump parts by approximately five to seven minutes.

7.      Use of a breast pump requires a private location because all such pumps require a woman to expose her breasts in order to assemble and to properly position the equipment during the pumping process.

8.      It is recommended that a nursing mother consume an additional 500 calories and 0.7 liters (23 ounces) of liquids per day to maintain an adequate milk supply and thus, nursing mothers require regular trips to the restroom.

9.      Although it is possible to eat and/or drink while expressing milk using a breast pump, this would require the mother to have access to a suitable private space and to configure a chair, table and breast pump so that she could balance the pump flanges while eating.  This is not recommended.

10.     It is also not recommended that a woman use a restroom to express breast milk due to the risk of infection.  Furthermore, to maintain proper hygiene, a nursing mother's hands and the breast pump parts must be cleaned in a sink with potable running water after the pumping process.

11.     Based on my years of experience as a physician and my work in the field of breastfeeding, forty-five minutes is insufficient time for a nursing mother of a four-month-old infant to eat, drink, use the restroom and to fully and properly express breast milk using an electric pump two times over the course of eight hours.

12.     Maternal employment is a major barrier to breastfeeding, especially in the absence of workplace facilities and support.  Approximately one-third of mothers return to work three months after the birth of their child.  In order to maintain an adequate milk supply and follow medical recommendations to breastfeed exclusively for six months,

these mothers must be permitted to express milk using breast pumps while outside of the home and adequate time to do so.

13.    If a female medical student who is nursing is forced to delay taking the USMLE, graduating from medical school, obtaining a medical license and beginning a residency position for as little as one year, it will cause her significant hardship. This delay will very likely to cause injury to her reputation amongst her professional peers. It will certainly delay her ability to earn a living and to begin repayment of medical school loans, and may lead to loss of clinical knowledge and skills.

14.    With appropriate breastfeeding support, it is possible for a female medical student to continue her medical career by taking and passing the United States Licensing Medical Examination, graduating from medical school, and beginning her residency position while breastfeeding an infant. Such support includes adequate time to express milk when she is away from home and a private, sanitary place for her to do so. Without such support, it is extremely difficult for a female physician to continue both breastfeeding and pursuing a medical career, requiring a mother to choose between following unanimous medical recommendations to breastfeed and advancing her medical training.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3th DAY OF SEPTEMBER, 2007.

Alison Stuebe, M.D.

5

# EXHIBIT A

{}

# AAP POLICY

| HOME | HELP | E-MAIL ALERTS | SEARCH |

This policy is a revision of the policy posted on December 1, 1997.

**POLICY STATEMENT**

PEDIATRICS Vol. 115 No. 2 February 2005, pp. 496-506 (doi:10.1542/peds.2004-2491)

POLICY STATEMENT

# Breastfeeding and the Use of Human Milk

**Section on Breastfeeding**

- ▸ Abstract of this Article
- ▸ PDF Version of this Article
- ▸ Email this article to a friend
- ▸ Similar articles found in:
  AAP Policy Online

  PubMed
- ▸ PubMed Citation
- ▸ This Article has been cited by:
  other online articles
- ▸ Download to Citation Manager

## ▸ ABSTRACT

Considerable advances have occurred in recent years in the scientific knowledge of the benefits of breastfeeding, the mechanisms underlying these benefits, and in the clinical management of breastfeeding. This policy statement on breastfeeding replaces the 1997 policy statement of the American Academy of Pediatrics and reflects this newer knowledge and the supporting publications. The benefits of breastfeeding for the infant, the mother, and the community are summarized, and recommendations to guide the pediatrician and other health care professionals in assisting mothers in the initiation and maintenance of breastfeeding for healthy term infants and high-risk infants are presented. The policy statement delineates various ways in which pediatricians can promote, protect, and support breastfeeding not only in their individual practices but also in the hospital, medical school, community, and nation.

**Key Words:** breast • breastfeeding • breast milk • human milk • lactation

**Abbreviations:** AAP, American Academy of Pediatrics • WIC, Supplemental Nutrition Program for Women, Infants, and Children • CMV, cytomegalovirus • G6PD, glucose-6-phosphate dehydrogenase

- ▲ TOP
- • ABSTRACT
- ▾ INTRODUCTION
- ▾ THE NEED
- ▾ CONTRAINDICATIONS TO...
- ▾ CONDITIONS THAT ARE NOT...
- ▾ THE CHALLENGE
- ▾ RECOMMENDATIONS ON BREASTFEEDING...
- ▾ ADDITIONAL RECOMMENDATIONS FOR...
- ▾ ROLE OF PEDIATRICIANS AND...
- ▾ CONCLUSIONS
- • Section on Breastfeeding, 2003...
- ▾ Liaisons
- ▾ Staff
- ▾ REFERENCES

## ▸ INTRODUCTION

Extensive research using improved epidemiologic methods and modern laboratory techniques documents diverse and compelling advantages for infants, mothers, families, and society from

- ▲ TOP
- ▲ ABSTRACT
- • INTRODUCTION
- ▾ THE NEED
- ▾ CONTRAINDICATIONS TO...

breastfeeding and use of human milk for infant feeding.[1] These advantages include health, nutritional, immunologic, developmental, psychologic, social, economic, and environmental benefits. In 1997, the American Academy of Pediatrics (AAP) published the policy statement *Breastfeeding and the Use of Human Milk*.[2] Since then, significant advances in science and clinical medicine have occurred. This revision cites substantial new research on the importance of breastfeeding and sets forth

▼ CONDITIONS THAT ARE NOT...
▼ THE CHALLENGE
▼ RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

principles to guide pediatricians and other health care professionals in assisting women and children in the initiation and maintenance of breastfeeding. The ways pediatricians can protect, promote, and support breastfeeding in their individual practices, hospitals, medical schools, and communities are delineated, and the central role of the pediatrician in coordinating breastfeeding management and providing a medical home for the child is emphasized.[3] These recommendations are consistent with the goals and objectives of *Healthy People 2010*,[4] the Department of Health and Human Services' *HHS Blueprint for Action on Breastfeeding*,[5] and the United States Breastfeeding Committee's *Breastfeeding in the United States: A National Agenda*.[6]

This statement provides the foundation for issues related to breastfeeding and lactation management for other AAP publications including the *New Mother's Guide to Breastfeeding*[7] and chapters dealing with breastfeeding in the AAP/American College of Obstetricians and Gynecologists *Guidelines for Perinatal Care*,[8] the *Pediatric Nutrition Handbook*,[9] the *Red Book*,[10] and the *Handbook of Pediatric Environmental Health*.[11]

▶ # THE NEED

## Child Health Benefits

Human milk is species-specific, and all substitute feeding preparations differ markedly from it, making human milk uniquely superior for infant feeding.[12] Exclusive breastfeeding is the reference or normative model against which all alternative feeding methods must be measured with regard to growth, health, development, and all other short- and long-term outcomes. In addition, human milk-fed premature infants receive significant benefits with respect to host protection and improved developmental outcomes compared with formula-fed premature infants.[13–22] From studies in preterm and term infants, the following outcomes have been documented.

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
• THE NEED
▼ CONTRAINDICATIONS TO...
▼ CONDITIONS THAT ARE NOT...
▼ THE CHALLENGE
▼ RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

### Infectious Diseases

Research in developed and developing countries of the world, including middle-class populations in developed countries, provides strong evidence that human milk feeding decreases the incidence and/or severity of a wide range of infectious diseases[23] including bacterial meningitis,[24,25] bacteremia,[25,26] diarrhea,[27–33] respiratory tract infection,[22,33–40] necrotizing enterocolitis,[20,21] otitis media,[27,41–45] urinary tract infection,[46,47] and late-onset sepsis in preterm infants.[17,20] In addition, postneonatal infant mortality rates in the United States are reduced by 21% in breastfed infants.[48]

### Other Health Outcomes

Case 1:07-cv-11691-WGY    Document 1-3    Filed 09/11/07    Page 10 of 24

Some studies suggest decreased rates of sudden infant death syndrome in the first year of life[49–55] and reduction in incidence of insulin-dependent (type 1) and non–insulin-dependent (type 2) diabetes mellitus,[56–59] lymphoma, leukemia, and Hodgkin disease,[60–62] overweight and obesity,[19,63–70] hypercholesterolemia,[71] and asthma[36–39] in older children and adults who were breastfed, compared with individuals who were not breastfed. Additional research in this area is warranted.

### Neurodevelopment

Breastfeeding has been associated with slightly enhanced performance on tests of cognitive development.[14,15,72–80] Breastfeeding during a painful procedure such as a heel-stick for newborn screening provides analgesia to infants.[81,82]

## Maternal Health Benefits

Important health benefits of breastfeeding and lactation are also described for mothers.[83] The benefits include decreased postpartum bleeding and more rapid uterine involution attributable to increased concentrations of oxytocin,[84] decreased menstrual blood loss and increased child spacing attributable to lactational amenorrhea,[85] earlier return to prepregnancy weight,[86] decreased risk of breast cancer,[87–92] decreased risk of ovarian cancer,[93] and possibly decreased risk of hip fractures and osteoporosis in the postmenopausal period.[94–96]

## Community Benefits

In addition to specific health advantages for infants and mothers, economic, family, and environmental benefits have been described. These benefits include the potential for decreased annual health care costs of $3.6 billion in the United States[97,98]; decreased costs for public health programs such as the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC)[99]; decreased parental employee absenteeism and associated loss of family income; more time for attention to siblings and other family matters as a result of decreased infant illness; decreased environmental burden for disposal of formula cans and bottles; and decreased energy demands for production and transport of artificial feeding products.[100–102] These savings for the country and for families would be offset to some unknown extent by increased costs for physician and lactation consultants, increased office-visit time, and cost of breast pumps and other equipment, all of which should be covered by insurance payments to providers and families.

## ▶  CONTRAINDICATIONS TO BREASTFEEDING

Although breastfeeding is optimal for infants, there are a few conditions under which breastfeeding may not be in the best interest of the infant. Breastfeeding is contraindicated in infants with classic galactosemia (galactose 1-phosphate uridyltransferase deficiency)[103]; mothers who have active untreated tuberculosis disease or are human T-cell lymphotropic virus type I– or II–positive[104,105]; mothers who are receiving diagnostic or therapeutic radioactive isotopes or have had exposure to radioactive materials (for as long as there is radioactivity in the milk)[106–108]; mothers who are receiving antimetabolites or chemotherapeutic agents or a small number of other medications

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▼ CONDITIONS THAT ARE NOT...
▼ THE CHALLENGE
▼ RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

until they clear the milk[109,110]; mothers who are using drugs of abuse ("street drugs"); and mothers who have herpes simplex lesions on a breast (infant may feed from other breast if clear of lesions). Appropriate information about infection-control measures should be provided to mothers with infectious diseases.[111]

In the United States, mothers who are infected with human immunodeficiency virus (HIV) have been advised not to breastfeed their infants.[112] In developing areas of the world with populations at increased risk of other infectious diseases and nutritional deficiencies resulting in increased infant death rates, the mortality risks associated with artificial feeding may outweigh the possible risks of acquiring HIV infection.[113,114] One study in Africa detailed in 2 reports[115,116] found that exclusive breastfeeding for the first 3 to 6 months after birth by HIV-infected mothers did not increase the risk of HIV transmission to the infant, whereas infants who received mixed feedings (breastfeeding with other foods or milks) had a higher rate of HIV infection compared with infants who were exclusively formula-fed. Women in the United States who are HIV-positive should not breastfeed their offspring. Additional studies are needed before considering a change from current policy recommendations.

# ▶ CONDITIONS THAT ARE NOT CONTRAINDICATIONS TO BREASTFEEDING

Certain conditions have been shown to be compatible with breastfeeding. Breastfeeding is not contraindicated for infants born to mothers who are hepatitis B surface antigen–positive,[111] mothers who are infected with hepatitis C virus (persons with hepatitis C virus antibody or hepatitis C virus-RNA–positive blood),[111] mothers who are febrile (unless cause is a contraindication outlined in the previous section),[117] mothers who have been exposed to low-level environmental chemical agents,[118,119] and mothers who are seropositive carriers of cytomegalovirus (CMV) (not recent converters if the infant is term).[111] Decisions about breastfeeding of very low birth weight infants (birth weight <1500 g) by mothers known to be CMV-seropositive should be made with consideration of the potential benefits of human milk versus the risk of CMV transmission.[120,121] Freezing and pasteurization can significantly decrease the CMV viral load in milk.[122]

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▼ CONDITIONS THAT ARE NOT...
▼ THE CHALLENGE
▼ RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

Tobacco smoking by mothers is not a contraindication to breastfeeding, but health care professionals should advise all tobacco-using mothers to avoid smoking within the home and to make every effort to wean themselves from tobacco as rapidly as possible.[110]

Breastfeeding mothers should avoid the use of alcoholic beverages, because alcohol is concentrated in breast milk and its use can inhibit milk production. An occasional celebratory single, small alcoholic drink is acceptable, but breastfeeding should be avoided for 2 hours after the drink.[123]

For the great majority of newborns with jaundice and hyperbilirubinemia, breastfeeding can and should be continued without interruption. In rare instances of severe hyperbilirubinemia, breastfeeding may need to be interrupted temporarily for a brief period.[124]

# ▶ THE CHALLENGE

Data indicate that the rate of initiation and duration of breastfeeding in the United States are well below the *Healthy*

▲ TOP
▲ ABSTRACT

*People 2010* goals (see Table 1). [4,125] Furthermore, many of the mothers counted as breastfeeding were supplementing their infants with formula during the first 6 months of the infant's life. [5,126] Although breastfeeding initiation rates have increased steadily since 1990, exclusive breastfeeding initiation rates have shown little or no increase over that same period of time. Similarly, 6 months after birth, the proportion of infants who are exclusively breastfed has increased at a much slower rate than that of infants who receive mixed feedings. [125] The AAP Section on Breastfeeding, American College of Obstetricians and

▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
· THE CHALLENGE
▼ RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

Gynecologists, American Academy of Family Physicians, Academy of Breastfeeding Medicine, World Health Organization, United Nations Children's Fund, and many other health organizations recommend exclusive breastfeeding for the first 6 months of life. [12,127–130] Exclusive breastfeeding is defined as an infant's consumption of human milk with no supplementation of any type (no water, no juice, no nonhuman milk, and no foods) except for vitamins, minerals, and medications. [131] Exclusive breastfeeding has been shown to provide improved protection against many diseases and to increase the likelihood of continued breastfeeding for at least the first year of life.

**View this table:** **TABLE 1.** Breastfeeding Rates for Infants in the United States: Any (Exclusive)
[in this window]
[in a new window]

Obstacles to initiation and continuation of breastfeeding include insufficient prenatal education about breastfeeding[132,133]; disruptive hospital policies and practices[134]; inappropriate interruption of breastfeeding[135]; early hospital discharge in some populations[136]; lack of timely routine follow-up care and postpartum home health visits[137]; maternal employment[138,139] (especially in the absence of workplace facilities and support for breastfeeding)[140]; lack of family and broad societal support[141]; media portrayal of bottle feeding as normative[142]; commercial promotion of infant formula through distribution of hospital discharge packs, coupons for free or discounted formula, and some television and general magazine advertising[143,144]; misinformation; and lack of guidance and encouragement from health care professionals. [135,145,146]

# RECOMMENDATIONS ON BREASTFEEDING FOR HEALTHY TERM INFANTS

1. Pediatricians and other health care professionals should recommend human milk for all infants in whom breastfeeding is not specifically contraindicated and provide parents with complete, current information on the benefits and techniques of breastfeeding to ensure that their feeding decision is a fully informed one. [147–149]
   o When direct breastfeeding is not possible, expressed human milk should be provided. [150,151] If a known contraindication to breastfeeding is identified, consider

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
· RECOMMENDATIONS ON BREASTFEEDING...
▼ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff

Case 1:07-cv-11691-WGY    Document 1-3    Filed 09/11/07    Page 13 of 24

whether the contraindication may be temporary, and if so, advise pumping to maintain milk production.

▾ REFERENCES

Before advising against breastfeeding or recommending premature weaning, weigh the benefits of breastfeeding against the risks of not receiving human milk.

2.  Peripartum policies and practices that optimize breastfeeding initiation and maintenance should be encouraged.
    o   Education of both parents before and after delivery of the infant is an essential component of successful breastfeeding. Support and encouragement by the father can greatly assist the mother during the initiation process and during subsequent periods when problems arise. Consistent with appropriate care for the mother, minimize or modify the course of maternal medications that have the potential for altering the infant's alertness and feeding behavior.[152,153] Avoid procedures that may interfere with breastfeeding or that may traumatize the infant, including unnecessary, excessive, and overvigorous suctioning of the oral cavity, esophagus, and airways to avoid oropharyngeal mucosal injury that may lead to aversive feeding behavior.[154,155]

3.  Healthy infants should be placed and remain in direct skin-to-skin contact with their mothers immediately after delivery until the first feeding is accomplished.[156–158]
    o   The alert, healthy newborn infant is capable of latching on to a breast without specific assistance within the first hour after birth.[156] Dry the infant, assign Apgar scores, and perform the initial physical assessment while the infant is with the mother. The mother is an optimal heat source for the infant.[159,160] Delay weighing, measuring, bathing, needle-sticks, and eye prophylaxis until after the first feeding is completed. Infants affected by maternal medications may require assistance for effective latch-on.[156] Except under unusual circumstances, the newborn infant should remain with the mother throughout the recovery period.[161]

4.  Supplements (water, glucose water, formula, and other fluids) should not be given to breastfeeding newborn infants unless ordered by a physician when a medical indication exists.[148,162–165]

5.  Pacifier use is best avoided during the initiation of breastfeeding and used only after breastfeeding is well established.[166–168]
    o   In some infants early pacifier use may interfere with establishment of good breastfeeding practices, whereas in others it may indicate the presence of a breastfeeding problem that requires intervention.[169]
    o   This recommendation does not contraindicate pacifier use for nonnutritive sucking and oral training of premature infants and other special care infants.

6.  During the early weeks of breastfeeding, mothers should be encouraged to have 8 to 12 feedings at the breast every 24 hours, offering the breast whenever the infant shows early signs of hunger such as increased alertness, physical activity, mouthing, or rooting.[170]
    o   Crying is a late indicator of hunger.[171] Appropriate initiation of breastfeeding is facilitated by continuous rooming-in throughout the day and night.[172] The mother should offer both breasts at each feeding for as long a period as the infant remains at the breast.[173] At each feed the first breast offered should be alternated so that both breasts receive equal stimulation and draining. In the early weeks after birth, nondemanding infants should be aroused to feed if 4 hours have elapsed since the beginning of the last feeding.
    o   After breastfeeding is well established, the frequency of feeding may decline to approximately 8 times per 24 hours, but the infant may increase the frequency again with growth spurts or when an increase in milk

Case 1:07-cv-11691-WGY   Document 1-3   Filed 09/11/07   Page 14 of 24

volume is desired.

7. Formal evaluation of breastfeeding, including observation of position, latch, and milk transfer, should be undertaken by trained caregivers at least twice daily and fully documented in the record during each day in the hospital after birth.[174,175]

   o Encouraging the mother to record the time and duration of each breastfeeding, as well as urine and stool output during the early days of breastfeeding in the hospital and the first weeks at home, helps to facilitate the evaluation process. Problems identified in the hospital should be addressed at that time, and a documented plan for management should be clearly communicated to both parents and to the medical home.

8. All breastfeeding newborn infants should be seen by a pediatrician or other knowledgeable and experienced health care professional at 3 to 5 days of age as recommended by the AAP.[124,176,177]

   o This visit should include infant weight; physical examination, especially for jaundice and hydration; maternal history of breast problems (painful feedings, engorgement); infant elimination patterns (expect 3–5 urines and 3–4 stools per day by 3–5 days of age; 4–6 urines and 3–6 stools per day by 5–7 days of age); and a formal, observed evaluation of breastfeeding, including position, latch, and milk transfer. Weight loss in the infant of greater than 7% from birth weight indicates possible breastfeeding problems and requires more intensive evaluation of breastfeeding and possible intervention to correct problems and improve milk production and transfer.

9. Breastfeeding infants should have a second ambulatory visit at 2 to 3 weeks of age so that the health care professional can monitor weight gain and provide additional support and encouragement to the mother during this critical period.

10. Pediatricians and parents should be aware that exclusive breastfeeding is sufficient to support optimal growth and development for approximately the first 6 months of life‡ and provides continuing protection against diarrhea and respiratory tract infection.[30,34,128,178–184] Breastfeeding should be continued for at least the first year of life and beyond for as long as mutually desired by mother and child.[185]

    o Complementary foods rich in iron should be introduced gradually beginning around 6 months of age.[186–187] Preterm and low birth weight infants and infants with hematologic disorders or infants who had inadequate iron stores at birth generally require iron supplementation before 6 months of age.[148,188–192] Iron may be administered while continuing exclusive breastfeeding.

    o Unique needs or feeding behaviors of individual infants may indicate a need for introduction of complementary foods as early as 4 months of age, whereas other infants may not be ready to accept other foods until approximately 8 months of age.[193]

    o Introduction of complementary feedings before 6 months of age generally does not increase total caloric intake or rate of growth and only substitutes foods that lack the protective components of human milk.[194]

    o During the first 6 months of age, even in hot climates, water and juice are unnecessary for breastfed infants and may introduce contaminants or allergens.[195]

    o Increased duration of breastfeeding confers significant health and developmental benefits for the child and the mother, especially in delaying return of fertility (thereby promoting optimal intervals between births).[196]

    o There is no upper limit to the duration of breastfeeding and no evidence of psychologic or developmental harm from breastfeeding into the third year of life or longer.[197]

    o Infants weaned before 12 months of age should not receive cow's milk but should receive iron-fortified

infant formula.[198]

11. All breastfed infants should receive 1.0 mg of vitamin $K_1$ oxide intramuscularly after the first feeding is completed and within the first 6 hours of life.[199]
     o Oral vitamin K is not recommended. It may not provide the adequate stores of vitamin K necessary to prevent hemorrhage later in infancy in breastfed infants unless repeated doses are administered during the first 4 months of life.[200]

12. All breastfed infants should receive 200 IU of oral vitamin D drops daily beginning during the first 2 months of life and continuing until the daily consumption of vitamin D-fortified formula or milk is 500 mL.[201]
     o Although human milk contains small amounts of vitamin D, it is not enough to prevent rickets. Exposure of the skin to ultraviolet B wavelengths from sunlight is the usual mechanism for production of vitamin D. However, significant risk of sunburn (short-term) and skin cancer (long-term) attributable to sunlight exposure, especially in younger children, makes it prudent to counsel against exposure to sunlight. Furthermore, sunscreen decreases vitamin D production in skin.

13. Supplementary fluoride should not be provided during the first 6 months of life.[202]
     o From 6 months to 3 years of age, the decision whether to provide fluoride supplementation should be made on the basis of the fluoride concentration in the water supply (fluoride supplementation generally is not needed unless the concentration in the drinking water is <0.3 ppm) and in other food, fluid sources, and toothpaste.

14. Mother and infant should sleep in proximity to each other to facilitate breastfeeding.[203]
15. Should hospitalization of the breastfeeding mother or infant be necessary, every effort should be made to maintain breastfeeding, preferably directly, or pumping the breasts and feeding expressed milk if necessary.

# ADDITIONAL RECOMMENDATIONS FOR HIGH-RISK INFANTS

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▼ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Linisons
▼ Staff
▼ REFERENCES

- Hospitals and physicians should recommend human milk for premature and other high-risk infants either by direct breastfeeding and/or using the mother's own expressed milk.[13] Maternal support and education on breastfeeding and milk expression should be provided from the earliest possible time. Mother-infant skin-to-skin contact and direct breastfeeding should be encouraged as early as feasible.[204,205] Fortification of expressed human milk is indicated for many very low birth weight infants.[13] Banked human milk may be a suitable feeding alternative for infants whose mothers are unable or unwilling to provide their own milk. Human milk banks in North America adhere to national guidelines for quality control of screening and testing of donors and pasteurize all milk before distribution.[206–208] Fresh human milk from unscreened donors is not recommended because of the risk of transmission of infectious agents.

- Precautions should be followed for infants with glucose-6-phosphate dehydrogenase (G6PD) deficiency. G6PD deficiency has been associated with an increased risk of hemolysis, hyperbilirubinemia, and kernicterus.[209] Mothers who breastfeed infants with known or suspected G6PD deficiency should not ingest fava beans or medications such as nitrofurantoin, primaquine phosphate, or phenazopyridine hydrochloride, which are known to induce hemolysis in deficient individuals.[210,211]

# ROLE OF PEDIATRICIANS AND OTHER HEALTH CARE ▶ PROFESSIONALS IN PROTECTING, PROMOTING, AND SUPPORTING BREASTFEEDING

Many pediatricians and other health care professionals have made great efforts in recent years to support and improve breastfeeding success by following the principles and guidance provided by the AAP,[2] the American College of Obstetricians and Gynecologists,[127] the American Academy of Family Physicians,[128] and many other organizations.[5,6,8,130,133,142,162] The following guidelines summarize these concepts for providing an optimal breastfeeding environment.

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▶ ROLE OF PEDIATRICIANS AND...
▼ CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

## General

- Promote, support, and protect breastfeeding enthusiastically. In consideration of the extensively published evidence for improved health and developmental outcomes in breastfed infants and their mothers, a strong position on behalf of breastfeeding is warranted.
- Promote breastfeeding as a cultural norm and encourage family and societal support for breastfeeding.
- Recognize the effect of cultural diversity on breastfeeding attitudes and practices and encourage variations, if appropriate, that effectively promote and support breastfeeding in different cultures.

## Education

- Become knowledgeable and skilled in the physiology and the current clinical management of breastfeeding.
- Encourage development of formal training in breastfeeding and lactation in medical schools, in residency and fellowship training programs, and for practicing pediatricians.
- Use every opportunity to provide age-appropriate breastfeeding education to children and adults in the medical setting and in outreach programs for student and parent groups.

## Clinical Practice

- Work collaboratively with the obstetric community to ensure that women receive accurate and sufficient information throughout the perinatal period to make a fully informed decision about infant feeding.
- Work collaboratively with the dental community to ensure that women are encouraged to continue to breastfeed and use good oral health practices. Infants should receive an oral health-risk assessment by the pediatrician between 6 months and 1 year of age and/or referred to a dentist for evaluation and treatment if at risk of dental caries or other oral health problems.[212]
- Promote hospital policies and procedures that facilitate breastfeeding. Work actively toward eliminating hospital

Case 1:07-cv-11684-WGY   Document 1-3   Filed 09/11/07   Page 17 of 24

policies and practices that discourage breastfeeding (eg, promotion of infant formula in hospitals including infant formula discharge packs and formula discount coupons, separation of mother and infant, inappropriate infant feeding images, and lack of adequate encouragement and support of breastfeeding by all health care staff). Encourage hospitals to provide in-depth training in breastfeeding for all health care staff (including physicians) and have lactation experts available at all times.

- Provide effective breast pumps and private lactation areas for all breastfeeding mothers (patients and staff) in ambulatory and inpatient areas of the hospital.[213]
- Develop office practices that promote and support breastfeeding by using the guidelines and materials provided by the AAP Breastfeeding Promotion in Physicians' Office Practices program.[214]
- Become familiar with local breastfeeding resources (eg, WIC clinics, breastfeeding medical and nursing specialists, lactation educators and consultants, lay support groups, and breast-pump rental stations) so that patients can be referred appropriately.[215] When specialized breastfeeding services are used, the essential role of the pediatrician as the infant's primary health care professional within the framework of the medical home needs to be clarified for parents.
- Encourage adequate, routine insurance coverage for necessary breastfeeding services and supplies, including the time required by pediatricians and other licensed health care professionals to assess and manage breastfeeding and the cost for the rental of breast pumps.
- Develop and maintain effective communication and coordination with other health care professionals to ensure optimal breastfeeding education, support, and counseling. AAP and WIC breastfeeding coordinators can facilitate collaborative relationships and develop programs in the community and in professional organizations for support of breastfeeding.
- Advise mothers to continue their breast self-examinations on a monthly basis throughout lactation and to continue to have annual clinical breast examinations by their physicians.

**Society**

- Encourage the media to portray breastfeeding as positive and normative.
- Encourage employers to provide appropriate facilities and adequate time in the workplace for breastfeeding and/or milk expression.
- Encourage child care providers to support breastfeeding and the use of expressed human milk provided by the parent.
- Support the efforts of parents and the courts to ensure continuation of breastfeeding in separation and custody proceedings.
- Provide counsel to adoptive mothers who decide to breastfeed through induced lactation, a process requiring professional support and encouragement.
- Encourage development and approval of governmental policies and legislation that are supportive of a mother's choice to breastfeed.

**Research**

- Promote continued basic and clinical research in the field of breastfeeding. Encourage investigators and funding agencies to pursue studies that further delineate the scientific understandings of lactation and breastfeeding that lead to improved clinical practice in this medical field.[216]

▶ **CONCLUSIONS**

Although economic, cultural, and political pressures often confound decisions about infant feeding, the AAP firmly adheres to the position that breastfeeding ensures the best possible health as well as the best developmental and psychosocial outcomes for the infant. Enthusiastic support and involvement of pediatricians in the promotion and practice of breastfeeding is essential to the achievement of optimal infant and child health, growth, and development.

## ▶ Section on Breastfeeding, 2003–2004

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▲ ROLE OF PEDIATRICIANS AND...
· CONCLUSIONS
▼ Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

*Lawrence M. Gartner, MD, Chairperson

Jane Morton, MD

Ruth A. Lawrence, MD

Audrey J. Naylor, MD, DrPH

Donna O'Hare, MD

Richard J. Schanler, MD

*Arthur I. Eidelman, MD

Policy Committee Chairperson

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▲ ROLE OF PEDIATRICIANS AND...
▲ CONCLUSIONS
· Section on Breastfeeding, 2003...
▼ Liaisons
▼ Staff
▼ REFERENCES

## ▶ Liaisons

Nancy F. Krebs, MD

Committee on Nutrition

Alice Lenihan, MPH, RD, LPN

National WIC Association

John Queenan, MD

American College of Obstetricians and Gynecologists

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▲ ROLE OF PEDIATRICIANS AND...
▲ CONCLUSIONS
▲ Section on Breastfeeding, 2003...
· Liaisons
▼ Staff
▼ REFERENCES

## ▶ Staff

Betty Crase, IBCLC, RLC

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▲ ROLE OF PEDIATRICIANS AND...
▲ CONCLUSIONS
▲ Section on Breastfeeding, 2003...
▲ Liaisons
• Staff
▼ REFERENCES

▶    **FOOTNOTES**

‡ There is a difference of opinion among AAP experts on this matter. The Section on Breastfeeding acknowledges that the Committee on Nutrition supports introduction of complementary foods between 4 and 6 months of age when safe and nutritious complementary foods are available. ◧

\* *Lead authors* ◧

▶    **REFERENCES**

▲ TOP
▲ ABSTRACT
▲ INTRODUCTION
▲ THE NEED
▲ CONTRAINDICATIONS TO...
▲ CONDITIONS THAT ARE NOT...
▲ THE CHALLENGE
▲ RECOMMENDATIONS ON BREASTFEEDING...
▲ ADDITIONAL RECOMMENDATIONS FOR...
▲ ROLE OF PEDIATRICIANS AND...
▲ CONCLUSIONS
▲ Section on Breastfeeding, 2003...
▲ Liaisons
▲ Staff
• REFERENCES

1.  Kramer MS, Chalmers B, Hodnett ED, et al. Promotion of Breastfeeding Intervention Trial (PROBIT): a randomized trial in the Republic of Belarus. *JAMA.* 2001;285 :413 –420 [Abstract/Free Full Text]
2.  American Academy of Pediatrics, Work Group on Breastfeeding. Breastfeeding and the use of human milk. *Pediatrics.* 1997;100 :1035 –1039[Abstract/Free Full Text]
3.  American Academy of Pediatrics, Medical Home Initiatives for Children With Special Needs Project Advisory Committee. The medical home. *Pediatrics.* 2002;110 :184 – 186[Abstract/Free Full Text]
4.  US Department of Health and Human Services. *Healthy People 2010: Conference Edition—Volumes I and II.* Washington, DC: US Department of Health and Human Services, Public Health Service, Office of the Assistant Secretary for Health; 2000:47–48
5.  US Department of Health and Human Services. *HHS Blueprint for Action on Breastfeeding.* Washington, DC: US Department of Health and Human Services, Office on Women's Health; 2000
6.  United States Breastfeeding Committee. *Breastfeeding in the United States: A National Agenda.* Rockville, MD: US Department of Health and Human Services, Health Resources and Services Administration, Maternal and Child Health Bureau; 2001
7.  American Academy of Pediatrics. *New Mother's Guide to Breastfeeding.* Meek JY, ed. New York, NY: Bantam Books; 2002
8.  American Academy of Pediatrics, American College of Obstetricians and Gynecologists. *Guidelines for Perinatal Care.* Gilstrap LC, Oh W, eds. 5th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2002
9.  American Academy of Pediatrics, Committee on Nutrition. *Pediatric Nutrition Handbook.* Kleinman RE, ed. 5th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2004
10. American Academy of Pediatrics. *Red Book: 2003 Report of the Committee on Infectious Diseases.* Pickering LK, ed. 26th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2003

11. American Academy of Pediatrics, Committee on Environmental Health. *Handbook of Pediatric Environmental Health*. Etzel RA, Balk SJ, eds. 2nd ed. Elk Grove Village, IL: American Academy of Pediatrics; 2003

12. Hambraeus L, Forsum E, Lönnerdal B. Nutritional aspects of breast milk and cow's milk formulas. In: Hambraeus L, Hanson L, MacFarlane H, eds. *Symposium on Food and Immunology*. Stockholm, Sweden: Almqvist and Wiksell; 1975

13. Schanler RJ. The use of human milk for premature infants. *Pediatr Clin North Am*. 2001;48 :207 –219[CrossRef][ISI][Medline]

14. Lucas A, Morley R, Cole TJ. Randomised trial of early diet in preterm babies and later intelligence quotient. *BMJ*. 1998;317 :1481 –1487[Abstract/Free Full Text]

15. Horwood LJ, Darlow BA, Mogridge N. Breast milk feeding and cognitive ability at 7–8 years. *Arch Dis Child Fetal Neonatal Ed*. 2001;84 :F23 –F27[Abstract/Free Full Text]

16. Amin SB, Merle KS, Orlando MS, Dalzell LE, Guillet R. Brainstem maturation in premature infants as a function of enteral feeding type. *Pediatrics*. 2000;106 :318 –322[Abstract/Free Full Text]

17. Hylander MA, Strobino DM, Dhanireddy R. Human milk feedings and infection among very low birth weight infants. *Pediatrics*. 1998;102(3) . Available at: www.pediatrics.org/cgi/content/full/102/3/e38

18. Hylander MA, Strobino DM, Pezzullo JC, Dhanireddy R. Association of human milk feedings with a reduction in retinopathy of prematurity among very low birthweight infants. *J Perinatol*. 2001;21 :356 –362[CrossRef][Medline]

19. Singhal A, Farooqi IS, O'Rahilly S, Cole TJ, Fewtrell M, Lucas A. Early nutrition and leptin concentrations in later life. *Am J Clin Nutr*. 2002;75 :993 –999[Abstract/Free Full Text]

20. Schanler RJ, Shulman RJ, Lau C. Feeding strategies for premature infants: beneficial outcomes of feeding fortified human milk versus preterm formula. *Pediatrics*. 1999;103 :1150 –1157[Abstract/Free Full Text]

21. Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. *Lancet*. 1990;336 :1519 –1523[CrossRef][ISI][Medline]

22. Blaymore Bier J, Oliver T, Ferguson A, Vohr BR. Human milk reduces outpatient upper respiratory symptoms in premature infants during their first year of life. *J Perinatol*. 2002;22 :354 –359[CrossRef][Medline]

23. Heinig MJ. Host defense benefits of breastfeeding for the infant. Effect of breastfeeding duration and exclusivity. *Pediatr Clin North Am*. 2001;48 :105 –123, ix[CrossRef][ISI][Medline]

24. Cochi SL, Fleming DW, Hightower AW, et al. Primary invasive *Haemophilus influenzae* type b disease: a population-based assessment of risk factors. *J Pediatr*. 1986;108 :887 –896[CrossRef][ISI][Medline]

25. Istre GR, Conner JS, Broome CV, Hightower A, Hopkins RS. Risk factors for primary invasive *Haemophilus influenzae* disease: increased risk from day care attendance and school-aged household members. *J Pediatr*. 1985;106 :190 –195[CrossRef][ISI][Medline]

26. Takala AK, Eskola J, Palmgren J, et al. Risk factors of invasive *Haemophilus influenzae* type b disease among children in Finland. *J Pediatr*. 1989;115 :694 –701[CrossRef][ISI][Medline]

27. Dewey KG, Heinig MJ, Nommsen-Rivers LA. Differences in morbidity between breast-fed and formula-fed infants. *J Pediatr*. 1995;126 :696 –702[CrossRef][ISI][Medline]

28. Howie PW, Forsyth JS, Ogston SA, Clark A, Florey CD. Protective effect of breast feeding against infection. *BMJ*. 1990;300 :11 –16

29. Kramer MS, Guo T, Platt RW, et al. Infant growth and health outcomes associated with 3 compared with 6 mo of exclusive breastfeeding. *Am J Clin Nutr*. 2003;78 :291 –295[Abstract/Free Full Text]

30. Popkin BM, Adair L, Akin JS, Black R, Briscoe J, Flieger W. Breast-feeding and diarrheal morbidity. *Pediatrics*. 1990;86 :874 –882[Abstract/Free Full Text]

31. Beaudry M, Dufour R, Marcoux S. Relation between infant feeding and infections during the first six months of life. *J Pediatr*. 1995;126 :191 –197[CrossRef][ISI][Medline]

32. Bhandari N, Bahl R, Mazumdar S, Martines J, Black RE, Bhan MK. Effect of community-based promotion of exclusive breastfeeding on diarrhoeal illness and growth: a cluster randomized controlled trial. Infant Feeding Study Group. *Lancet*. 2003;361 :1418 –1423[CrossRef][ISI][Medline]

33. Lopez-Alarcon M, Villalpando S, Fajardo A. Breast-feeding lowers the frequency and duration of acute respiratory infection and diarrhea in infants under six months of age. *J Nutr*. 1997;127 :436 –443[Abstract/Free Full Text]

34. Bachrach VR, Schwarz E, Bachrach LR. Breastfeeding and the risk of hospitalization for respiratory disease in infancy: a meta-analysis. *Arch Pediatr Adolesc Med*. 2003;157 :237 –243[Abstract/Free Full Text]

35. Oddy WH, Sly PD, de Klerk NH, et al. Breast feeding and respiratory morbidity in infancy: a birth cohort study.

*Arch Dis Child.* 2003;88 :224 –228[Abstract/Free Full Text]

36. Chulada PC, Arbes SJ Jr, Dunson D, Zeldin DC. Breast-feeding and the prevalence of asthma and wheeze in children: analyses from the Third National Health and Nutrition Examination Survey, 1988–1994. *J Allergy Clin Immunol.* 2003;111 :328 –336[CrossRef][ISI][Medline]

37. Oddy WH, Peat JK, de Klerk NH. Maternal asthma, infant feeding, and the risk of asthma in childhood. *J Allergy Clin Immunol.* 2002;110 :65 –67[CrossRef][ISI][Medline]

38. Gdalevich M, Mimouni D, Mimouni M. Breast-feeding and the risk of bronchial asthma in childhood: a systematic review with meta-analysis of prospective studies. *J Pediatr.* 2001;139 :261 –266[CrossRef][ISI] [Medline]

39. Oddy WH, Holt PG, Sly PD, et al. Association between breast feeding and asthma in 6 year old children: findings of a prospective birth cohort study. *BMJ.* 1999;319 :815 –819[Abstract/Free Full Text]

40. Wright AL, Holberg CJ, Taussig LM, Martinez FD. Relationship of infant feeding to recurrent wheezing at age 6 years. *Arch Pediatr Adolesc Med.* 1995;149 :758 –763[Abstract]

41. Saarinen UM. Prolonged breast feeding as prophylaxis for recurrent otitis media. *Acta Paediatr Scand.* 1982;71 :567 –571[ISI][Medline]

42. Duncan B, Ey J, Holberg CJ, Wright AL, Martinez FD, Taussig LM. Exclusive breast-feeding for at least 4 months protects against otitis media. *Pediatrics.* 1993;91 :867 –872[Abstract/Free Full Text]

43. Owen MJ, Baldwin CD, Swank PR, Pannu AK, Johnson DL, Howie VM. Relation of infant feeding practices, cigarette smoke exposure, and group child care to the onset and duration of otitis media with effusion in the first two years of life. *J Pediatr.* 1993;123 :702 –711[ISI][Medline]

44. Paradise JL, Elster BA, Tan L. Evidence in infants with cleft palate that breast milk protects against otitis media. *Pediatrics.* 1994;94 :853 –860[Abstract/Free Full Text]

45. Aniansson G, Alm B, Andersson B, et al. A prospective cohort study on breast-feeding and otitis media in Swedish infants. *Pediatr Infect Dis J.* 1994;13 :183 –188[ISI][Medline]

46. Pisacane A, Graziano L, Mazzarella G, Scarpellino B, Zona G. Breast-feeding and urinary tract infection. *J Pediatr.* 1992;120 :87 –89[CrossRef][ISI][Medline]

47. Marild S, Hansson S, Jodal U, Oden A, Svedberg K. Protective effect of breastfeeding against urinary tract infection. *Acta Paediatr.* 2004;93 :164 –168[CrossRef][ISI][Medline]

48. Chen A, Rogan WJ. Breastfeeding and the risk of postneonatal death in the United States. *Pediatrics.* 2004;113 (5) . Available at: www.pediatrics.org/cgi/content/full/113/5/e435

49. Horne RS, Parslow PM, Ferens D, Watts AM, Adamson TM. Comparison of evoked arousability in breast and formula fed infants. *Arch Dis Child.* 2004;89 (1):22 –25[Abstract/Free Full Text]

50. Ford RPK, Taylor BJ, Mitchell EA, et al. Breastfeeding and the risk of sudden infant death syndrome. *Int J Epidemiol.* 1993;22 :885 –890[Abstract/Free Full Text]

51. Mitchell EA, Taylor BJ, Ford RPK, et al. Four modifiable and other major risk factors for cot death: the New Zealand study. *J Paediatr Child Health.* 1992;28(suppl 1) :S3 –S8

52. Scragg LK, Mitchell EA, Tonkin SL, Hassall IB. Evaluation of the cot death prevention programme in South Auckland. *N Z Med J.* 1993;106 :8 –10[ISI][Medline]

53. Alm B, Wennergren G, Norvenius SG, et al. Breast feeding and the sudden infant death syndrome in Scandinavia, 1992–95. *Arch Dis Child.* 2002;86 :400 –402[Abstract/Free Full Text]

54. McVea KL, Turner PD, Peppler DK. The role of breastfeeding in sudden infant death syndrome. *J Hum Lact.* 2000;16 :13 –20[Abstract]

55. Mosko S, Richard C, McKenna J. Infant arousals during mother-infant bed sharing: implications for infant sleep and sudden infant death syndrome research. *Pediatrics.* 1997;100 :841 –849[Abstract/Free Full Text]

56. Gerstein HC. Cow's milk exposure and type 1 diabetes mellitus. A critical overview of the clinical literature. *Diabetes Care.* 1994;17 :13 –19[Abstract]

57. Kostraba JN, Cruickshanks KJ, Lawler-Heavner J, et al. Early exposure to cow's milk and solid foods in infancy, genetic predisposition, and the risk of IDDM. *Diabetes.* 1993;42 :288 –295[Abstract]

58. Pettit DJ, Forman MR, Hanson RL, Knowler WC, Bennett PH. Breastfeeding and the incidence of non-insulin-dependent diabetes mellitus in Pima Indians. *Lancet.* 1997;350 :166 –168[CrossRef][ISI][Medline]

59. Perez-Bravo E, Carrasco E, Guitierrez-Lopez MD, Martinez MT, Lopez G, de los Rios MG. Genetic predisposition and environmental factors leading to the development of insulin-dependent diabetes mellitus in Chilean children. *J Mol Med.* 1996;74 :105 –109[ISI][Medline]

60. Davis MK. Review of the evidence for an association between infant feeding and childhood cancer. *Int J Cancer*

*Suppl.* 1998;11 :29 –33[Medline]

61. Smulevich VB, Solionova LG, Belyakova SV. Parental occupation and other factors and cancer risk in children: I. Study methodology and non-occupational factors. *Int J Cancer.* 1999;83 :712 –717[CrossRef][ISI][Medline]

62. Bener A, Denic S, Galadari S. Longer breast-feeding and protection against childhood leukaemia and lymphomas. *Eur J Cancer.* 2001;37 :234 –238

63. Armstrong J, Reilly JJ, Child Health Information Team. Breastfeeding and lowering the risk of childhood obesity. *Lancet.* 2002;359 :2003 –2004[CrossRef][ISI][Medline]

64. Dewey KG, Heinig MJ, Nommsen LA, Peerson JM, Lonnerdal B. Breast-fed infants are leaner than formula-fed infants at 1 year of age: the DARLING study. *Am J Clin Nutr.* 1993;57 :140 –145[Abstract/Free Full Text]

65. Arenz S, Ruckerl R, Koletzko B, Von Kries R. Breast-feeding and childhood obesity—a systematic review. *Int J Obes Relat Metab Disord.* 2004;28 :1247 –1256[CrossRef][ISI][Medline]

66. Grummer-Strawn LM, Mei Z. Does breastfeeding protect against pediatric overweight? Analysis of longitudinal data from the Centers for Disease Control and Prevention Pediatric Nutrition Surveillance System. *Pediatrics.* 2004;113(2) . Available at: www.pediatrics.org/cgi/content/full/113/2/e81

67. Stettler N, Zemel BS, Kumanyika S, Stallings VA. Infant weight gain and childhood overweight status in a multicenter, cohort study. *Pediatrics.* 2002;109 :194 –199[Abstract/Free Full Text]

68. Gillman MW, Rifas-Shiman SL, Camargo CA, et al. Risk of overweight among adolescents who were breastfed as infants. *JAMA.* 2001;285 :2461 –2467[Abstract/Free Full Text]

69. Toschke AM, Vignerova J, Lhotska L, Osancova K, Koletzko B, von Kries R. Overweight and obesity in 6- to 14-year old Czech children in 1991: protective effect of breast-feeding. *J Pediatr.* 2002;141 :764 –769[CrossRef][ISI][Medline]

70. American Academy of Pediatrics, Committee on Nutrition. Prevention of pediatric overweight and obesity. *Pediatrics.* 2003;112 :424 –430[Abstract/Free Full Text]

71. Owen CG, Whincup PH, Odoki K, Gilg JA, Cook DG. Infant feeding and blood cholesterol: a study in adolescents and a systematic review. *Pediatrics.* 2002;110 :597 –608[Abstract/Free Full Text]

72. Horwood LJ, Fergusson DM. Breastfeeding and later cognitive and academic outcomes. *Pediatrics.* 1998;101 (1) . Available at: www.pediatrics.org/cgi/content/full/101/1/e9

73. Anderson JW, Johnstone BM, Remley DT. Breast-feeding and cognitive development: a meta-analysis. *Am J Clin Nutr.* 1999;70 :525 –535[Abstract/Free Full Text]

74. Jacobson SW, Chiodo LM, Jacobson JL. Breastfeeding effects on intelligence quotient in 4- and 11-year-old children. *Pediatrics.* 1999;103(5) . Available at: www.pediatrics.org/cgi/content/full/103/5/e71

75. Reynolds A. Breastfeeding and brain development. *Pediatr Clin North Am.* 2001;48 :159 –171[CrossRef][ISI][Medline]

76. Mortensen EL, Michaelsen KF, Sanders SA, Reinisch JM. The association between duration of breastfeeding and adult intelligence. *JAMA.* 2002;287 :2365 –2371[Abstract/Free Full Text]

77. Batstra L, Neeleman, Hadders-Algra M. Can breast feeding modify the adverse effects of smoking during pregnancy on the child's cognitive development? *J Epidemiol Community Health.* 2003;57 :403 –404 [Free Full Text]

78. Rao MR, Hediger ML, Levine RJ, Naficy AB, Vik T. Effect of breastfeeding on cognitive development of infants born small for gestational age. *Acta Paediatr.* 2002;91 :267 –274[CrossRef][ISI][Medline]

79. Bier JA, Oliver T, Ferguson AE, Vohr BR. Human milk improves cognitive and motor development of premature infants during infancy. *J Hum Lact.* 2002;18 :361 –367[Abstract]

80. Feldman R, Eidelman AI. Direct and indirect effects of breast-milk on the neurobehavioral and cognitive development of premature infants. *Dev Psychobiol.* 2003;43 :109 –119[CrossRef][ISI][Medline]

81. Gray L, Miller LW, Phillip BL, Blass EM. Breastfeeding is analgesic in healthy newborns. *Pediatrics.* 2002;109 :590 –593[Abstract/Free Full Text]

82. Carbajal R, Veerapen S, Couderc S, Jugie M, Ville Y. Analgesic effect of breast feeding in term neonates: randomized controlled trial. *BMJ.* 2003;326 :13[Abstract/Free Full Text]

83. Labbok MH. Effects of breastfeeding on the mother. *Pediatr Clin North Am.* 2001;48 :143 –158[CrossRef][ISI][Medline]

84. Chua S, Arulkumaran S, Lim I, Selamat N, Ratnam SS. Influence of breastfeeding and nipple stimulation on postpartum uterine activity. *Br J Obstet Gynaecol.* 1994;101 :804 –805[ISI][Medline]

85. Kennedy KI, Labbok MH, Van Look PF. Lactational amenorrhea method for family planning. *Int J Gynaecol Obstet.* 1996;54 :55 –57[CrossRef][Medline]

86. Dewey KG, Heinig MJ, Nommsen LA. Maternal weight-loss patterns during prolonged lactation. *Am J Clin Nutr.* 1993;58 :162 –166[Abstract/Free Full Text]

87. Newcomb PA, Storer BE, Longnecker MP, et al. Lactation and a reduced risk of premenopausal breast cancer. *N Engl J Med.* 1994;330 :81 –87[Abstract/Free Full Text]

88. Collaborative Group on Hormonal Factors in Breast Cancer. Breast cancer and breastfeeding: collaborative reanalysis of individual data from 47 epidemiological studies in 30 countries, including 50302 women with breast cancer and 96973 women without the disease. *Lancet.* 2002;360 :187 –195[CrossRef][ISI][Medline]

89. Lee SY, Kim MT, Kim SW, Song MS, Yoon SJ. Effect of lifetime lactation on breast cancer risk: a Korean women's cohort study. *Int J Cancer.* 2003;105 :390 –393[CrossRef][ISI][Medline]

90. Tryggvadottir L, Tulinius H, Eyfjord JE, Sigurvinsson T. Breastfeeding and reduced risk of breast cancer in an Icelandic cohort study. *Am J Epidemiol.* 2001;154 :37 –42[Abstract/Free Full Text]

91. Enger SM, Ross RK, Paganini-Hill A, Bernstein L. Breastfeeding experience and breast cancer risk in postmenopausal women. *Cancer Epidemiol Biomarkers Prev.* 1998;7 :365 –369[Abstract]

92. Jernstrom H, Lubinski J, Lynch HT, et al. Breast-feeding and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers. *J Natl Cancer Inst.* 2004;96 :1094 –1098[Abstract/Free Full Text]

93. Rosenblatt KA, Thomas DB. Lactation and the risk of epithelial ovarian cancer. WHO Collaborative Study of Neoplasia and Steroid contraceptives. *Int J Epidemiol.* 1993;22 :192 –197[Abstract/Free Full Text]

94. Cumming RG, Klineberg RJ. Breastfeeding and other reproductive factors and the risk of hip fractures in elderly women. *Int J Epidemiol.* 1993;22 :684 –691[Abstract/Free Full Text]

95. Lopez JM, Gonzalez G, Reyes V, Campino C, Diaz S. Bone turnover and density in healthy women during breastfeeding and after weaning. *Osteoporos Int.* 1996;6 :153 –159[ISI][Medline]

96. Paton LM, Alexander JL, Nowson CA, et al. Pregnancy and lactation have no long-term deleterious effect on measures of bone mineral in healthy women: a twin study. *Am J Clin Nutr.* 2003;77 :707 –714 [Abstract/Free Full Text]

97. Weimer J. *The Economic Benefits of Breast Feeding: A Review and Analysis.* Food Assistance and Nutrition Research Report No. 13. Washington, DC: Food and Rural Economics Division, Economic Research Service, US Department of Agriculture; 2001

98. Ball TM, Wright AL. Health care cost of formula-feeding in the first year of life. *Pediatrics.* 1999;103 :870 –876 [Abstract/Free Full Text]

99. Tuttle CR, Dewey KG. Potential cost savings for Medi-Cal, AFDC, food stamps, and WIC programs associated with increasing breast-feeding among low-income Hmong women in California. *J Am Diet Assoc.* 1996;96 :885 –890[CrossRef][ISI][Medline]

100. Cohen R, Mrtek MB, Mrtek RG. Comparison of maternal absenteeism and infant illness rates among breast-feeding and formula-feeding women in two corporations. *Am J Health Promot.* 1995;10 :148 –153[ISI][Medline]

101. Jarosz LA. Breast-feeding versus formula: cost comparison. *Hawaii Med J.* 1993;52 :14 –18[Medline]

102. Levine RE, Huffman SL, Center to Prevent Childhood Malnutrition. *The Economic Value of Breastfeeding, the National, Public Sector, Hospital and Household Levels: A Review of the Literature.* Washington, DC: Social Sector Analysis Project, Agency for International Development; 1990

103. Chen Y-T. Defects in galactose metabolism. In: Behrman RE, Kliegman RM, Jenson HB, eds. *Nelson Textbook of Pediatrics. 16th ed.* Philadelphia, PA: W. B. Saunders; 2000:413 –414

104. Ando Y, Saito K, Nakano S, et al. Bottle-feeding can prevent transmission of HTLV-I from mothers to their babies. *J Infect.* 1989;19 :25 –29[CrossRef][ISI][Medline]

105. Centers for Disease Control and Prevention and USPHS Working Group. Guidelines for counseling persons infected with human T-lymphotropic virus type I (HTLV-1) and type II (HTLV-II). *Ann Intern Med.* 1993;118 :448 –454[Abstract/Free Full Text]

106. Gori G, Cama G, Guerresi E, et al. Radioactivity in breastmilk and placenta after Chernobyl accident [letter]. *Am J Obstet Gynecol.* 1988;158 :1243 –1244[ISI][Medline]

107. Robinson PS, Barker P, Campbell A, Henson P, Surveyor I, Young PR. Iodine-131 in breast milk following therapy for thyroid carcinoma. *J Nucl Med.* 1994;35 :1797 –1801[Abstract/Free Full Text]

108. Bakheet SM, Hammami MM. Patterns of radioiodine uptake by the lactating breast. *Eur J Nucl Med.* 1994;21 :604 –608[CrossRef][ISI][Medline]

109. Egan PC, Costanza ME, Dodion P, Egorin MJ, Bachur NR. Doxorubicin and cisplatin excretion into human milk. *Cancer Treat Rep.* 1985;69 :1387 –1389[ISI][Medline]

110. American Academy of Pediatrics, Committee on Drugs. Transfer of drugs and other chemicals into human milk.

*Pediatrics.* 2001;108 :776 –789[Abstract/Free Full Text]

111. American Academy of Pediatrics. Transmission of infectious agents via human milk. In: Pickering LK, ed. *Red Book: 2003 Report of the Committee on Infectious Diseases.* 26th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2003:118 –121

112. Read JS; American Academy of Pediatrics, Committee on Pediatric AIDS. Human milk, breastfeeding, and transmission of human immunodeficiency virus type 1 in the United States. *Pediatrics.* 2003;112 :1196 –1205 [Abstract/Free Full Text]

113. World Health Organization. *HIV and Infant Feeding: A Guide for Health Care Managers and Supervisors.* Publication Nos. WHO/FRH/NUT/98.2, UNAIDS/98.4, UNICEF/PD/NUT/(J)98.2. Geneva, Switzerland: World Health Organization; 1998

114. Kourtis AP, Buteera S, Ibegbu C, Belec L, Duerr A. Breast milk and HIV-1: vector of transmission or vehicle of protection? *Lancet Infect Dis.* 2003;3 :786 –793[CrossRef][ISI][Medline]

115. Coutsoudis A, Pillay K, Spooner E, Kuhn L, Coovadia HM. Influence of infant-feeding patterns on early mother-to-child transmission of HIV-I in Durban, South Africa: a prospective cohort study. South African Vitamin A Study Group. *Lancet.* 1999;354 :471 –476[CrossRef][ISI][Medline]

116. Coutsoudis A, Rollins N. Breast-feeding and HIV transmission: the jury is still out. *J Pediatr Gastroenterol Nutr.* 2003;36 :434 –442[CrossRef][ISI][Medline]

117. Lawrence RA, Lawrence RM. Appendix E. Precautions and breastfeeding recommendations for selected maternal infections. In: *Breastfeeding: A Guide for the Medical Profession.* 5th ed. St Louis, MO: Mosby Inc; 1999:868 –885

118. Berlin CM Jr, LaKind JS, Sonawane BR, et al. Conclusions, research needs, and recommendations of the expert panel: Technical Workshop on Human Milk Surveillance and Research for Environmental Chemicals in the United States. *J Toxicol Environ Health A.* 2002;65 :1929 –1935[CrossRef][ISI][Medline]

119. Ribas-Fito N, Cardo E, Sala M, et al. Breastfeeding, exposure to organochlorine compounds, and neurodevelopment in infants. *Pediatrics.* 2003;111(5) . Available at: www.pediatrics.org/cgi/content/full/111/5/e580

120. Hamprecht K, Maschmann J, Vochem M, Dietz K, Speer CP, Jahn G. Epidemiology of transmission of cytomegalovirus from mother to preterm infant by breastfeeding. *Lancet.* 2001;357 :513 –518[CrossRef][ISI] [Medline]

121. Yasuda A, Kimura H, Hayakawa M, et al. Evaluation of cytomegalovirus infections transmitted via breast milk in preterm infants with a real-time polymerase chain reaction assay. *Pediatrics.* 2003;111 :1333 –1336 [Abstract/Free Full Text]

122. Friis H, Andersen HK. Rate of inactivation of cytomegalovirus in raw banked milk during storage at –20 degrees C and pasteurisation. *Br Med J (Clin Res Ed).* 1982;285 :1604 –1605

123. Anderson PO. Alcohol and breastfeeding. *J Hum Lact.* 1995;11 :321 –323[Free Full Text]

124. American Academy of Pediatrics, Subcommittee on Hyperbilirubinemia. Management of hyperbilirubinemia in the newborn infant 35 or more weeks of gestation. *Pediatrics.* 2004;114 :297 –316[Abstract/Free Full Text]

125. Ryan AS, Wenjun Z, Acosta A. Breastfeeding continues to increase into the new millennium. *Pediatrics.* 2002;110 :1103 –1109[Abstract/Free Full Text]

126. Polhamus B, Dalenius K, Thompson D, et al. *Pediatric Nutrition Surveillance 2001 Report.* Atlanta, GA: US Department of Health and Human Services, Centers for Disease Control and Prevention; 2003

127. American College of Obstetricians and Gynecologists. Breastfeeding: maternal and infant aspects. *ACOG Educational Bulletin Number 258.* Washington, DC: American College of Obstetricians and Gynecologists; 2000

128. American Academy of Family Physicians. *AAFP Policy Statement on Breastfeeding.* Leawood, KS: American Academy of Family Physicians; 2001

129. Fifty-Fourth World Health Assembly. *Global Strategy for Infant and Young Child Feeding. The Optimal Duration of Exclusive Breastfeeding.* Geneva, Switzerland: World Health Organization; 2001

130. United Nations Children's Fund. *Breastfeeding: Foundation for a Healthy Future.* New York, NY: United Nations Children's Fund; 1999

131. Institute of Medicine, Committee on Nutritional Status During Pregnancy and Lactation. *Nutrition During Lactation.* Washington, DC: National Academy Press; 1991:24–25, 161–171, 197–200

132. The Ross Mothers Survey. *Breastfeeding Trends Through 2002.* Abbott Park, IL: Ross Products Division, Abbot Laboratories; 2002

133. World Health Organization and United Nations Children's Fund. *Protecting, Promoting and Supporting Breast-*