# EXHIBIT A
# (PART 3)

*Feeding: The Special Role of Maternity Services*. Geneva, Switzerland: World Health Organization; 1989:13–18
134. Powers NG, Naylor AJ, Wester RA. Hospital policies: crucial to breastfeeding success. *Semin Perinatol.* 1994;18 :517 –524[ISI][Medline]
135. Freed GL, Clark SJ, Sorenson J, Lohr JA, Cefalo R, Curtis P. National assessment of physicians' breast-feeding knowledge, attitudes, training, and experience. *JAMA.* 1995;273 :472 –476[Abstract]
136. Braveman P, Egerter S, Pearl M, Marchi K, Miller C. Problems associated with early discharge of newborn infants. *Pediatrics.* 1995;96 :716 –726[Abstract/Free Full Text]
137. Williams LR, Cooper MK. Nurse-managed postpartum home care. *J Obstet Gynecol Neonatal Nurs.* 1993;22 :25 –31[CrossRef][Medline]
138. Gielen AC, Faden RR, O'Campo P, Brown CH, Paige DM. Maternal employment during the early postpartum period: effects on initiation and continuation of breast-feeding. *Pediatrics.* 1991;87 :298 –305 [Abstract/Free Full Text]
139. Ryan AS, Martinez GA. Breast-feeding and the working mother: a profile. *Pediatrics.* 1989;83 :524 –531 [Abstract/Free Full Text]
140. Frederick IB, Auerback KG. Maternal-infant separation and breast-feeding. The return to work or school. *J Reprod Med.* 1985;30 :523 –526[ISI][Medline]
141. Spisak S, Gross SS. *Second Followup Report: The Surgeon General's Workshop on Breastfeeding and Human Lactation*. Washington, DC: National Center for Education in Maternal and Child Health; 1991
142. World Health Assembly. *International Code of Marketing of Breast-Milk Substitutes*. Resolution of the 34th World Health Assembly. No. 34.22, Geneva, Switzerland: World Health Organization; 1981
143. Howard CR, Howard FM, Weitzman ML. Infant formula distribution and advertising in pregnancy: a hospital survey. *Birth.* 1994;21 :14 –19[ISI][Medline]
144. Howard FM, Howard CR, Weitzman M. The physician as advertiser: the unintentional discouragement of breast-feeding. *Obstet Gynecol.* 1993;81 :1048 –1051[Abstract]
145. Freed GL, Jones TM, Fraley JK. Attitudes and education of pediatric house staff concerning breast-feeding. *South Med J.* 1992;85 :483 –485[CrossRef][ISI][Medline]
146. Williams EL, Hammer LD. Breastfeeding attitudes and knowledge of pediatricians-in-training. *Am J Prev Med.* 1995;11 :26 –33[ISI][Medline]
147. Gartner LM. Introduction. Breastfeeding in the hospital. *Semin Perinatol.* 1994;18 :475
148. American Academy of Pediatrics, Committee on Nutrition. Breastfeeding. In: Kleinman RE, ed. *Pediatric Nutrition Handbook*. 5th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2004:55 –85
149. American Dietetic Association. Position of the American Dietetic Association: breaking the barriers to breastfeeding. *J Am Diet Assoc.* 2001;101 :1213 –1220[CrossRef][ISI][Medline]
150. Schanler RJ, Hurst NM. Human milk for the hospitalized preterm infant. *Semin Perinatol.* 1994;18 :476 –484 [ISI][Medline]
151. Lemons P, Stuart M, Lemons JA. Breast-feeding the premature infant. *Clin Perinatol.* 1986;13 :111 –122[ISI] [Medline]
152. Kron RE, Stein M, Goddard KE. Newborn sucking behavior affected by obstetric sedation. *Pediatrics.* 1966;37 :1012 –1016[Abstract/Free Full Text]
153. Ransjo-Arvidson AB, Matthiesen AS, Lilja G, Nissen E, Widstrom AM, Uvnas-Moberg K. Maternal analgesia during labor disturbs newborn behavior: effects on breastfeeding, temperature, and crying. *Birth.* 2001;28 :5 –12 [CrossRef][ISI][Medline]
154. Widstrom A-M, Thingstrom-Paulsson J. The position of the tongue during rooting reflexes elicited in newborn infants before the first suckle. *Acta Paediatr.* 1993;82 :281 –283[ISI][Medline]
155. Wolf L, Glass RP. *Feeding and Swallowing Disorders in Infancy: Assessment and Management*. San Antonio, TX: Harcourt Assessment, Inc; 1992
156. Righard L, Alade MO. Effect of delivery room routine on success of first breast-feed. *Lancet.* 1990;336 :1105 –1107[CrossRef][ISI][Medline]
157. Wiberg B, Humble K, de Chateau P. Long-term effect on mother-infant behavior of extra contact during the first hour post partum. V. *Follow-up at three years. Scand J Soc Med.* 1989;17 :181 –191
158. Mikiel-Kostyra K, Mazur J, Boltruszko I. Effect of early skin-to-skin contact after delivery on duration of breastfeeding: a prospective cohort study. *Acta Paediatr.* 2002;91 :1301 –1306[CrossRef][ISI][Medline]
159. Christensson K, Siles C, Moreno L, et al. Temperature, metabolic adaptation and crying in healthy, full-term newborns cared for skin-to-skin or in a cot. *Acta Paediatr.* 1992;81 :488 –493[ISI][Medline]

160. Van Den Bosch CA, Bullough CH. Effect of early suckling on term neonates' core body temperature. *Ann Trop Paediatr.* 1990;10 :347 –353[ISI][Medline]
161. Sosa R, Kennell JH, Klaus M, Urrutia JJ. The effect of early mother-infant contact on breast feeding, infection and growth. In: Lloyd JL, ed. *Breast-feeding and the Mother.* Amsterdam, Netherlands: Elsevier; 1976:179 –193
162. American Academy of Pediatrics, American College of Obstetricians and Gynecologists. Care of the neonate. In: Gilstrap LC, Oh W, eds. *Guidelines for Perinatal Care.* 5th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2002:222
163. Shrago L. Glucose water supplementation of the breastfed infant during the first three days of life. *J Hum Lact.* 1987;3 :82 –86
164. Goldberg NM, Adams E. Supplementary water for breast-fed babies in a hot and dry climate—not really a necessity. *Arch Dis Child.* 1983;58 :73 –74[ISI][Medline]
165. Eidelman AI. Hypoglycemia in the breastfed neonate. *Pediatr Clin North Am.* 2001;48 :377 –387[ISI][Medline]
166. Howard CR, Howard FM, Lamphear B, de Blieck EA, Eberly S, Lawrence RA. The effects of early pacifier use on breastfeeding duration. *Pediatrics.* 1999;103(3) . Available at: www.pediatrics.org/cgi/content/full/103/3/e33
167. Howard CR, Howard FM, Lanphear B, et al. Randomized clinical trial of pacifier use and bottle-feeding or cupfeeding and their effect on breastfeeding. *Pediatrics.* 2003;111 :511 –518[Abstract/Free Full Text]
168. Schubiger G, Schwarz U, Tonz O. UNICEF/WHO Baby-Friendly Hospital Initiative: does the use of bottles and pacifiers in the neonatal nursery prevent successful breastfeeding? Neonatal Study Group. *Eur J Pediatr.* 1997;156 :874 –877[CrossRef][ISI][Medline]
169. Kramer MS, Barr RG, Dagenais S, et al. Pacifier use, early weaning, and cry/fuss behavior: a randomized controlled trial. *JAMA.* 2001;286 :322 –326[Abstract/Free Full Text]
170. Gunther M. Instinct and the nursing couple. *Lancet.* 1955;1 :575 –578
171. Klaus MH. The frequency of suckling. A neglected but essential ingredient of breast-feeding. *Obstet Gynecol Clin North Am.* 1987;14 :623 –633[ISI][Medline]
172. Procianoy RS, Fernandes-Filho PH, Lazaro L, Sartori NC, Drebes S. The influence of rooming-in on breastfeeding. *J Trop Pediatr.* 1983;29 :112 –114[Free Full Text]
173. Anderson GC. Risk in mother-infant separation postbirth. *Image J Nurs Sch.* 1989;21 :196 –199[Medline]
174. Riordan J, Bibb D, Miller M, Rawlins T. Predicting breastfeeding duration using the LATCH breastfeeding assessment tool. *J Hum Lact.* 2001;17 :20 –23[Abstract]
175. Hall RT, Mercer AM, Teasley SL, et al. A breast-feeding assessment score to evaluate the risk for cessation of breast-feeding by 7 to 10 days of age. *J Pediatr.* 2002;141 :659 –664[CrossRef][ISI][Medline]
176. American Academy of Pediatrics, Committee on Practice and Ambulatory Medicine. Recommendations for preventive pediatric health care. *Pediatrics.* 2000;105 :645 –646[Free Full Text]
177. American Academy of Pediatrics, Committee on Fetus and Newborn. Hospital stay for healthy term newborns. *Pediatrics.* 1995;96 :788 –790[Abstract/Free Full Text]
178. Ahn CH, MacLean WC Jr. Growth of the exclusively breast-fed infant. *Am J Clin Nutr.* 1980;33 :183 –192 [Free Full Text]
179. Brown KH, Dewey KG, Allen LH. *Complementary Feeding of Young Children in Developing Countries: A Review of Current Scientific Knowledge.* Publication No. WHO/NUT/98.1. Geneva, Switzerland: World Health Organization; 1998
180. Heinig MJ, Nommsen LA, Peerson JM, Lonnerdal B, Dewey KG. Intake and growth of breast-fed and formula-fed infants in relation to the timing of introduction of complementary foods: the DARLING study. Davis Area Research on Lactation, Infant Nutrition, and Growth. *Acta Paediatr.* 1993;82 :999 –1006[ISI][Medline]
181. Kramer MS, Kakuma R. *The Optimal Duration of Exclusive Breastfeeding. A Systematic Review.* Geneva, Switzerland: World Health Organization; 2002
182. Chantry CJ, Howard CR, Auinger P. Breastfeeding fully for 6 months vs. 4 months decreases risk of respiratory tract infection [abstract 1114]. *Pediatr Res.* 2002;51 :191A
183. Dewey KG, Cohen RJ, Brown KH, Rivera LL. Effects of exclusive breastfeeding for four versus six months on maternal nutritional status and infant motor development: results of two randomized trials in Honduras. *J Nutr.* 2001;131 :262 –267[Abstract/Free Full Text]
184. Butte NF, Lopez-Alarcon MG, Garza C. *Nutrient Adequacy of Exclusive Breastfeeding for the Term Infant During the First Six Months of Life.* Geneva, Switzerland: World Health Organization; 2002
185. Sugarman M, Kendall-Tackett KA. Weaning ages in a sample of American women who practice extended breastfeeding. *Clin Pediatr (Phila).* 1995;34 :642 –647

186. Dallman PR. Progress in the prevention of iron deficiency in infants. *Acta Paediatr Scand Suppl.* 1990;365 :28 –37[Medline]
187. Domellof M, Lonnerdal B, Abrams SA, Hernell O. Iron absorption in breast-fed infants: effects of age, iron status, iron supplements, and complementary foods. *Am J Clin Nutr.* 2002;76 :198 –204[Abstract/Free Full Text]
188. American Academy of Pediatrics, Committee on Fetus and Newborn, and American College of Obstetricians and Gynecologists. Nutritional needs of preterm neonates. In: *Guidelines for Perinatal Care.* 5th ed. Washington, DC: American Academy of Pediatrics, American College of Obstetricians and Gynecologists; 2002:259 –263
189. American Academy of Pediatrics, Committee on Nutrition. Nutritional needs of the preterm infant. In: Kleinman RE, ed. *Pediatric Nutrition Handbook.* 5th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2004:23 –54
190. Pisacane A, De Vizia B, Valiante A, et al. Iron status in breast-fed infants. *J Pediatr.* 1995;127 :429 –431 [CrossRef][ISI][Medline]
191. Griffin IJ, Abrams SA. Iron and breastfeeding. *Pediatr Clin North Am.* 2001;48 :401 –413[ISI][Medline]
192. Dewey KG, Cohen RJ, Rivera LL, Brown KH. Effects of age of introduction of complementary foods on iron status of breastfed infants in Honduras. *Am J Clin Nutr.* 1998;67 :878 –884[Abstract]
193. Naylor AJ, Morrow AL. *Developmental Readiness of Normal Full Term Infants to Progress From Exclusive Breastfeeding to the Introduction of Complementary Foods: Reviews of the Relevant Literature Concerning Infant Immunologic, Gastrointestinal, Oral Motor and Maternal Reproductive and Lactational Development.* Washington, DC: Wellstart International and the LINKAGES Project/Academy of Educational Development; 2001
194. Cohen RJ, Brown KH, Canahuati J, Rivera LL, Dewey KG. Determinants of growth from birth to 12 months among breast-fed Honduran infants in relation to age of introduction of complementary foods. *Pediatrics.* 1995;96 :504 –510[Abstract/Free Full Text]
195. Ashraf RN, Jalil F, Aperia A, Lindblad BS. Additional water is not needed for healthy breast-fed babies in a hot climate. *Acta Paediatr.* 1993;82 :1007 –1011[ISI][Medline]
196. Huffman SL, Ford K, Allen H, Streble P. Nutrition and fertility in Bangladesh: breastfeeding and post partum amenorrhoea. *Popul Stud (Camb).* 1987;41 :447 –462
197. Dettwyler KA. A time to wean: the hominid blueprint for the natural age of weaning in modern human populations. In: Stuart-Macadam P, Dettwyler KA, eds. *Breastfeeding: Biocultural Perspectives.* Hawthorne, NY: Aldine de Gruyter; 1995:39 –73
198. American Academy of Pediatrics, Committee on Nutrition. Iron fortification of infant formulas. *Pediatrics.* 1999;104 :119 –123[Abstract/Free Full Text]
199. American Academy of Pediatrics, Committee on Fetus and Newborn. Controversies concerning vitamin K and the newborn. *Pediatrics.* 2003;112 :191 –192[Abstract/Free Full Text]
200. Hansen KN, Ebbesen F. Neonatal vitamin K prophylaxis in Denmark: three years' experience with oral administration during the first three months of life compared with one oral administration at birth. *Acta Paediatr.* 1996;85 :1137 –1139[ISI][Medline]
201. Gartner LM, Greer FR; American Academy of Pediatrics, Section on Breastfeeding and Committee on Nutrition. Prevention of rickets and vitamin D deficiency: new guidelines for vitamin D intake. *Pediatrics.* 2003;111 :908 –910[Abstract/Free Full Text]
202. Centers for Disease Control and Prevention. Recommendations for using fluoride to prevent and control dental caries in the United States. *MMWR Recomm Rep.* 2001;50 (RR-14):1 –42[Medline]
203. Blair PS, Fleming PJ, Smith IJ, et al. Babies sleeping with parents: case-control study of factors influencing the risk of the sudden infant death syndrome. *BMJ.* 1999;319 :1457 –1462[Abstract/Free Full Text]
204. Charpak N, Ruiz-Pelaez JG, Figueroa de C Z, Charpak Y. Kangaroo mother versus traditional care for newborn infants ≤2000 grams: a randomized, controlled trial. *Pediatrics.* 1997;100 :682 –688[Abstract/Free Full Text]
205. Hurst N, Valentine CJ, Renfro L, Burns P, Ferlic L. Skin-to-skin holding in the neonatal intensive care influences maternal milk volume. *J Perinatol.* 1997;17 :213 –217[Medline]
206. Hughes V. Guidelines for the establishment and operation of a human milk bank. *J Hum Lact.* 1990;6 :185 –186
207. Human Milk Banking Association of North America. *Guidelines for Establishment and Operation of a Donor Human Milk Bank.* Raleigh, NC: Human Milk Banking Association of North America Inc; 2003
208. Arnold LD. Clinical uses of donor milk. *J Hum Lact.* 1990;6 :132 –133
209. Kaplan M, Hammerman C. Severe neonatal hyperbilirubinemia: a potential complication of glucose-6-phosphate dehydrogenase deficiency. *Clin Perinatol.* 1998;25 :575 –590, viii[ISI][Medline]

210. Kaplan M, Vreman HJ, Hammerman C, Schimmel MS, Abrahamov A, Stevenson DK. Favism by proxy in nursing glucose-6-dehydrogenase-deficient neonates. *J Perinatol.* 1998;18 :477 –479[Medline]
211. Gerk PM, Kuhn RJ, Desai NS, McNamara PJ. Active transport of nitrofurantoin into human milk. *Pharmacotherapy.* 2001;21 :669 –675[CrossRef][ISI][Medline]
212. American Academy of Pediatrics, Section on Pediatric Dentistry. Oral health risk assessment timing and establishment of the dental home. *Pediatrics.* 2003;111 :1113 –1116[Abstract/Free Full Text]
213. Fewtrell MS, Lucas P, Collier S, Singhal A, Ahluwalia JS, Lucas A. Randomized trial comparing the efficacy of a novel manual breast pump with a standard electric breast pump in mothers who delivered preterm infants. *Pediatrics.* 2001;107 :1291 –1297[Abstract/Free Full Text]
214. American Academy of Pediatrics, Breastfeeding Promotion in Physicians' Office Practices Program. Elk Grove Village, IL: American Academy of Pediatrics; 2001, 2004
215. Freed GL, Clark SJ, Lohr JA, Sorenson JR. Pediatrician involvement in breast-feeding promotion: a national study of residents and practitioners. *Pediatrics.* 1995;96 :490 –494[Abstract/Free Full Text]
216. Brown LP, Bair AH, Meier PP. Does federal funding for breastfeeding research target our national health objectives? *Pediatrics.* 2003;111(4) . Available at: www.pediatrics.org/cgi/content/full/111/4/e360

PEDIATRICS (ISSN 1098-4275). ©2005 by the American Academy of Pediatrics

The following policy statement has been revised:

**Breastfeeding and the Use of Human Milk**
Work Group on Breastfeeding
Pediatrics 1997 100: 1035-1039. [Abstract] [Full Text]

# This article has been cited by other articles: (Search Google Scholar for Other Citing Articles)



**THE ANNALS OF PHARMACOTHERAPY**  ▶HOME
M. Akus and M. Bartick
**Lactation Safety Recommendations and Reliability Compared in 10 Medication Resources**
Ann. Pharmacother., September 1, 2007; 41(9): 1352 - 1360.
[Abstract] [Full Text] [PDF]



**Journal of Human Lactation**  ▶HOME
E. R. Meier, B. H. Olson, P. Benton, K. Eghtedary, and W. O. Song
**A Qualitative Evaluation of a Breastfeeding Peer Counselor Program**
J Hum Lact, August 1, 2007; 23(3): 262 - 268.
[Abstract] [PDF]



**AAP GRAND ROUNDS**  ▶HOME
W. Slusser
**Breastfeeding and Maternal and Infant Health Outcomes In Developed Countries**
AAP Grand Rounds, August 1, 2007; 18(2): 15 - 16.
[Full Text] [PDF]



Journal of Health Politics, Policy and Law                    ▸HOME

J. B. Wolf
**Is Breast Really Best? Risk and Total Motherhood in the National Breastfeeding Awareness Campaign**
Journal of Health Politics Policy and Law, August 1, 2007; 32(4): 595 - 636.
[Abstract] [PDF]



BMJ                                                           ▸HOME

L.-L. Su, Y.-S. Chong, Y.-H. Chan, Y.-S. Chan, D. Fok, K.-T. Tun, F. S P Ng, and M. Rauff
**Antenatal education and postnatal support strategies for improving rates of exclusive breast feeding: randomised controlled trial**
BMJ, August 1, 2007; (2007) bmj.39279.656343.55v1.
[Abstract] [Full Text] [PDF]



Trauma, Violence, & Abuse                                     ▸HOME

K. A. Kendall-Tackett
**Violence Against Women and the Perinatal Period: The Impact of Lifetime Violence and Abuse on Pregnancy, Postpartum, and Breastfeeding**
Trauma Violence Abuse, July 1, 2007; 8(3): 344 - 353.
[Abstract] [PDF]



AAP NEWS                                                      ▸HOME

S. Cash
**La Leche League International: From local support group to 8,000 volunteers in more than 70 countries, this `mother-to-mother program' touts breastfeeding achievements of the past 50 years**
AAP News, July 1, 2007; 28(7): 31 - 32.
[Full Text] [PDF]



American Journal of Public Health                             ▸HOME

E. G. Piwoz, J. H. Humphrey, N. V. Tavengwa, P. J. Iliff, E. T. Marinda, C. D. Zunguza, K. J. Nathoo, K. Mutasa, L. H. Moulton, and B. J. Ward
**The Impact of Safer Breastfeeding Practices on Postnatal HIV-1 Transmission in Zimbabwe**
Am J Public Health, July 1, 2007; 97(7): 1249 - 1254.
[Abstract] [Full Text] [PDF]



NeoReviews                                                    ▸HOME

R. S. Cohen
**Current Issues in Human Milk Banking**
NeoReviews, July 1, 2007; 8(7): e289 - e295.
[Abstract] [Full Text] [PDF]

NeoReviews                                                    ▸HOME

A. Merewood
**Breastfeeding: Promotion of a Low-tech Lifesaver**

NeoReviews, July 1, 2007; 8(7): e296 - e300.
[Abstract] [Full Text] [PDF]

---

**PEDIATRICS** ▸HOME

K. A. Bonuck
**Paucity of Evidence-Based Research on How to Achieve the Healthy People 2010 Goal of Exclusive Breastfeeding**
Pediatrics, July 1, 2007; 120(1): 248 - 249.
[Full Text] [PDF]

---

**Diabetes Care** ▸HOME

E. P. Gunderson
**Breastfeeding After Gestational Diabetes Pregnancy: Subsequent obesity and type 2 diabetes in women and their offspring**
Diabetes Care, July 1, 2007; 30(Supplement_2): S161 - S168.
[Full Text] [PDF]

---

**ARCHIVES OF DISEASE IN CHILDHOOD** ▸HOME

P. van Dommelen, J. P van Wouwe, J. M Breuning-Boers, S. van Buuren, and P. H Verkerk
**Reference chart for relative weight change to detect hypernatraemic dehydration**
Arch. Dis. Child., June 1, 2007; 92(6): 490 - 494.
[Abstract] [Full Text] [PDF]

---

**Canadian Family Physician** ▸HOME

P. S. Duke, W. L. Parsons, P. A. Snow, and A. C. Edwards
**Physicians as mothers: Breastfeeding practices of physician-mothers in Newfoundland and Labrador**
Can Fam Physician, May 1, 2007; 53(5): 887 - 891.
[Abstract] [Full Text] [PDF]

---

**Journal of Human Lactation** ▸HOME

A. Merewood, B. Patel, K. N. Newton, L. P. MacAuley, L. B. Chamberlain, P. Francisco, and S. D. Mehta
**Breastfeeding Duration Rates and Factors Affecting Continued Breastfeeding Among Infants Born at an Inner-City US Baby-Friendly Hospital**
J Hum Lact, May 1, 2007; 23(2): 157 - 164.
[Abstract] [PDF]

---

**Journal of Law, Medicine & Ethics** ▸HOME

J. S. Savage, J. O. Fisher, and L. L. Birch
**Parental Influence on Eating Behavior: Conception to Adolescence**
J. Law Med. Ethics, March 1, 2007; 35(1): 22 - 34.
[PDF]

---



**PEDIATRICS** ▶HOME

H. A. McPhillips, A. E. Burke, K. Sheppard, A. Pallant, F. B. Stapleton, and B. Stanton
**Toward Creating Family-Friendly Work Environments in Pediatrics: Baseline Data From Pediatric Department Chairs and Pediatric Program Directors**
Pediatrics, March 1, 2007; 119(3): e596 - e602.
[Abstract] [Full Text] [PDF]



**Journal of Human Lactation** ▶HOME

L. N. Haiek, D. L. Gauthier, D. Brosseau, and L. Rocheleau
**Understanding Breastfeeding Behavior: Rates and Shifts in Patterns in Quebec**
J Hum Lact, February 1, 2007; 23(1): 24 - 31.
[Abstract] [PDF]

**Journal of Human Lactation** ▶HOME

P. D. Hill, J. C. Aldag, M. Zinaman, and R. T. Chatterton
**Predictors of Preterm Infant Feeding Methods and Perceived Insufficient Milk Supply at Week 12 Postpartum**
J Hum Lact, February 1, 2007; 23(1): 32 - 38.
[Abstract] [PDF]



**AAP GRAND ROUNDS** ▶HOME

W. Slusser
**What Determines Duration of Breastfeeding?**
AAP Grand Rounds, February 1, 2007; 17(2): 21 - 21.
[Full Text] [PDF]



**Journal of Nutrition** ▶HOME

N. F. Krebs
**Food Choices to Meet Nutritional Needs of Breast-fed Infants and Toddlers on Mixed Diets**
J. Nutr., February 1, 2007; 137(2): 511S - 517S.
[Abstract] [Full Text] [PDF]



**PEDIATRICS** ▶HOME

A. Jacknowitz, D. Novillo, and L. Tiehen
**Special Supplemental Nutrition Program for Women, Infants, and Children and Infant Feeding Practices**
Pediatrics, February 1, 2007; 119(2): 281 - 289.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▶HOME

G. K. Singh, M. D. Kogan, and D. L. Dee
**Nativity/Immigrant Status, Race/Ethnicity, and Socioeconomic Determinants of Breastfeeding Initiation and Duration in the United States, 2003**
Pediatrics, February 1, 2007; 119(Supplement_1): S38 - S46.
[Abstract] [Full Text] [PDF]



**PEDIATRICS** ▸HOME

D. L. Dee, R. Li, L.-C. Lee, and L. M. Grummer-Strawn
**Associations Between Breastfeeding Practices and Young Children's Language and Motor Skill Development**
Pediatrics, February 1, 2007; 119(Supplement_1): S92 - S98.
[Abstract] [Full Text] [PDF]



**OBSTETRICS & GYNECOLOGY** ▸HOME

C. N. Mattar, Y.-S. Chong, Y.-S. Chan, A. Chew, P. Tan, Y.-H. Chan, and M. H.-J. Rauff
**Simple Antenatal Preparation to Improve Breastfeeding Practice: A Randomized Controlled Trial**
Obstet. Gynecol., January 1, 2007; 109(1): 73 - 80.
[Abstract] [Full Text] [PDF]



**Journal of Nutrition** ▸HOME

M. de Onis, C. Garza, A. W. Onyango, and E. Borghi
**Comparison of the WHO Child Growth Standards and the CDC 2000 Growth Charts**
J. Nutr., January 1, 2007; 137(1): 144 - 148.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▸HOME

I. M. Paul, E. B. Lehman, C. S. Hollenbeak, and M. J. Maisels
**Preventable Newborn Readmissions Since Passage of the Newborns' and Mothers' Health Protection Act**
Pediatrics, December 1, 2006; 118(6): 2349 - 2358.
[Abstract] [Full Text] [PDF]



**ARCHIVES OF DISEASE IN CHILDHOOD** ▸HOME

S M Montgomery, A Ehlin, and A Sacker
**Breast feeding and resilience against psychosocial stress**
Arch. Dis. Child., December 1, 2006; 91(12): 990 - 994.
[Abstract] [Full Text] [PDF]



**Journal of Human Lactation** ▸HOME

R. Mannel and R. S. Mannel
**Staffing for hospital lactation programs: recommendations from a tertiary care teaching hospital.**
J Hum Lact, November 1, 2006; 22(4): 409 - 417.
[Abstract] [PDF]



**Journal of Human Lactation** ▸HOME

C. D. de Almeida Castanho Rozolen, A. L. Goulart, and B. I. Kopelman
**Is breast milk collected at home suitable for raw consumption by neonates in brazilian public neonatal intensive care units?**
J Hum Lact, November 1, 2006; 22(4): 418 - 425.
[Abstract] [PDF]

**PEDIATRICS** ▸HOME
B. M. Ostfeld, H. Perl, L. Esposito, K. Hempstead, R. Hinnen, A. Sandler, P. G. Pearson, and T. Hegyi
**Sleep Environment, Positional, Lifestyle, and Demographic Characteristics Associated With Bed Sharing in Sudden Infant Death Syndrome Cases: A Population-Based Study**
Pediatrics, November 1, 2006; 118(5): 2051 - 2059.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▸HOME
Y. J. Kelly, R. G. Watt, and J. Y. Nazroo
**Racial/Ethnic Differences in Breastfeeding Initiation and Continuation in the United Kingdom and Comparison With Findings in the United States**
Pediatrics, November 1, 2006; 118(5): e1428 - e1435.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▸HOME
C. M. Gibson-Davis and J. Brooks-Gunn
**Breastfeeding and Verbal Ability of 3-Year-Olds in a Multicity Sample**
Pediatrics, November 1, 2006; 118(5): e1444 - e1451.
[Abstract] [Full Text] [PDF]

**Pediatrics in Review** ▸HOME
L. Chandran and P. Gelfer
**Breastfeeding: the essential principles.**
Pediatr. Rev., November 1, 2006; 27(11): 409 - 417.
[Full Text] [PDF]



**Biological Research For Nursing** ▸HOME
M. B. F. Stepans, S. L. Wilhelm, and K. Dolence
**Smoking hygiene: reducing infant exposure to tobacco.**
Biol Res Nurs, October 1, 2006; 8(2): 104 - 114.
[Abstract] [PDF]



**Diabetes Care** ▸HOME
E. J. Mayer-Davis, S. L. Rifas-Shiman, L. Zhou, F. B. Hu, G. A. Colditz, and M. W. Gillman
**Breast-Feeding and Risk for Childhood Obesity: Does maternal diabetes or obesity status matter?**
Diabetes Care, October 1, 2006; 29(10): 2231 - 2237.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▸HOME
A. Merewood, D. Brooks, H. Bauchner, L. MacAuley, and S. D. Mehta
**Maternal Birthplace and Breastfeeding Initiation Among Term and Preterm Infants: A Statewide Assessment for Massachusetts**

Pediatrics, October 1, 2006; 118(4): e1048 - e1054.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**  ▶HOME
A. Sacker, M. A. Quigley, and Y. J. Kelly
**Breastfeeding and Developmental Delay: Findings From the Millennium Cohort Study**
Pediatrics, September 1, 2006; 118(3): e682 - e689.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**  ▶HOME
E. E. Ziegler, B. W. Hollis, S. E. Nelson, and J. M. Jeter
**Vitamin D Deficiency in Breastfed Infants in Iowa**
Pediatrics, August 1, 2006; 118(2): 603 - 610.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**  ▶HOME
O. Toker-Maimon, L. J. Joseph, R. Bromiker, and M. S. Schimmel
**Neonatal Cardiopulmonary Arrest in the Delivery Room**
Pediatrics, August 1, 2006; 118(2): 847 - 848.
[Full Text] [PDF]

**JABFM**  ▶HOME
C. A. Bryant
**Nursing the adopted infant.**
J Am Board Fam Med, July 1, 2006; 19(4): 374 - 379.
[Abstract] [Full Text] [PDF]

**ARCHIVES OF PEDIATRICS & ADOLESCENT MEDICINE**  ▶HOME
A. Merewood, L. B. Chamberlain, J. T. Cook, B. L. Philipp, K. Malone, and H. Bauchner
**The Effect of Peer Counselors on Breastfeeding Rates in the Neonatal Intensive Care Unit: Results of a Randomized Controlled Trial**
Arch Pediatr Adolesc Med, July 1, 2006; 160(7): 681 - 685.
[Abstract] [Full Text] [PDF]

**Health Education Journal**  ▶HOME
J Stolzer and P. Zeece
**Low income women and physician breastfeeding advice: A regional assessment**
Health Education Journal, June 1, 2006; 65(2): 126 - 134.
[Abstract] [PDF]

**Diabetes Care**  ▶HOME
M. Johnston, C. Graves, P. G. Arbogast, and W. O. Cooper


**Feeding Attitudes of Pregnant Women With Diabetes.**
Diabetes Care, June 1, 2006; 29(6): 1457 - 1458.
[Full Text] [PDF]


**PEDIATRICS**                                                            ▸HOME
J. A. Poole, K. Barriga, D. Y.M. Leung, M. Hoffman, G. S. Eisenbarth, M. Rewers, and J. M. Norris
**Timing of initial exposure to cereal grains and the risk of wheat allergy.**
Pediatrics, June 1, 2006; 117(6): 2175 - 2182.
[Abstract] [Full Text] [PDF]


**The American Journal of CLINICAL NUTRITION**                            ▸HOME
L. J Martin, J. G Woo, S. R Geraghty, M. Altaye, B. S Davidson, W. Banach, L. M Dolan, G. M Ruiz-Palacios, and A. L Morrow
**Adiponectin is present in human milk and is associated with maternal factors**
Am. J. Clinical Nutrition, May 1, 2006; 83(5): 1106 - 1111.
[Abstract] [Full Text] [PDF]


**Journal of Human Lactation**                                            ▸HOME
J. L. Bodnarchuk, W. O. Eaton, and P. J. Martens
**Transitions in breastfeeding: daily parent diaries provide evidence of behavior over time.**
J Hum Lact, May 1, 2006; 22(2): 166 - 174.
[Abstract] [PDF]


**Journal of Human Lactation**                                            ▸HOME
M. Bunik, D. Gao, and L. Moore
**An investigation of the field trip model as a method for teaching breastfeeding to pediatric residents.**
J Hum Lact, May 1, 2006; 22(2): 195 - 202.
[Abstract] [PDF]


**American Journal of PUBLIC HEALTH**                                     ▸HOME
C. M. Gibson-Davis and J. Brooks-Gunn
**Couples' Immigration Status and Ethnicity as Determinants of Breastfeeding**
Am J Public Health, April 1, 2006; 96(4): 641 - 646.
[Abstract] [Full Text] [PDF]


**AAP GRAND ROUNDS**                                                      ▸HOME
W. Slusser
**Breastfeeding: What Physicians Know About It and What They Recommend**
AAP Grand Rounds, April 1, 2006; 15(4): 45 - 46.
[Full Text] [PDF]



**EUROPEAN JOURNAL OF PUBLIC HEALTH**    ▸HOME
E. Peters, K.-H. Wehkamp, R. E. Felberbaum, D. Kruger, and R. Linder
**Breastfeeding duration is determined by only a few factors**
Eur J Public Health, April 1, 2006; 16(2): 162 - 167.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**    ▸HOME
J. A. Scott, C. W. Binns, W. H. Oddy, and K. I. Graham
**Predictors of Breastfeeding Duration: Evidence From a Cohort Study**
Pediatrics, April 1, 2006; 117(4): e646 - e655.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**    ▸HOME
S. W. Burgess, C. J. Dakin, and M. J. O'Callaghan
**Breastfeeding Does Not Increase the Risk of Asthma at 14 Years**
Pediatrics, April 1, 2006; 117(4): e787 - e792.
[Abstract] [Full Text] [PDF]

**The American Journal of CLINICAL NUTRITION**    ▸HOME
H. L Burdette, R. C Whitaker, W. C Hall, and S. R Daniels
**Breastfeeding, introduction of complementary foods, and adiposity at 5 y of age**
Am. J. Clinical Nutrition, March 1, 2006; 83(3): 550 - 558.
[Abstract] [Full Text] [PDF]

**ANNALS OF FAMILY MEDICINE**    ▸HOME
P. McGovern, B. Dowd, D. Gjerdingen, C. R. Gross, S. Kenney, L. Ukestad, D. McCaffrey, and U. Lundberg
**Postpartum Health of Employed Mothers 5 Weeks After Childbirth**
Ann. Fam. Med, March 1, 2006; 4(2): 159 - 167.
[Abstract] [Full Text] [PDF]

**PEDIATRICS**    ▸HOME
A. I. Eidelman and L. M. Gartner
**Bed Sharing With Unimpaired Parents Is Not an Important Risk for Sudden Infant Death Syndrome: To the Editor**
Pediatrics, March 1, 2006; 117(3): 991 - 992.
[Full Text] [PDF]

**PEDIATRICS**    ▸HOME
J. Kattwinkel, F. R. Hauck, R. Y. Moon, M. Malloy, and M. Willinger
**Bed Sharing With Unimpaired Parents Is Not an Important Risk for Sudden Infant Death Syndrome: In Reply**
Pediatrics, March 1, 2006; 117(3): 994 - 996.
[Full Text] [PDF]

**Pediatrics in Review**    ▸HOME


L. Stellwagen and E. Boies
**Care of the Well Newborn**
Pediatr. Rev., March 1, 2006; 27(3): 89 - 98.
[Full Text] [PDF]


### Archives of Disease in Childhood: Fetal and Neonatal Ed                ▶HOME
B L Philipp and A Radford
**Baby-Friendly: snappy slogan or standard of care?**
Arch. Dis. Child. Fetal Neonatal Ed., March 1, 2006; 91(2): F145 - F149.
[Abstract] [Full Text] [PDF]


### Journal of Human Lactation                ▶HOME
M. J. Heinig, J. R. Follett, K. D. Ishii, K. Kavanagh-Prochaska, R. Cohen, and J. Panchula
**Barriers to Compliance With Infant-Feeding Recommendations Among Low-income Women**
J Hum Lact, February 1, 2006; 22(1): 27 - 38.
[Abstract] [PDF]


### Journal of Human Lactation                ▶HOME
M. Lukac, J. K. Riley, and A. D. Humphrey
**How to Integrate a Lactation Consultant in an Outpatient Clinic Environment**
J Hum Lact, February 1, 2006; 22(1): 99 - 103.
[Abstract] [PDF]


### Journal of Human Lactation                ▶HOME
U. Shaikh and C. Chantry
**Reflections on the American Academy of Pediatrics' 2005 Policy Statement on "Breastfeeding and the Use of Human Milk"**
J Hum Lact, February 1, 2006; 22(1): 108 - 110.
[PDF]


### JOURNAL OF THE AMERICAN COLLEGE OF NUTRITION                ▶HOME
J. B. Lasekan, W. W. K. Koo, J. Walters, M. Neylan, and S. Luebbers
**Growth, tolerance and biochemical measures in healthy infants fed a partially hydrolyzed rice protein-based formula: a randomized, blinded, prospective trial.**
J. Am. Coll. Nutr., February 1, 2006; 25(1): 12 - 19.
[Abstract] [Full Text] [PDF]


### PEDIATRICS                ▶HOME
C. J. Chantry, C. R. Howard, and P. Auinger
**Full Breastfeeding Duration and Associated Decrease in Respiratory Tract Infection in US Children**
Pediatrics, February 1, 2006; 117(2): 425 - 432.
[Abstract] [Full Text] [PDF]

### PEDIATRICS → HOME
American Heart Association, S. S. Gidding, B. A. Dennison, L. L. Birch, S. R. Daniels, M. W. Gilman, A. H. Lichtenstein, K. T. Rattay, J. Steinberger, N. Stettler, and L. Van Horn
**Dietary Recommendations for Children and Adolescents: A Guide for Practitioners**
Pediatrics, February 1, 2006; 117(2): 544 - 559.
[Abstract] [Full Text] [PDF]

### PEDIATRICS → HOME
F. R. Greer, N. F. Krebs, and Committee on Nutrition
**Optimizing Bone Health and Calcium Intakes of Infants, Children, and Adolescents**
Pediatrics, February 1, 2006; 117(2): 578 - 585.
[Abstract] [Full Text] [PDF]

### ARCHIVES OF DISEASE IN CHILDHOOD → HOME

G Hill and J V Geisheker
**Edgar Schoen does not represent the North American view of male circumcision**
Arch. Dis. Child., January 1, 2006; 91(1): 92 - 92.
[Full Text] [PDF]

### PEDIATRICS → HOME
P. M. Sisk, C. A. Lovelady, R. G. Dillard, and K. J. Gruber
**Lactation Counseling for Mothers of Very Low Birth Weight Infants: Effect on Maternal Anxiety and Infant Intake of Human Milk**
Pediatrics, January 1, 2006; 117(1): e67 - e75.
[Abstract] [Full Text] [PDF]

### RED BOOK ONLINE → HOME

**Human Milk**
Red Book, January 1, 2006; 2006(1): 123 - 124.
[Full Text]

### JOURNAL OF THE ROYAL SOCIETY OF MEDICINE → HOME

H. Gunasekera
**Designer infant formulas: making a killing**
J. R. Soc. Med., December 1, 2005; 98(12): 551 - 552.
[Full Text] [PDF]

### AAP GRAND ROUNDS → HOME

W. Slusser
**Longer Duration of Breastfeeding Decreases the Risk of Overweight**
AAP Grand Rounds, December 1, 2005; 14(6): 67 - 68.
[Full Text] [PDF]

Breastfeeding and the Use of Human Milk -- Section on Breastfeeding 115 (2): 496 -- AAP Policy
Case 1:07-cv-11691-WGY   Document 1-4   Filed 09/11/07   Page 16 of 18
Page 32 of 34

**PEDIATRICS** ▶HOME

K. A. Bonuck, M. Trombley, K. Freeman, and D. McKee
**Randomized, Controlled Trial of a Prenatal and Postnatal Lactation Consultant Intervention on Duration and Intensity of Breastfeeding up to 12 Months**
Pediatrics, December 1, 2005; 116(6): 1413 - 1426.
[Abstract] [Full Text] [PDF]

**JAMA** ▶HOME

A. M. Stuebe, J. W. Rich-Edwards, W. C. Willett, J. E. Manson, and K. B. Michels
**Duration of Lactation and Incidence of Type 2 Diabetes**
JAMA, November 23, 2005; 294(20): 2601 - 2610.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▶HOME

F. R. Hauck, O. O. Omojokun, and M. S. Siadaty
**Do Pacifiers Reduce the Risk of Sudden Infant Death Syndrome? A Meta-analysis**
Pediatrics, November 1, 2005; 116(5): e716 - e723.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▶HOME



A. Pisacane, G. I. Continisio, M. Aldinucci, S. D'Amora, and P. Continisio
**A Controlled Trial of the Father's Role in Breastfeeding Promotion**
Pediatrics, October 1, 2005; 116(4): e494 - e498.
[Abstract] [Full Text] [PDF]

**Circulation** ▶HOME

Endorsed by the American Academy of Pediatrics, S. S. Gidding, B. A. Dennison, L. L. Birch, S. R. Daniels, M. W. Gilman, A. H. Lichtenstein, K. T. Rattay, J. Steinberger, N. Stettler, and L. Van Horn
**Dietary Recommendations for Children and Adolescents: A Guide for Practitioners: Consensus Statement From the American Heart Association**
Circulation, September 27, 2005; 112(13): 2061 - 2075.
[Abstract] [Full Text] [PDF]

**ARCHIVES OF PEDIATRICS & ADOLESCENT MEDICINE** ▶HOME

A. K. Anderson, G. Damio, S. Young, D. J. Chapman, and R. Perez-Escamilla
**A Randomized Trial Assessing the Efficacy of Peer Counseling on Exclusive Breastfeeding in a Predominantly Latina Low-Income Community**
Arch Pediatr Adolesc Med, September 1, 2005; 159(9): 836 - 841.
[Abstract] [Full Text] [PDF]

**PEDIATRICS** ▶HOME



M. L. Moritz, M. D. Manole, D. L. Bogen, and J. C. Ayus
**Breastfeeding-Associated Hypernatremia: Are We Missing the**


**Diagnosis?**
Pediatrics, September 1, 2005; 116(3): e343 - e347.
[Abstract] [Full Text] [PDF]


**PEDIATRICS** ▶HOME
D. Mandel, R. Lubetzky, S. Dollberg, S. Barak, and F. B. Mimouni
**Fat and Energy Contents of Expressed Human Breast Milk in Prolonged Lactation**
Pediatrics, September 1, 2005; 116(3): e432 - e435.
[Abstract] [Full Text] [PDF]

**The American Journal of CLINICAL NUTRITION** ▶HOME
P. Jantchou, D. Turck, M. Balde, and C. Gower-Rousseau
**Breastfeeding and risk of inflammatory bowel disease: results of a pediatric, population-based, case-control study**
Am. J. Clinical Nutrition, August 1, 2005; 82(2): 485 - 486.
[Full Text] [PDF]


**Journal of Human Lactation** ▶HOME
K. Wambach, S. H. Campbell, S. L. Gill, J. E. Dodgson, T. C. Abiona, and M. J. Heinig
**Clinical Lactation Practice: 20 Years of Evidence**
J Hum Lact, August 1, 2005; 21(3): 245 - 258.
[Abstract] [PDF]


**Journal of Human Lactation** ▶HOME
K. A. Bonuck, K. Freeman, and M. Trombley
**Country of Origin and Race/Ethnicity: Impact on Breastfeeding Intentions**
J Hum Lact, August 1, 2005; 21(3): 320 - 326.
[Abstract] [PDF]


**EVIDENCE BASED NURSING** ▶HOME
C. J Ravazzolo
**Review: thickened feeds or metoclopramide may reduce symptoms of gastro-oesophageal reflux in healthy infants**
Evid. Based Nurs., July 1, 2005; 8(3): 74 - 74.
[Full Text] [PDF]


**JAMA** ▶HOME
J. M. Norris, K. Barriga, E. J. Hoffenberg, I. Taki, D. Miao, J. E. Haas, L. M. Emery, R. J. Sokol, H. A. Erlich, G. S. Eisenbarth, and M. Rewers
**Risk of Celiac Disease Autoimmunity and Timing of Gluten Introduction in the Diet of Infants at Increased Risk of Disease**
JAMA, May 18, 2005; 293(19): 2343 - 2351.
[Abstract] [Full Text] [PDF]

**AAP GRAND ROUNDS** ▸HOME

W. Slusser
**Another Benefit of Breastfeeding?**
AAP Grand Rounds, April 1, 2005; 13(4): 38 - 38.
[Full Text] [PDF]

**JOURNAL WATCH PEDIATRICS AND ADOLESCENT MEDICINE** ▸HOME

**Breast-feeding 2005**
Journal Watch Pediatrics and Adolescent Medicine, March 28, 2005; 2005 (328): 1 - 1.
[Full Text]

**AAP NEWS** ▸HOME

L. O'Keefe
**Expanded AAP breastfeeding policy calls for support of nursing moms**
AAP News, February 1, 2005; 26(2): 1 - 10.
[Full Text] [PDF]

- Abstract of this Article
- **PDF Version of this Article**
- Email this article to a friend
- Similar articles found in:
    AAP Policy Online

  PubMed
- PubMed Citation
- Download to Citation Manager

HOME | HELP | E-MAIL ALERTS | SEARCH