# EXHIBIT A
# (PART 6)

# EXHIBIT D

{}



# HHS Blueprint for Action on Breastfeeding

Department of Health and Human Services
Office on Women's Health



# Breastfeeding

## HHS Blueprint for Action on Breastfeeding

*Department of Health and Human Services*
*Office on Women's Health*

The Office on Women's Health would like to acknowledge the following agencies and offices for their contributions:

Administration for Children and Families

Agency for Healthcare Research and Quality

Agency for Toxic Substances and Disease Registry

Centers for Disease Control and Prevention

Environmental Protection Agency

Food and Drug Administration

Health Resources and Services Administration

Indian Health Service

National Institutes of Health

Office of Disease Prevention and Health Promotion

Office of HIV/AIDS Policy

Office of the Assistant Secretary for Planning and Evaluation

U.S. Department of Agriculture

U.S. Agency for International Development



We would also like to acknowledge and thank the Liaison Members of the Subcommittee on Breastfeeding for their important contributions to this Blueprint.



U.S. Department of Health and Human Services, HHS Blueprint for Action on Breastfeeding, Washington, D.C.
U.S. Department of Health and Human Services, Office on Women's Health, 2000.

# CONTENTS

A Message from the Surgeon General .......... 3

Breastfeeding as a Public Health Challenge .......... 8

Benefits of Breastfeeding .......... 10
Resistance to Infectious Diseases .......... 10
Enhanced Immune System .......... 10
Nutritional and Growth Benefits .......... 10
Reduced Risk for Chronic Diseases .......... 11
Developmental Benefits .......... 11
Improved Maternal Health .......... 11
Socioeconomic Benefits .......... 11

Cautions About Breastfeeding .......... 12

Facilitation and Support for Breastfeeding .......... 14
Health Care System .......... 14
The Workplace .......... 16
Childcare Facilities .......... 16
Public Education and Support .......... 16
Marketing of Breast Milk Substitutes .......... 17

Major HHS Breastfeeding Activities in the 1990s .......... 18

Blueprint for Action on Breastfeeding .......... 19
Health Care System .......... 19
Workplace .......... 19
Family and Community .......... 19
Research .......... 20

Conclusion .......... 21

Preparation of the Report .......... 21

References .......... 22

Appendixes .......... 32
Appendix 1: Environmental Pollutants That May Be Found
    in Human Milk .......... 32
Appendix 2: Breastfeeding in the United States: Strategic Plan .......... 33

# A MESSAGE FROM THE SURGEON GENERAL

Breastfeeding is one of the most important contributions to infant health. Breastfeeding provides a range of benefits for the infant's growth, immunity, and development (1). In addition, breastfeeding improves maternal health and contributes economic benefits to the family, health care system, and workplace (2).

Despite the many benefits of breastfeeding, the rates in the United States are low, especially at 6 months postpartum. In 1998, the year for which the most recent statistics are available, only 29% of all mothers breastfed at 6 months postpartum (3). Moreover, racial and ethnic disparities in breastfeeding rates are wide and reveal alarmingly low breastfeeding rates among African American women (19% at 6 months postpartum) (3). The nation must address these low breastfeeding rates as a public health challenge and put in place national, culturally appropriate strategies to promote breastfeeding.

During the past 15 years, the Office of the Surgeon General has highlighted the public health importance of breastfeeding through numerous workshops and publications. In 1984, the Office of the Surgeon General held the first workshop on breastfeeding and human lactation, which made the following recommendations:

- "Improve professional education in human lactation and breastfeeding
- Develop public education and promotional efforts
- Strengthen the support for breastfeeding in the health care system
- Develop a broad range of support services in the community
- Initiate a national breastfeeding promotion effort directed to women in the world of work
- Expand research on human lactation and breastfeeding" (4-5).

In 1985 and 1991, reports were developed to describe the various breastfeeding promotion activities that resulted in follow-up to the Surgeon General's workshop, such as legislation, publicity, resolutions, guidelines, meetings, publications, media campaigns, service delivery models, support systems, and research (5-6).

In 1990, the United States recognized the importance of breastfeeding by signing the *Innocenti Declaration on the Protection, Promotion, and Support of Breastfeeding* adopted by the World Health Organization and United Nations Children's Fund (UNICEF)(7). Concurrently, the U.S. Department of Health and Human Services, through its Healthy People 2000 and subsequently Healthy People 2010, established breastfeeding objectives for the early postpartum period, at 6 months postpartum, and at 1 year postpartum. In addition, recognition of the benefits of breastfeeding has led to the adoption of breastfeeding policies by many health and professional organizations in the United States, including

the American Academy of Pediatrics (8), the American College of Obstetricians and Gynecologists (9), the American Academy of Family Physicians (10), the American Dietetic Association (11), the American College of Nurse-Midwives (12), the National Medical Association (13), and the American Public Health Association (14).

To advance these efforts further, I requested the Office on Women's Health, in conjunction with other Federal agencies and health care professional organizations, to assist me in developing this Blueprint for Action on Breastfeeding. Under the auspices of the Environmental Health Policy Committee, the Office on Women's Health created the Subcommittee on Breastfeeding, consisting of government representatives from various Federal agencies and liaison members from non-federal organizations (Box 1). This Blueprint for Action establishes a comprehensive breastfeeding policy for the nation.

The Blueprint for Action introduces an action plan for breastfeeding based on education, training, awareness, support and research. The plan includes key recommendations that were refined by the members and reviewers of the Subcommittee on Breastfeeding during their deliberations of science-based findings. Recognizing that breastfeeding rates are influenced by various factors, these recommendations suggest an approach in which all interested stakeholders come together to forge partnerships to promote breastfeeding. Each of us, whether we play a role at the Federal, State, local, or private level, must turn these recommendations into programs best suited for our own communities. Together we can shape a future in which mothers can feel comfortable and free to breastfeed their children without societal hindrances. While there has been considerable progress toward reaching this goal, there remains a significant challenge to reach African American women with culturally appropriate approaches to promote breastfeeding.

David Satcher, M.D., Ph.D.
Assistant Secretary for Health
and Surgeon General
U.S. Department of Health and Human Services

## BOX 1: SUBCOMMITTEE ON BREASTFEEDING

### Members

Chairperson: Suzanne G. Haynes, Ph.D.
Office on Women's Health
U.S. Department of Health and
Human Services

Coordinator: Ekaterini Malliou, M.P.H.
Office on Women's Health
U.S. Department of Health and
Human Services

Shawn Adams, M.S., M.B.A., R.D.
Food and Nutrition Services
U.S. Department of Agriculture

Lisita Bush, M.B.A.
Office of the Assistant Secretary for Planning
and Evaluation
U.S. Department of Health and
Human Services

Jean Charles-Azure, Ph.D.
Indian Health Service
U.S. Department of Health and
Human Services

Eileen Choffenes, Ph.D.
Office of Science Coordination and Policy
Environmental Protection Agency

Margaret K. Davis, M.D., M.P.H.
National Center for Chronic Disease
Prevention and Health Promotion
Centers for Disease Control and Prevention

Kathryn S. Dawe-Kopp
Center for Devices and Radiological Health
Food and Drug Administration

Kenneth L. Dominguez, M.D., M.P.H.
National Center for HIV, STD, and TB
Prevention
Centers for Disease Control and Prevention

Sara Fein, Ph.D.
Center for Food Safety and Applied Nutrition
Food and Drug Administration

Scout Gordon, Ph.D.
National Center for Environmental Health
Centers for Disease Control and Prevention

Laurence Grummer-Strawn, Ph.D.
National Center for Chronic Disease
Prevention and Health Promotion
Centers for Disease Control and Prevention

Susie Humphreys, Ph.D.
Center for Food Safety and Applied Nutrition
Food and Drug Administration

Wanda K. Jones, Dr.P.H.
Office on Women's Health
U.S. Department of Health and
Human Services

Mireille B. Kanda, M.D., M.P.H.
Health and Disabilities Services
Administration for Children and Families

Woodie Kessel, M.D.
Office of Disease Prevention and
Health Promotion
U.S. Department of Health and
Human Services

5

## BOX 1: SUBCOMMITTEE ON BREASTFEEDING (CONT.)

### Members

Insun Kim, Dr.P.H.
National Center for Health Statistics
Centers for Disease Control and Prevention

Miriam H. Labbok, M.D., M.P.H.
Nutrition and Maternal/Infant Health
Division
U.S. Agency for International Development

Ernestine W. Murray, R.N, M.A.S.
Center for Practice and Technology
Assessment
Agency for Healthcare Research and Quality

Richard Rheingans, Ph.D.
Division of Health Education and Promotion
Agency for Toxic Substances and Disease
Registry

Walter Rogan, M.D.
National Institute of Environmental
Health Sciences
National Institutes of Health

Heather S. Rosecrans
Center for Drug Evaluation and Research
Food and Drug Administration

Jerrilynn Rowe, M.D.
Office on Women's Health
U.S. Department of Health and Human
Services

Mona Rowe, M.C.P.
National Institute of Child Health
and Human Development
National Institutes of Health

Margaret Scarlett, D.M.D.
Office of HIV/AIDS Policy
U.S. Department of Health and Human
Services

Phillip L. Smith, M.D., M.P.H.
Indian Health Service
U.S. Department of Health and Human
Services

Denise M. Sofka, M.P.H., R.D.
Maternal and Child Health Bureau
Health Resources and Services Administration

Susanne Strickland, M.S., R.D.
National Institute of Child Health and
Human Development
National Institutes of Health

Naomi G. Swanson, Ph.D.
National Institute for Occupational Safety
and Health
Centers for Disease Control and Prevention

Karen Wiser, M.D.
National Institute of Child Health and
Human Development
National Institutes of Health

6

## BOX 1: SUBCOMMITTEE ON BREASTFEEDING (CONT.)

### Liaison Members/Reviewers

Lois D. W. Arnold, M.P.H., I.B.C.L.C.
National Commission on Donor Milk Banking

Linda Block, M.D.
American Academy of Pediatrics

Yvonne Bronner, Sc.D., R.D., L.D.
Morgan State University

Karin Cadwell, Ph.D., R.N., I.B.C.L.C.
Healthy Children 2000

Jan Chapin, R.N., M.P.H.
American College of Obstetricians and Gynecologists

Sheila Clark, M.S.W.
National Black Women's Health Project

Joyce Dougherty, Ph.D., M.S.
Washington State Department of Health

Julianne S. Cuneo, Ph.D.
Washington Business Group on Health

Millicent Gorham, M.B.A.
National Black Nurses Association

Barbara Heiser, R.N., B.S.N., I.B.C.L.C.
National Alliance for Breastfeeding Advocacy

Bonnie Connors Jellen, M.A.
American Hospital Association

Linda Lange, Dr.P.H., R.N.
University of California, Los Angeles

Ruth Lawrence, M.D.
University of Rochester School of Medicine

James H. Lindenberger, I.B.C.L.C.
Best Start Social Marketing

Elaine Locke, M.P.A.
American College of Obstetricians and Gynecologists

Teresa Marchese, C.N.M., Ph.D., F.A.C.N.M.
American College of Nurse-Midwives

Karen Sherwood, M.S., M.B.A.
American Association of Health Plans

Linda I. Smith, B.S.E., F.A.C.C.E., I.B.C.L.C.
Coalition for Improving Maternity Services

Cindy Turner-Maffei, M.A., I.B.C.L.C.
Baby Friendly USA

Patricia Underwood, Ph.D., R.N.
American Nurses Association

Joy Johnson Wilson, M.R.P.
National Conference of State Legislatures

Julie Wood, M.D.
Academy of Family Physicians

Michael Young, M.D.
National Medical Association

## BREASTFEEDING AS A PUBLIC HEALTH CHALLENGE

- Breastfeeding is the ideal method of feeding and nurturing infants.
- Breast milk is the most complete form of nutrition for infants.
- Breastfeeding protects an infant from a wide array of infections and noninfectious diseases.
- Breastfeeding improves maternal health by reducing postpartum bleeding and may lower the risk of premenopausal breast cancer and ovarian cancer.

Despite the well-recognized benefits of breastfeeding, the Healthy People 2000 goals for breastfeeding were not met (2-3). These goals were to increase to 75% the proportion of mothers who breastfed their babies in the early postpartum period, and to increase to 50% the proportion of mothers who breastfed their babies through 5 to 6 months of age (3). In 1998, 64% of all mothers breastfed in the early postpartum period and only 29% breastfed at 6 months' postpartum (3).

One of the two major goals of Healthy People 2010 is to eliminate health disparities among different segments of the population (3). Racial and ethnic disparities in breastfeeding are wide despite substantial increases in breastfeeding rates in the last decade (15). In 1998, 45% of African American mothers breastfed their infants in the early postpartum period, 66% of Hispanic mothers and 68% of white mothers did so. Furthermore, in 1998, 54% of low-income Asian and Pacific Islander children and 59% of low-income Native American and Alaska native children were ever breastfed (16).

No group of women reached the goal of breastfeeding for 5 to 6 months postpartum (50%), and again, disparities exist across racial and ethnic groups (19% of African American mothers, 28% of Hispanic mothers, and 31% of white mothers breastfed. (See Box 3).

In Healthy People 2010, an additional objective was added for 25% of mothers to breastfeed their babies through the end of 1 year (3). Only 9% of African American mothers met this objective in 1998, whereas 17% of Hispanic and 19% white mothers met this goal.

### Box 2: Definitions

**Breastfeeding:** The Institute of Medicine report *Nutrition During Lactation* applies the term "exclusive breastfeeding" when infants are fed only by this method; "partial breastfeeding" when breastfeeding is supplemented with nutrient-rich amounts of formula, juice, water, or solid foods; and "minimal breastfeeding" when the infant receives nearly all sustenance from foods. "breastfeeding" and "human milk" are interchangeable terms.

**Human Lactation:** The process of milk production in which human milk is created by the mammary glands, which are located within the fatty tissue of the breast.

**Healthy People 2000:** A national cooperative effort by government agencies and voluntary and professional organizations to improve the health of all Americans by establishing health objectives and measuring progress toward these objectives. Its purpose is to promote health and prevent disease through changes in lifestyle and other factors. Healthy People 2000 set three broad goals to: 1. Increase the span of healthy lives for Americans, 2. Reduce health disparities among Americans, and 3. Achieve access to preventive services for all Americans (2)

**Healthy People 2010:** Contains broad reaching national health goals for the new decade, focusing two major themes: 1. Increase quality and years of healthy life, and 2. Eliminate health disparities (3).

*This document presents the consensus of the members and reviewers on the IHS Subcommittee on Breastfeeding; it does not necessarily reflect the policies of the member/federal organizations represented.*

## Box 3: Racial and Ethnic Disparities in Breastfeeding Rates and Healthy People 2010 Breastfeeding Objectives for the Nation[3]

**Objective: Increase the proportion of mothers who breastfeed their babies**

| | 1998 Baseline Percent (%) | 2010 Target |
|---|---|---|
| **In early postpartum period** | | |
| All women | 64 | 75 |
| Black or African American | 45 | 75 |
| Hispanic or Latino | 66 | 75 |
| White | 68 | 75 |
| **At 6 months** | | |
| All women | 29 | 50 |
| Black or African American | 19 | 50 |
| Hispanic or Latino | 28 | 50 |
| White | 31 | 50 |
| **At 1 year** | | |
| All women | 16 | 25 |
| Black or African American | 9 | 25 |
| Hispanic or Latino | 19 | 25 |
| White | 17 | 25 |

A number of reasons might explain why so few African American mothers breastfeed. Breastfeeding is not viewed positively among African American women (17). Furthermore, it has been difficult for African American women to receive information and education about breastfeeding, to have breastfeeding initiated in the hospital, to continue breastfeeding in the early days in the home setting, and to continue breastfeeding for an extended period (17).

Increasing the rates of breastfeeding is a compelling public health goal, particularly among the racial and ethnic groups who are less likely to initiate and sustain breastfeeding throughout the infant's first year (3).

Significant steps must be taken to increase breastfeeding rates in the United States and to close the wide racial and ethnic gaps in breastfeeding. This goal can only be achieved by supporting breastfeeding in the family, community, workplace, health care sector, and society. This Blueprint for Action introduces a comprehensive framework to increase breastfeeding rates in the United States and to promote optimal breastfeeding practices.

## BENEFITS OF BREASTFEEDING

Extensive research on the biology of human milk and on the health outcomes associated with breastfeeding has established that breastfeeding is more beneficial than formula feeding. Breastfed infants experience fewer cases of infectious and noninfectious diseases as well as less severe cases of diarrhea, respiratory infection, and ear infections (18-32). Mothers who breastfeed experience less postpartum bleeding, earlier return to pre-pregnancy weight, and a reduced risk of ovarian cancer and premenopausal breast cancer (33-43). Furthermore, breastfeeding is cost-beneficial to families (50). Based on this evidence, the American Academy of Pediatrics has stated that "the breastfed infant is the reference or normative model against which all alternative feeding methods must be measured with regard to growth, health, development, and all other short- and long-term outcomes" (8). Thus, human milk is uniquely suited for human infants.

### Resistance to Infectious Diseases

Human milk contains an abundance of factors that are active against infection. Since the infant's immune system is not fully mature until about 2 years of age, the transfer of these factors from human milk provides a distinct advantage that infants fed formula do not experience. Specifically, human milk contains immunologic agents and other components, such as secretory antibodies, leukocytes, and carbohydrates,

### Box 4: Infections that Are Lower in Incidence or Severity in Breastfed Infants than in Formula-fed Infants

- Diarrhea (18, 21, 29-30, 46)
- Respiratory tract infection (18, 21, 46-49)
- Otitis media (19, 29, 50-51)
- Pneumonia (52-53)
- Urinary infection (54-55)
- Necrotizing enterocolitis (56-57)
- Invasive bacterial infection (44, 59-61)

that aid against viruses, bacteria, and parasites (44-45). Overall, research shows that breastfeeding may decrease the incidence of several acute bacterial and viral infections in infants (Box 4).

Protection against infection is strongest during the first several months of life for infants who are breastfed exclusively (19, 21, 29, 46-48, 59). Several studies suggest that the beneficial effects continue even after breastfeeding ceases (19, 21, 61), and a few studies have found that breastfeeding into the second 6 months of life protects against infection (29-30, 52). Longer durations of breastfeeding may provide an even stronger protective effect (19, 21, 51, 61, 65). Finally, children who were breastfed exclusively have fewer illnesses than those who were never breastfed (19, 46, 48).

### Enhanced Immune System

Breastfed infants, compared with formula-fed infants, produce enhanced immune responses to polio, tetanus, diphtheria, and Haemophilus influenzae immunizations, and to respiratory syncytial virus infection, a common infant respiratory infection (44, 62-63). Human milk contains anti-inflammatory factors and other factors that regulate the response of the immune system to infection (44). There is also evidence that breastfeeding results in earlier development of the infant immune system (64).

### Nutritional and Growth Benefits

Human milk contains a balance of nutrients that more closely matches human infant requirements for growth and development than does the milk of any other species (66). For example, compared to cow's milk, human milk is lower in total protein and low in solutes, making it more readily digestible and less stressful on immature infant kidneys. The lipids and enzymes in human milk promote efficient digestion and utilization of nutrients (66-67). Scientific evidence suggests that the normal pattern for breastfed infants is to gain less weight and to be leaner

at 1 year of age than formula-fed infants, while maintaining normal activity level and development [68]. This early growth pattern may influence later growth patterns, resulting in less overweight and obesity among children who were breastfed [65-76]. Despite the finding that many African American infants are breastfed at birth, premature babies face premature or small at birth, premature babies face better when breastfed compared to premature babies who are fed formula [69, 77].

## Reduced Risk for Chronic Diseases

Many studies in infant feeding have found lower rates of several childhood diseases among children who were breastfed. Recent findings suggest that breastfeeding may reduce the risk of type 1 and 2 diabetes [78-82], celiac disease [83-85, 87], inflammatory bowel disease [88-90], childhood cancer [28, 91-92], and allergic disease/asthma [32, 96-100]. Mixed results from some studies suggest that further research is needed to establish some of these benefits [86, 93-95].

## Developmental Benefits

Considerable interest has been raised about the potential effect of breastfeeding on cognitive development [101-107]. Long-chain polyunsaturated fatty acids, available in breast milk, are important for brain growth and development [103-107]. Observations in some studies on neurological and cognitive outcomes in breastfed children have led to a hypothesis that the early visual acuity and cognitive function of these children is greater than in non-breastfed children [101, 104-108]. However, this hypothesis has not been conclusively proven [102, 106].

## Improved Maternal Health

Breastfeeding has several positive hormonal, physical, and psychosocial effects on the mother. Breastfeeding increases levels of oxytocin, a hormone that stimulates uterine contractions, helping to expel the placenta, to minimize postpartum maternal blood loss, and to

reduce a more rapid uterine involution [1, 108]. Breastfeeding, particularly exclusive breastfeeding, delays the resumption of normal ovarian cycles and fertility [2]. When direct breastfeeding is not possible, expressed mothers who breastfed their infants may also experience confidence and facilitated bonding with their infants [110-115].

Studies have shown that breastfeeding for longer time periods (up to 2 years) and among younger mothers (early 20s) may reduce the risk of premenopausal [and] postmenopausal breast cancer [43-44, 113]. In addition, the risk of ovarian cancer may be lower among women who have breastfed their children [41-43].

## Socioeconomic Benefits

Breastfeeding provides economic and social benefits to the family, the health care system, the employer, and the nation [114]. Families can save several hundred dollars over the cost of feeding breast milk substitutes, even after accounting for the cost of breast pump equipment and additional food required by the nursing mother [115]. Breastfed infants typically require fewer sick-care visits, prescriptions, and hospitalizations, especially if breastfed exclusively or almost exclusively [50]. Consequently, total medical care expenditures were about 20% lower for breastfed infants than for never-breastfed infants [116]. Because of the high occurrence of poverty among African Americans, these families would benefit substantially from breastfeeding their infants [117].

• Employers also benefit when their employees breastfeed. Breastfed infants are sick less often; therefore, maternal absenteeism from work is significantly lower in companies with established lactation programs [118]. In addition, employer medical costs are lower and employee productivity is higher.

# CAUTIONS ABOUT BREASTFEEDING

Human milk provides the most complete form of nutrition for infants, including premature and sick newborns, with rare exceptions [8]. When direct breastfeeding is not possible, expressed mother's milk, fortified when necessary for the premature infant, should be provided [8]. Professional health care advice should identify specific fish and wildlife. These advisories against breastfeeding or recommendation about premature weaning should be based on a careful consideration of not receiving human milk, and the most up-to-date information about the following situations.

*Under certain conditions, women should not breastfeed:*

• HIV-infected women in the United States should not breastfeed or provide their breast milk. The nutrition of their own or other infants due to the risk of HIV transmission or increased risk for other infectious disease and nutritional deficiencies resulting in infant death. No mortality risks associated with not breastfeeding may outweigh the possible risk of transmission of HIV infection [119].

• Women with human T-cell leukemia virus type 1 (HTLV-1) should not breastfeed because of the risk of transmission to the child [122].

*Under certain conditions, a state-by-state assessment should be made of whether or not breastfeeding is advisable or should be temporarily suspended. A physician should evaluate each case individually.*

• Environmental Exposures: During the last 30 years, environmental chemicals, such as polychlorinated biphenyls (PCBs), DDT, dioxin, methyl mercury, and have appeared in breast milk without occupational or even known exposure on the part of the women (Appendix A) [123]. Although most women have detectable levels of these agents, there are no established "normal" or "abnormal" values for clinical interpretation. Brazilian, breast milk is not routinely tested for these environmental pollutants. Thus far, effects on the nursing child have been seen primarily in poisonings where the mother herself was clinically ill [124].

Advisories are issued by the states, U.S. territories, Native American tribes, and the Environmental Protection Agency to inform residents of potential dangers of eating fish from waters on or near their land and in oceans, estuaries, and wildlife. These advisories identify specific fish and wildlife. These advisories should be followed.

• Hepatitis C: Transmission of hepatitis C through breast milk has not been established. The risk of hepatitis C infection among infant mothers is in the same whether breast or bottle fed. However, breastfeeding of cracked nipples by the breast of a woman positive for hepatitis C may put a breastfeeding infant at risk for transmission of hepatitis C [126].

• Illicit Drugs: Amphetamines, cocaine, heroin, marijuana, and phencyclidine should not be ingested by the nursing mother. Nor only are they hazardous to the nursing infant, but also they are detrimental to the physical and emotional health of the mother. This fact is not complete; no drug of abuse should be ingested by the nursing mother. In the absence of adverse reports in the literature [127-128].

• Implants and Breast Surgery: It is not known whether breastfeeding by women who have breast implants has an effect on the nursing infant [129]. Many women with implants lactate successfully. Women who have had reduction mammoplasty may not be able to lactate if the glandular tissue has been removed or the connection between it and the nipple is interrupted.

• Metabolic Disorders: An infant born with galactosemia cannot metabolize lactose; a sugar found in all mammalian milk. Such infants must be fed a plant-derived formula [130]. Infants with phenylketonuria may be breastfed, with careful monitoring of blood levels, but doing so requires special clinical management [131].

• Pharmaceutical Drugs: For most prescribed and over-the-counter medications taken by women, the risk to the nursing infant is unknown. A few specific drugs make it necessary to discontinue breastfeeding

for example, cyclophosphamide, cyclosporin, dox-orubicin, ergotamine, methotrexate, and radioactive isotopes are prohibited during lactation (8, 127). Pharmaceutical drugs that affect the central nervous system, such as anti-anxiety, anti-depression, and anti-psychotic agents, are of special concern when taken by nursing mothers (127). Some pharmaceuti-cal agents such as bromocriptine and metoclopra-mide (131) decrease milk production and therefore are more difficult because they decrease breast milk production and consequently shorten breastfeeding duration (127). A woman taking any of those drugs should not breastfeed without first consulting her health care provider.

- Tobacco and Alcohol Consumption: Alcohol appears in breast milk (132-133). For this reason, and for the general health of the mother, if alcohol is used, intake should be limited. The American Academy of Pediatrics Committee on Drugs that alcohol is "usually compatible with breastfeeding" (127). Nursing mothers should not smoke. Nicotine is present in the breast milk of smokers and may adversely affect milk volume (134). However, for women who cannot or will not stop smoking, breastfeeding is still advisable, since the benefits of breast milk outweigh the risks from nicotine exposure.

# FACILITATION AND SUPPORT FOR BREASTFEEDING

A woman's ability to optimally breastfeed her infant depends on the support she receives from those around her. Several factors and contexts facilitate the initia-tion and continuation of breastfeeding; others may pose barriers. The overriding principle is to make breastfeeding as easy as possible for the mother rather than to discourage her from breastfeeding, either inten-tionally or unintentionally.

## Health Care System

The health care system has an important role to play in the promotion and support of breastfeeding (135-140). Breastfeeding support is particularly critical in the first few weeks postpartum, as lactation is being estab-lished (141). Therefore, all breastfeeding mothers must have access to lactation management support provided by trained physicians, nurses, lactation spe-cialists, peer counselors, and other trained health care providers, especially during the first days and weeks postpartum (142).

All health care providers who interact with women or infants should be knowledgeable about the basics of lactation and the role these specialty play in breast-feeding (135-140). Providers of maternal and child health care have a special role in the promotion of breastfeeding during the prenatal and postnatal peri-ods. They must be knowledgeable and skillful in

overriding women about breastfeeding and lactation and in providing medical care to breastfeeding mothers and their babies. To this end, culturally appropriate training for breastfeeding should be integrated into the curricula of health profession schools. Special atten-tion should be given to barriers to breastfeeding for all women, especially African American and other minori-ty women (143). Breastfeeding training should also be provided for the continuing education requirements for practitioners.

Early experience with breastfeeding is critical, and nonsupportive hospital experiences and lack of support from health care providers have been identified in bar-riers to breastfeeding, especially among African American women (143). Therefore, maternity care and newborn facilities should follow practices conducive to proper lactation (144-145) even when in-hospital maternity care is of short duration. For example, hospitals and other maternity centers are encouraged to adopt the "Ten Steps to Successful Breastfeeding" as outlined by the United Nations Children's Fund, the World Health Organization, the Breastfeeding Hospital Initiative to establish UNICEF's Baby Friendly USA (146-149) (Box 5). Furthermore, the 1984 Surgeon General's Workshop on Breastfeed-ing and Human Lactation recommended several hospi-tal practices presented in East 6, which influence breastfeeding initiation and are important during hos-pital stays (44).

---

**Box 5: Practices for Successful Breastfeeding Services at Hospital and Maternity Centers 146-149**

- A written breastfeeding policy that is communicated to all healthcare staff
- Staff training in the skills needed to implement the policy
- Education of pregnant women about the benefits and management of breastfeeding
- Early initiation of breastfeeding
- Education of mothers on how to breastfeed and maintain lactation
- Limited use of any food or drink other than human breast milk
- Rooming-in
- Breastfeeding on demand
- Limited use of pacifiers and artificial nipples
- Fostering of breastfeeding support groups and services

## Box 6: Hospital Practices Which Influence Breastfeeding Initiation [4]

| | Strongly Encouraging → | Encouraging → | Discouraging → | Strongly Discouraging |
|---|---|---|---|---|
| **Physical Contact** | • baby put to breast immediately in delivery room<br>• baby not taken from mother after delivery<br>• woman helped by staff to suckle baby in recovery room<br>• rooming-in: staff help with baby care in room, not only in nursery | • staff sensitivity to cultural norms and expectations of woman | • scheduled feedings regardless of mother's breastfeeding wishes | • mother-infant separation at birth<br>• mother-infant housed on separate floors in post-partum period<br>• mother separated from baby due to bilirubin problem<br>• no rooming-in policy |
| **Verbal Communication** | • staff initiates discussion re: woman's intention to breastfeed pre- and intrapartum<br>• staff encourages and reinforces breastfeeding immediately on labor and delivery<br>• staff discusses use of breast pump and realities of separation from baby, re: breastfeeding | • appropriate language skills of staff, teaching how to handle breast engorgement and nipple problem<br>• staff's own skills and comfort re: art of breastfeeding and time to teach woman on bustiness basis | • staff instructs woman "to get good night's rest and miss the feed"<br>• strict times allotted for breastfeeding regardless of mother/baby's feeding "cycle" | • woman told to "take it easy," "get your rest" — impression that breastfeeding is effort/straining<br>• woman told she doesn't "do it right," staff interrupts her efforts, corrects her re: positions, etc. |
| **Non-Verbal Communication** | • pictures of woman breastfeeding<br>• literature on breastfeeding in understandable terms<br>• staff (doctors as well as nurses) give reinforcement for breastfeeding (respect, smiles, affirmation)<br>• milieu (or any attendant) making mother comfortable and helping to arrange baby at breast for nursing<br>• woman sees others breastfeeding in hospital | • pictures of woman bottle-feeding<br>• closed circuit TV show in hospital on breastfeeding | • staff interrupts her breast-feeding session for lab tests, etc.<br>• woman doesn't see others breastfeeding | • woman given infant formula kit and infant food literature<br>• woman sees official-looking nurses authoritatively caring for babies by bottle-feeding (leads to woman's insecurities re: own capability of care) |
| **Experiential** | • if breastfeeding not immediately successful, staff continues to be supportive<br>• previous success with breastfeeding experience in hospital | | | • previous failure with breastfeeding experience in hospital |

---

## The Workplace

A large proportion (70%) of employed mothers who have children under 3 years of age work full time (150). About one-third of these mothers return to work within 3 months and about two-thirds within 6 months after the baby is born (151-152). However, African American women are more likely than other women to return to work earlier (6 weeks) and to be engaged in jobs that do not allow the mother to be successful at breastfeeding (153). The workplace environment should enable mothers to continue breastfeeding as long as the mother and baby desire. Worksite programs that support breastfeeding will facilitate the continuation of breastfeeding after mothers return to their jobs (154-155). Such programs include:

- "Prenatal lactation education specifically tailored for working women
- Corporate policies providing information for all employees on the benefits of breastfeeding and services available to support breastfeeding women
- Education for personnel about why their breastfeeding co-workers need support
- Adequate breaks, flexible work hours, job sharing and part-time work
- Private "Mother's Room" for expressing milk in a secure and relaxing environment
- Access to hospital-grade, autocycling breast pumps at the workplace
- Small refrigerators for safe storage of breast milk
- Stabilization or purchase of individually owned portable breast pumps for employees
- Access to a lactation professional on-site or by phone to give breastfeeding education, counseling and support during pregnancy, after delivery and when the mother returns to work
- Coordination with on-site or near-site child care programs so infant can be breastfed during the day (156)
- Support groups for working mothers with children" (156)

## Childcare Facilities

With a large number of infants enrolled in childcare, it is also important that childcare facilities be supportive of breastfeeding (157). Childcare centers should make accommodations for mothers who wish to breastfeed their children or have their children fed expressed milk at the facility.

## Public Education and Support

All breastfeeding women and their partners need reliable and culturally appropriate sources of information and social support for breastfeeding (158-159). Depending on a woman's needs, various levels of skill and training may be called for, from lactation consultants to peer counselors. Women may access information through books, web pages, information phone lines, hotlines, home visits, prenatal/postpartum classes, or mother-to-mother support groups

Social support, particularly peer support, is critical for special populations with lower breastfeeding rates (e.g. African Americans), teen mothers (161-162). Most broadly, the views and perceptions of those interacting with a woman can affect her view on breastfeeding, particularly those of the infant's father (141). Health education in schools should include information on the importance of breastfeeding for children's and women's health. Educational campaigns should be directed toward fathers, especially African American fathers, and other family members (e.g. grandmothers) who greatly influence the woman's decision to breastfeed (141, 163-167).

A public health social marketing effort is needed to increase breastfeeding rates. In addition to culturally appropriate interventions, the social marketing effort would include a media campaign which presents images of breastfeeding as the normal way to feed infants in most places women and their infants go (168-169).

## Marketing of Breast Milk Substitutes

The marketing of infant formula negatively affects breastfeeding (142, 170-172). The International Code of Marketing of Breast Milk Substitutes and a subsequent WHO resolution address guidelines for formula marketing to ensure that it does not interfere with the establishment of lactation (173). The International Code stipulates the responsibilities of manufacturing industries regarding their role in promoting breastfeeding and appropriate infant feeding practices.

17

# MAJOR HHS BREASTFEEDING ACTIVITIES IN THE 1990s

Since the 1991 follow-up to the Surgeon General's Workshop on Breastfeeding and Human Lactation, much has happened to advance the promotion, protection, and support of breastfeeding for families in the United States. In the 1990s, HHS supported the establishment of the United States Breastfeeding Committee (USBC). As a collaborative public-private partnership of about 30 major organizations, the USBC was created to satisfy one of the goals identified in the *Innocenti Declaration*: "Establishment of a multisectoral national breastfeeding committee composed of representatives from relevant government departments, nongovernmental organizations, and health professional associations" (7). In November 1998, HHS cosponsored the National Breastfeeding Policy Conference in Washington, D.C., which generated recommendations for setting a national policy agenda to promote, protect, and support breastfeeding well into the 21st century. Many of the themes that emerged from the 1984 Surgeon General's Workshop on Breastfeeding and Human Lactation continued as a thread throughout this conference.

HHS, through the Health Resources and Services Administration's Maternal and Child Health Bureau, requested that the USBC provide a strategic plan to implement this policy agenda. The breastfeeding strategic plan (Appendix 2) sets forth goals and objectives to improve breastfeeding initiation and duration, to reduce and remove barriers to breastfeeding, to provide equitable access to lactation care and services, and to promote breastfeeding as the cultural norm for infant and child feeding (174). The USBC strategic plan for breastfeeding was closely reviewed and considered during the development of the Blueprint for Action.

HHS agencies support breastfeeding through a variety of programs. The Health Resources and Services Administration provides substantial support for breastfeeding provider training and research. The Centers for Disease Control and Prevention plays a major role in supporting breastfeeding nationally through applied research, program evaluation, and surveillance. The National Institutes of Health provides substantial support for breastfeeding research, totaling $33 million in FY 1998. The Food and Drug Administration regulates manufacturers of breast pumps and ensures their safety and effectiveness. This includes a review of design performance, labeling instructions, and application.

18

# BLUEPRINT FOR ACTION ON BREASTFEEDING

Infants should be exclusively breastfed during the first 4 to 6 months of life (175), preferably for a full 6 months (8-9). Ideally, breastfeeding should continue through the first year of life (8-9, 175). This Blueprint for Action reaffirms the scientific evidence that breastfeeding is the best method for feeding most newborns, and that breastfeeding is beneficial to the infant's and the mother's health. Achieving an increase in the proportion of mothers who breastfeed their babies will require the collaboration of Federal agencies, State and local governments, communities, health professional organizations, advocacy groups, multidisciplinary scientists, industry, health insurers, and the American people. This Blueprint for Action invites all interested stakeholders to forge partnerships for the promotion of breastfeeding. It is also designed to attract broad-based family, community, professional, and philanthropic participation in order to better focus the public's attention and to motivate actions at the individual and community levels.

Moreover, this Blueprint for Action is directed toward all women and at all ages across all social and ethnic populations, socioeconomic status, educational levels, and employment arrangements. It concentrates energy in key breastfeeding promotion domains and denotes responsibility for a definitive course of action by the various stakeholders to achieve a greater proportion of breastfeeding mothers in American society.

To achieve the Healthy People 2010 Breastfeeding Objectives for the Nation (Box 3), the Blueprint for Action recommends that the following steps be taken by the health care system, the workplace, the family, and the community, and identifies several areas of research.

## Health Care System

- Train health care professionals who provide maternal and child care on the basics of lactation, breastfeeding counseling, and lactation management during coursework, clinical and in-service training, and continuing education.

- Ensure that breastfeeding mothers have access to comprehensive, up-to-date, and culturally tailored

19

lactation services provided by trained physicians, nurses, lactation consultants, and nutritionists/dietitians.

- Establish hospital and maternity center practices that promote breastfeeding, such as the "Ten Steps to Successful Breastfeeding" (Box 5).

- Develop breastfeeding education for women, their partners, and other significant family members during the prenatal and postnatal visits.

## Workplace

- Facilitate breastfeeding or breast milk expression in the workplace by providing private rooms, comfortable medical grade breast pumps, milk storage arrangements, adequate breaks during the day, flexible work schedules, and onsite childcare facilities.

- Establish family and community programs that enable breastfeeding continuation when women return to work in all possible settings.

- Encourage childcare facilities to provide quality breastfeeding support.

## Family and Community

- Develop social support and information resources for breastfeeding women such as hotlines, peer counseling, and mother-to-mother support groups.

- Launch and evaluate a public health marketing campaign portraying breastfeeding as normal, desirable, and achievable.

- Encourage the media to portray breastfeeding as normal, desirable, and achievable for women of all cultures and socioeconomic levels.

- Encourage fathers and other family members to be actively involved throughout the breastfeeding experience.

## Research

- Conduct research that identifies the social, cultural, economic, and psychological factors that influence infant feeding behaviors, especially among African American and other minority and ethnic groups.

- Improve the understanding of the health benefits of breastfeeding, especially in reducing the risk for chronic childhood diseases among disadvantaged infants and children.

- Monitor trends on the incidence and duration of exclusive, partial, and minimal breastfeeding, including minority and ethnic groups.

- Compare the cost-effectiveness of different programs that promote, protect, and support breastfeeding to ensure optimal use of resources.

- Conduct research to better understand the role of fathers in promoting breastfeeding.

- Evaluate the influence of brief postpartum hospital stays on the initiation and duration of breastfeeding.

- Determine the safety of over-the-counter and prescription products taken by lactating women on infant health.

- Conduct a large, well-designed case-control study on the effects of breast implants on childhood disorders.

20

# CONCLUSION

Americans in communities nationwide can make a significant difference in promoting and supporting breastfeeding. The recommendations presented in this Blueprint for Action provide an action plan and call for action now. Programs and activities that are implemented and evaluated today will generate additional recommendations for effective breastfeeding promotion initiatives in the future. A collaborative approach is needed to make progress in reaching the Healthy People 2010 breastfeeding goals. The Blueprint for Action is an important step in responding to this major public health challenge of promoting breastfeeding. However, the Healthy People 2010 goals will be realized only when society is supportive of breastfeeding and only when mothers, especially African American mothers, have been reached with culturally appropriate information and support in breastfeeding their infants.

*For further information on breastfeeding and breastfeeding resources, please visit the HRSA/HHS website at www.4woman.gov or call 1-800-994-9662 or TDD 1-888-220-5446.*

## Preparation of the Report

In March 1998, the Environmental Health Policy Committee, which is chaired by the Surgeon General of the United States, requested that the HHS Office on Women's Health lead the Subcommittee on Breastfeeding in preparing the HHS Blueprint for Action on Breastfeeding. Federal representatives throughout the Department of Health and Human Services worked in partnership with the Department of Agriculture, the Environmental Protection Agency, and the U.S. Agency for International Development to develop this report. The Federal Liaison Members on the Subcommittee on Breastfeeding worked together with a broad range of expertise in breastfeeding: leaders of nonprofit breastfeeding organizations; representatives from major hospital, medical, and nursing organizations; private sector experts; and university-based researchers.

### Editors

Suzanne G. Haynes, Ph.D., HHS Office on Women's Health.

Margaret E. Davis, M.D., M.P.H., National Center for Chronic Disease Prevention and Health Promotion, DC; U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention.

Laurence Grummer-Strawn, Ph.D., National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention.

Ekaterini Malison, M.P.H., HHS Office on Women's Health.

Walter Rogan, M.D., National Institute of Environmental Health Sciences, National Institutes of Health.

### Technical Editor

Barbara S. Lynch, Ph.D., Medical Writer and Consultant.

# REFERENCES

1. Institute of Medicine. Nutrition During Lactation. Washington, DC: National Academy Press, 1991, pp. 24-25, 161-171, 197-200.

2. U.S. Department of Health and Human Services. Healthy People 2000: National Health Promotion and Disease Prevention Objectives. Washington, DC: U.S. Department of Health and Human Services, Public Health Service, Office of the Assistant Secretary for Health, 1990, pp. 6, 379-380. DHHS pub. no. PHS 91-50212.

3. U.S. Department of Health and Human Services. Healthy People 2010. Conference Edition—Volumes I and II. Washington, DC: U.S. Department of Health and Human Services, Public Health Service, Office of the Assistant Secretary for Health, January 2000, pp. 2, 47-48.

4. U.S. Department of Health and Human Services. Report of the Surgeon General's Workshop on Breastfeeding & Human Lactation. Rockville, MD: U.S. Department of Health and Human Services, Public Health Service, Health Resources and Services Administration, Maternal and Child Health Bureau, 1984. DHHS pub. no. HRS-D-MC 84-2.

5. U.S. Department of Health and Human Services. Followup Report. The Surgeon General's Workshop on Breastfeeding & Human Lactation. Rockville, MD: U.S. Department of Health and Human Services, Public Health Service, Health Resources and Services Administration, 1985. DHHS pub. no. HRS-D-MC 85-2.

6. Spisak, S. Gross S. Second Followup Report: The Surgeon General's Workshop on Breastfeeding & Human Lactation. Washington, DC: National Center for Education in Maternal and Child Health, 1991.

7. UNICEF/WHO. Innocenti Declaration on the Protection, Promotion and Support of Breastfeeding. Florence, Italy: UNICEF and WHO, 1990.

8. American Academy of Pediatrics. Policy Statement: Breastfeeding and the Use of Human Milk (RE9729). Pediatrics 1997;100(6):1035-1039.

9. American College of Obstetricians and Gynecologists. Breastfeeding: Maternal and Infant Aspects. ACOG Educational Bulletin No. 258. Washington, DC: American College of Obstetricians and Gynecologists, July 2000.

10. American Academy of Family Physicians. Breastfeeding and Infant Nutrition, 1994-1999 AAFP Reference Manual. Washington, DC: American Academy of Family Physicians, 1994, p. 51. http://www.aafp.org/policy/975.html.

11. American Dietetic Association. Position of the American Dietetic Association: Promotion of Breastfeeding. Washington, DC: American Dietetic Association, 1997. http://www.eatright.org/adap0997.html.

12. American College of Nurse-Midwives. Clinical Practice Statement on Breastfeeding. Washington, DC: American College of Nurse-Midwives, July 27, 1992. http://www.acnm.org/prof/bcast.html.

13. National Medical Association. Position Statement on Breastfeeding. Promotion, Protection, and Support of Breastfeeding. Washington, DC: National Medical Association, May 2000.

14. American Public Health Association. Breastfeeding. APHA Public Policy Statement No. 7403 (1974), p. 149, and No. 8226 (1982). Washington, DC: American Public Health Association, 1982, p. 308.

15. U.S. Department of Health and Human Services. Healthy People 2000 Progress Review—Maternal and Infant Health. Hyattsville, MD: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, May 5, 1999, pp. 1-4.

16. U.S. Department of Health and Human Services, CDC, Pediatric Nutrition Surveillance. Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, 2000.

17. Caulfield LE, Gross SM, Bentley ME, et al. WIC-based interventions to promote breastfeeding among African-American women in Baltimore: Effects on breastfeeding initiation and continuation. J Hum Lact 1998;14(1):15-22.

18. Beaudry M, Dufour R, Marcoux S. Relation between infant feeding and infections during the first six months of life. J Pediatr 1995;126: 191-197.

19. Duncan B, Ey J, Holberg CJ, Wright AL, Martinez FD, Taussig LM. Exclusive breast-feeding for at least 4 months protects against otitis media. Pediatrics 1993;91(5):867-872.

20. Frank AL, Taber LH, Glezen WP, Kasel GL, Wells CR, Paredes A. Breast-feeding and respiratory virus infection. Pediatrics 1982;70(2):239-245.

21. Howie PW, Forsyth JS, Ogston SA, Clark A, du V Florey C. Protective effect of breast feeding against infection. BMJ 1990;300:11-16.

22. Kovar MG, Serdula MK, Marks JS, Fraser DW. Review of the epidemiologic evidence for an association between infant feeding and infant health. Pediatrics (Suppl.) 1984;74:S615-S638.

23. Popkin BM, Adair L, Akin JS, Black R, Briscoe J, Flieger W. Breast-feeding and diarrheal morbidity. Pediatrics 1990;86(6):874-882.

24. Saarinen UM. Prolonged breast feeding as prophylaxis for recurrent otitis media. Acta Paediatr Scandinavica 1982;71:567-571.

25. Merrheod F, Ouembi J. Promoting and Supporting Breastfeeding. Am J Fam Physician 2000, 61: 1093-1100, 2102-2104.

26. Ball TM, Wright AL. Health care costs of formula-feeding in the first year of life. Pediatrics (Suppl.) 1999;103(4):870-76.

27. Davis MK, Savitz DA, Graubard BI. Infant feeding and childhood cancer. Lancet 1988;2(8607): 365-368.

28. Davis MK. Review of the evidence for an association between infant feeding and childhood cancer. Int J Cancer (Suppl.) 1998;11:29-33.

29. Dewey KG, Heinig MJ, Nommsen-Rivers LA. Differences in morbidity between breast-fed and formula-fed infants. J Pediatr 1995;126(5):696-702.

30. Duffy LC, Byers TE, Riepenhoff-Talty M, La Scolea LJ, Zielezny M, Ogra PL. The effects of infant feeding on rotavirus-induced gastroenteritis: a prospective study. Am J Public Health 1986;76(3):259-263.

31. Heinig MJ, Dewey KG. Health advantages of breast feeding for infants: a critical review. Nutrition Research Reviews 1996;9:89-110.

32. Wright AL, Holberg CJ, Taussig LM, Martinez FD. Relationship of infant feeding to recurrent wheezing at age 6 years. Arch Pediatr Adolesc Med 1995;149:758-763.

33. Chua S, Arulkumaran S, Lim I, Selamat N, Ratnam SS. Influence of breastfeeding and nipple stimulation on postpartum uterine activity. Br J Obstet Gynecol 1994;101:804-805.

34. Dewey KG, Heinig MJ, Nommsen LA. Maternal weight-loss patterns during prolonged lactation. Am J Clin Nutr 1993;58:162-166.

35. Newcomb PA, Storer BE, Longnecker MP, et al. Lactation and a reduced risk of premenopausal breast cancer. N Engl J Med 1994;330(2):81-87.

36. Flieger SM, Ross RK, Pegenini-Hill A, Bernstein L. Breastfeeding experience and breast cancer risk among postmenopausal women. Cancer Epidemiol Biomarkers Prev 1996;7(5):365-369.

37. Marcus PM, Baird DD, Millikan RC, Moorman PG, Qaqish B, Newman B. Adolescent reproductive events and subsequent breast cancer risk. Am J Public Health 1999;89(8):1244-1247.

38. Weiss HA, Potischman NA, Brinton LA, et al. Prenatal and perinatal risk factors for breast cancer in young women. Epidemiology 1997;8(2):181-187.

39. Brinton LA, Potischman NA, Swanson CA, et al. Breastfeeding and breast cancer risk. Cancer Causes and Control 1995;6:199-208.

40. Newcomb PA, Egan KM, Titus-Ernstoff L, et al. Lactation in relation to postmenopausal breast cancer. Am J Epidemiol 1999;150(2):174-182.

41. Gwinn ML, Lee NC, Rhodes PH, Layde PM, Rubin GL. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol 1990;43(6):559-568.

42. Whittemore AS, Harris R, Intyre J, and the Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies II. Invasive epithelial ovarian cancers in white women. Am J Epidemiol 1992;136(10):1184-1203.

43. Rosenblatt KA, Thomas DB, and the WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Lactation and the risk of epithelial ovarian cancer. Int J Epidemiol 1993;22(2):192-197.

44. Goldman AS. The immune system of human milk: antimicrobial, antiinflammatory and immunomodulating properties. Pediatr Infect Dis J 1993;12(8):664-671.

45. Goldman AS, Goldblum RM, Hanson LA. Anti-inflammatory systems in human milk. Adv Exp Med Biol 1990;310:69-76.

46. Scariati PD, Grummer-Strawn LM, Fein SA. A longitudinal analysis of infant morbidity and the extent of breastfeeding in the United States. Pediatrics 1997;99(6):5.

47. Raisler J, Alexander C, O'Campo P. Breast-feeding and infant illness: a dose-response relationship? Am J Public Health 1999;89(1):25-30.

48. Cushing AH, Samet JM, Lambert WE, et al. Breastfeeding reduced risk of respiratory illness in infants. Am J Epidemiol 1998;147(9):863-870.

49. Wright AL, Bauer M, Naylor A, Sutcliffe E, Clark L. Increasing breastfeeding rates to reduce infant illness at the community level. Pediatrics 1998;101(5):837-844.

50. Aniansson G, Alm B, Andersson B, et al. A prospective cohort study on breast-feeding and otitis media in Swedish infants. Pediatr Infect Dis J 1994;13(3):183-188.

51. Owen MJ, Baldwin CD, Swank PR, Pannu AK, Johnson DL, Howie VM. Relation of infant feeding practices, cigarette smoke exposure, and group child care to the onset and duration of otitis media with effusion in the first two years of life. J Pediatr 1993;123(5):702-711.

52. Levine OS, Farley M, Harrison LH, et al. Risk factors for invasive pneumococcal disease in children: a population-based case-control study in North America. Pediatrics 1999;103(3):e28.

53. Greene BD, Usrey XT, Patterson AJ, Breiman RF. Risk factors for invasive disease caused by Streptococcus pneumoniae among Alaska native children younger than two years of age. Pediatr Infect Dis J 1993;14(2):123-128.

54. Pisacane A, Graziano L, Mazzarella G, Scarpellino B, Zona G. Breast-feeding and urinary tract infection. J Pediatr 1992;120(1):87-89.

55. Marild S, Jodal U, Hanson LA. Breastfeeding and urinary-tract infection (letter). Lancet 1990;336:942.

56. Lucas A, Cole TJ. Breast milk and neonatal necrotising enterocolitis. Lancet 1990;336:1519-1523.

57. Kurtschoff T, Holschneider AM. Necrotizing enterocolitis (NEC) mortality and long-term results: conclusions from a 25-year institutional review. Eur J Pediatr Surg 1993;3:139-143.

58. Biørn MM, Walter WA. Human milk as a carrier of bacterial infectious diseases. Acta Paediatr Suppl 1999;430:21-41.

59. Istre GR, Conner JS, Broome CV, Hightower A, Hopkins RS. Risk factors for primary invasive Haemophilus influenzae disease: increased risk from day care attendance and school-aged household members. J Pediatr 1985;106(2):190-195.

60. Cochi SL, Fleming DW, Hightower AW, et al. Primary invasive Haemophilus influenzae type b disease: a population-based assessment of risk factors. J Pediatr 1986;108(6):887-896.

61. Takala AK, Eskola J, Palmgren J, et al. Risk factors of invasive Haemophilus influenzae type b disease among children in Finland. J Pediatr 1989;115(5):694-701.

62. Hahn-Zoric M, Fulconis F, Minoli I, et al. Antibody responses to parenteral and oral vaccines are impaired by conventional and low protein formulas as compared to breast-feeding. Acta Paediatr Scand 1990;79(11):137-1142.

63. Pabst HF. Immunomodulation by breast-feeding. Pediatr Infect Dis J 1997;16(10):991-995.

64. Garofalo RP, Goldman AS. Expression of functional immunomodulatory and anti-inflammatory factors in human milk. Clin Perinatol 1999; 26(2):361-377.

65. Nafstad P, Jaakola JJK, Hagen JA, Botten G, Kongerud J. Breastfeeding, maternal smoking and lower respiratory tract infections. Eur Respir J 1996;9(12):2623-2629.

66. Picciano MF. Human milk: nutritional aspects of a dynamic food. Biol Neonate 1998;74:84-93.

67. Hennell O, Blackberg L. Human milk bile-salt-stimulated lipase functional and molecular aspects. J Pediatr 1994;125(5Pt 2):S56-S61.

68. Dewey KG. Growth characteristics of breast-fed compared to formula-fed infants. Biol Neonate 1998;74:94-105.

69. Meier PP, Brown LP, Hurst NM. Breastfeeding the preterm infant. Chapter 14 In: Auerbach K, Riordan J, ed. Breastfeeding. Gaithersburg, MD: Aspen. 1998;449-480.

70. Von Kries R, Koletzko B, Sauerwald T, et al. Breast feeding and obesity: cross sectional study. BMJ 1999;319:147-150.

71. Ravelli AC, van der Meulen JHP, Osmond C, Barker DJP, Bleker OP. Infant feeding and adult glucose tolerance, lipid profile, blood pressure, and obesity. Arch Dis Child 2000;82(3):248-252.

72. Kramer MS. Do breast-feeding and delayed introduction of solid foods protect against subsequent obesity? J Pediatr 1981;98(6):883-887.

73. Sirbek V, Shahbynom M, Houndova M, Randunova A, Macek L. Late effects of breast-feeding and early weaning: seven-year prospective study in children. Endocrine Regulation 1991;25:53-57.

74. Hamosh M. Does infant nutrition affect adiposity and cholesterol levels in the adult? J Pediatr Gastroenterol Nutr 1988;7(1):10-16.

75. Elliott KG, Kjolhede CL, Gournis E, Rasmussen KM. Duration of breastfeeding associated with obesity during adolescence. Obes Res 1997;5(6):538-541.

76. Oken E, Lightdale JR. Updates in pediatric nutrition. Curr Opin Pediatr 2000;12(3):282-290.

77. Centers for Disease Control and Prevention. Pediatric Nutrition Surveillance 1997 full report. Atlanta: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, 1998.

78. Pérez-Bravo F, Carrasco E, Gutierrez-Lopez MD, Martinez MT, Lopez G, Garcia de los Rios M. Genetic predisposition and environmental factors leading to the development of insulin-dependent diabetes mellitus in Chilean children. J Mol Med 1996;74:105-109.

79. Gerstein HC. Cow's milk exposure and type 1 diabetes mellitus. Diabetes Care 1994;17(1):13-19.

80. Hammond-McKibben D, Dosch H-M. Cow's milk, bovine serum albumin, and IDDM: can we settle the controversies? Diabetes Care 1997;20(5):897-901.

81. Norris JM, Scott FW. A meta-analysis of infant diet and insulin-dependent diabetes mellitus: do biases play a role? Epidemiology 1996;7(1):87-92.

82. Peitier DJ, Forman MR, Hanson RL, Knowler WC, Bennett PH. Breastfeeding and incidence of non-insulin-dependent diabetes mellitus in Pima Indians. Lancet 1997;350(1):166-168.

83. Greco L, Auricchio S, Mayer M, Grimaldi M. Case control study on nutritional risk factors in celiac disease. J Pediatr Gastro & Nutr 1997;7(3): 395-399.

84. Auricchio S, Follo D, de Ritis G, et al. Does breast feeding protect against the development of clinical symptoms of celiac disease in children? J Pediatr Gastro & Nutr 1983;2(3):428-433.

85. Falth-Magnusson K, Franzen L, Jansson G, Laurin P, Stenhammar L. Infant feeding history shows distinct differences between Swedish celiac and reference children. Pediatr Allergy Immunol 1996;7(1):1-5.

86. Ascher H, Krantz I, Rydberg L, Nordin P, Kristiansson B. Influence of infant feeding and gluten intake on celiac disease. Arch Dis Child 1997;76(2):113-117.

87. Ivarsson A, Persson LA, Nystrom L, et al. Epidemic of celiac disease in Swedish children. Acta Paediatr 2000;89(165-171.

88. Ackeson HD. Tractor SC. Early weaning in the aetiology of ulcerative colitis; a study of feeding in infancy in cases and controls. BMJ 1981;2:929-933.

89. Whorwell PJ, Holdstock G, Whorwell GM, Wright R. Bottle feeding, early gastroenteritis, and inflammatory bowel disease. BMJ 1979:1:382.

90. Koletzko S, Sherman P, Corey M, Griffiths A, Smith C. Role of infant feeding practices in development of Crohn's disease in childhood. BMJ 1989;298:1617-1618.

91. Shu XO, Linet MS, Steinbuch M, et al. Breastfeeding and risk of childhood acute leukemia. J Natl Cancer Inst. 1999;91(20):1765-1772.

92. Smulevich VB, Solionova LG, Belyakova SV. Risk of childhood leukemia and other cancers and exposure to chemicals in the workplace. Case-control study by type of occupational exposure and childhood leukemia/cancer occupational factors. Int J Cancer 1999;83:712-717.

93. Glait T, Hamdan D, Livni P, Laugman MR. Childhood factors in ulcerative colitis and Crohn's disease: an international cooperative study. Scand J Gastroenterol 1987;22:1009-1024.

94. Greco P, Marshall JR, Zielezny M, Lance F A, case-control study to examine the influence of maternal perinatal behaviors on the incidence of Crohn's disease. Gastroenterology Nursing 1996;19(2):53-59.

95. Rigas A, Rigas B, Glassman M, et al. Breast-feeding and maternal smoking in the etiology of Crohn's disease and ulcerative colitis in childhood. Ann Epidemiol. 1993;3(4):387-392.

96. Saarinen UM, Kajosaari M. Breastfeeding as prophylaxis against atopic disease: prospective follow-up study until 17 years old. Lancet 1995;346:1065-1069.

97. Kramer MS. Does breastfeeding help protect against atopic disease? Biology, methodology, and a golden jubilee of controversy. J Pediatr 1988;112(2):181-190.

98. Oddy WH, Holt PG, Sly PD, et al. Association between breast feeding and asthma in 6 year old children: findings of a prospective birth cohort study. BMJ 1999;319:815-819.

99. Bjaksten B, Kjellman N-IM. Perinatal environmental factors influencing the development of allergy. Clin Exp Allergy 1990; 20 Suppl 3:3-8.

100. Burr ML, Limb ES, Maguire MJ, et al. Infant feeding, wheezing, and allergy: a prospective study. Arch Dis Child 1993;68:724-728.

101. Anderson HW, Johnstone BM, Remley DT. Breast-feeding and cognitive development: a meta-analysis. A J Clin Nutr 1999;70: 525-535.

102. Jacobson SW, Chiodo LM, Jacobson JL. Breast-feeding effects on intelligence quotient in 4- and 11-year-old children. Pediatrics 1999;103:E71.

103. Jensen RG. Lipids in human milk. Lipids 1999;34(12):1243-1271.

104. Lucas A, Morley R, Cole TJ, Lister G, Leeson-Payne C. Breast milk and subsequent intelligence quotient in children born preterm. Lancet 1992;339:261-264.

105. Jorgensen MH, Hernell O, Lund P, Holmer G, Michaelsen KF. Visual acuity and erythrocyte docosahexaenoic acid status in breast-fed and formula-fed term infants during the first four months of life. Lipids 1996;31(1):99-105.

106. Richards M, Wadsworth M, Rahimi-Fouladoun A, Hardy R, Kuh D, Paul A. Infant nutrition and cognitive development: the first offspring of a national UK birth cohort. Dev Med Child Neurol 1998;40:163-167.

107. Hanson M, Szleto N. Long-chain polyunsaturated fatty acids. Biol Neonate 1998;74:106-120.

108. Hering MJ, Dewey KG. Health effects of breast feeding for mothers: a critical review. Nutrition Research Reviews 1997;10:35-56.

109. McNeilly AS. Lactational amenorrhea. Endocrinol Metab Clin North Am 1993;21 (1):59-73.

110. Kuerbis AL, Salber CA, Wootey J. Breastfeeding and mother-infant interaction. J Reprod Infant Psychol 1990;8:185-194.

111. Widstrom AM, Wahlberg V, Matthiesen AS, et al. Short-term effects of early suckling and touch of the nipple on maternal behavior. Early Hum Dev 1990;21:153-163.

112. Virden SF. The relationship between infant feeding method and maternal role adjustment. J Nurse-Midwif 1988;33(1):31-35.

113. Newcomb PA, Egan KM, Titus-Ernstoff L, et al. Lactation in relation to postmenopausal breast cancer. Am J Epidemiol 1999; 150:174-182.

114. Riordan JM. The cost of not breastfeeding: a commentary. J Hum Lact 1997;13(2):93-97.

115. Montgomery DL, Splett PL. Economic benefit of breast-feeding infants enrolled in WIC. J Am Diet Assoc 1997;97(4):379-385.

116. Hoey C, Ware JL. Economic advantages of breast-feeding in an HMO setting: a pilot study. Am J Man Care 1997;3(6):861-865.

117. U.S. Department of Commerce. Poverty 1998. Washington, DC: U.S. Department of Commerce, Census Bureau; 1999. www.census.gov/hhes/poverty.

118. Cohen R, Mrcek MH, Mrcek KG. Comparison of maternal absenteeism and infant illness rates among breast-feeding and formula-feeding women in two corporations. Am J Health Promot 1995;10(2):148-153.

119. Centers for Disease Control and Prevention. Public Health Service task force recommendations for the use of antiretroviral drugs in pregnant women infected with HIV-1 for maternal health and for reducing perinatal HIV-1 transmission in the United States. MMWR 1998;RR-2, 47:1-30.

120. American Academy of Pediatrics, Committee on Pediatrics AIDS. Evaluation and medical treatment of the HIV-exposed infant. Pediatrics 1997;99(6):909-917.

121. American Academy of Pediatrics, Committee on Pediatrics AIDS. Human milk, breastfeeding, and transmission of human immunodeficiency virus in the United States (REPS-42). Pediatrics 1995; 96(5):977-979.

122. Lawrence, RA. A review of the medical benefits and contraindications to breastfeeding in the United States. Maternal and Child Health Technical Information Bulletin. Arlington, Va: National Center for Education in Maternal and Child Health, 1997; pp. 3-38.

123. American Academy of Pediatrics Committee on Environmental Health. Chapter 16. Human Milk. In Handbook of Pediatric Environmental Health. Elk Grove Village, IL: American Academy of Pediatrics, 1996; pp. 155-162.

124. Rogan WJ. Pollutants in breast milk. Arch Pediatr Adolesc Med 1996;150:981-990.

125. Environmental Protection Agency. Update. National Listing of Wildlife Advisories. Washington, DC: Environmental Protection Agency; 1998. http://www.epa.gov/ost/fish.

126. Centers for Disease Control and Prevention. Recommendations for prevention and control of hepatitis C virus (HCV) infection and HCV-related chronic disease. MMWR 1998;47(RR-19):1-39. http://www.cdc.gov/epo/mmwr/preview/mmwrhtml/00055154.htm.

127. American Academy of Pediatrics Committee on Drugs. The transfer of drugs and other chemicals into human milk. Pediatrics 1994;93(1):137-150.

128. Wilson JM. Breastfeeding and the chemically dependent woman. NAACOG'S Clinical Issues 1992;3(4):667-672.

129. The Institute of Medicine. Safety of Silicone Implants. Washington, DC: National Academy Press, 2000. pp. 248-261.

130. Neal P. Special tests for special infants: 2. feeding the preterm baby. Prof Care Mother Child 1995;5(6):151-155.

131. Merzbaek K, Lilje R, Nylander G. Breastfeeding in phenylketonuria. Acta Paediatr Suppl 1999; 432:25-27.

132. Morrolla JA, Brazelberg CK. The transfer of alcohol to human milk. Effects on flavor and the infant's behavior. N Engl J Med 1991;325(14); 981-985.

133. Mennella JA, Beauchamp GK. The transfer of alcohol to human milk: Maternal alcohol use during breast-feeding and infant mental and motor development. N Engl J Med 1991;325(17):1558-1430.

134. Mennella JA, Beauchamp GK. Smoking and the flavor of breast milk. Letter. N Engl J Med 1998;339(21):1559-1560.

135. Freed GL, Clark SJ, Cefalo RC, Sorenson JR, Curtis R. National assessment of physicians' breast-feeding knowledge: attitudes, training, and experience. JAMA 1995;273(6):472-476.

136. Freed GL, Clark SJ, Curtis P, Sorenson JR. Breast-feeding education and practice in family medicine. J Fam Pract 1995;40(5):263-269.

137. Freed GL, Clark SJ, Lohr JA and Sorenson JR. Pediatrician involvement in breast-feeding promotion: a national study of residents and practitioners. Pediatrics 1995;96(3):490-494.

138. Freed GL, Clark SJ, Cefalo RC, Sorenson JR. Breast-feeding education of obstetrics-gynecology residents and practitioners. Am J Obstet Gynecol 1995;173:1607-1613.

139. Schanler RJ, O'Connor KG, Lawrence RA. Pediatricians' practices and attitudes regarding breastfeeding promotion. Pediatrics 1999;103(3):35.

140. Dermer A. Overcoming medical and social barriers to breastfeeding. American Family Physician 1995;51:755-763.

141. Hawthorne K. Intensive aid: reality in infant feeding. Modern Midwife 1994;23-28.

142. Gross SM, Caulfield LE, Bentley ME et al. Counseling and motivational videotapes increase duration of breast-feeding in African-American WIC participants who initiate breast-feeding. J Am Diet Assoc 1998;98(2):143-148.

143. Bentley ME, Caulfield LE, Gross SM, et al. Sources of influence on intention to breastfeed among African-American women at entry to WIC. J Hum Lact 1999;15(1):27-34.

144. Jelly R. Breastfeeding and health care services. Int J of Gyncol Ob 1990;31S:9-19.

145. Perez-Escamilla R, Pollitt E, Lonnerdal B, Dewey KG. Infant feeding policies in maternity wards and their effect on breast-feeding success: an analytical overview. Am J Public Health 1994;84(1):89-97.

146. WHO/UNICEF. Protecting, Promoting and Supporting Breastfeeding: The Special Role of Maternity Services. Geneva: World Health Organization, 1989. http://www.unicef.org/newsline/tenstps.htm

147. World Health Organization. Evidence for the ten steps to successful breastfeeding. Geneva: WHO, 1998, pp 1-5. Pub No. WHO/CHD 98/9.

148. UNICEF/WHO. The UNICEF/Baby Friendly Hospital Initiative: Ten Steps to Successful Breastfeeding. New York, NY: UNICEF, 1992. March 2000.

149. Rosmilah L, Fiorenza-Becker F, York M, McDonald M. Baby Friendly Hospital Initiative Feasibility Study. Final Report. Healthy Mothers, Healthy Babies National Coalition Expert Working Group. Internal document. Washington DC: U.S. Department of Health and Human Services; 1994.

150. U.S. Department of Labor Women's Labor: 1994-1999. Washington, DC: U.S. Department of Labor; Women's Bureau, 1999. http://www2.dol.gov/dol/wb/public/jobs6497.html

151. Fein B, Roe B. The effect of work status on initiation and duration of breast-feeding. Am J Public Health 1998;88(7):1042-1046.

152. Roe B, Whittington LA, Fein SB, Teel MF. Is there competition between breastfeeding and maternal employment? Demography 1999;36(2):157-171.

153. Brewer YI, Bentley M, Caulfield L, et al. Influence of work or school on breastfeeding among urban WIC participants. Abstracts of the 124th Annual Meeting of the American Public Health Association. New York, NY: American Public Health Association, 1996.

154. Gielen AC, Faden RR, O'Campo P, Brown H, Paige, DM. Maternal employment during the early postpartum period: effects on initiation and duration of breast-feeding. Pediatrics 1991;87(3):298-305.

155. Hills-Bonczyk SG, Avery MD, Savik K, Potter S, Duckett LL. Women's experiences with combining breast-feeding and employment. J Nurse-Midwifery 1993;38(5):257-266.

156. Bourcier R. Breastfeeding support at the work-place: best practices to promote health and productivity. Family Health in Brief. Washington, DC: Washington Business Group on Health, March 2000.

157. U.S. Department of Health and Human Services. National Health and Safety Performance Standards: Guidelines for Out-of-Home Child Care Programs. Arlington, VA: U.S. Department of Health and Human Services, Health Resources and Services Administration, Maternal and Child Health Bureau, 1992, pp. 117-120.

158. Buranosski JT, Roe DE, Rossin DK, et al. Social support, social influence, ethnicity and the breast-feeding decision. Soc Sci Med 1982;17(21):1599-1611.

159. Greenwood LD, Richards R. Support and breast-feeding: a review. Utah 1987; 14:199-203.

160. Gussmas-Strown LM, Rice SP, Dugua K, Clark LD, Benton-Davis S. An evaluation of breast-feeding promotion through peer counseling in Mississippi WIC clinics. Maternal and Child Health Journal 1997;1(1):35-42.

161. Giugliani ERJ, Vogelhut J, Witter FR, Perman JA. Effect of breastfeeding support from different sources on mothers' decisions to breastfeed. J Hum Lact 1994;10(3):157-161.

162. Brewer YI, Kestler L, Gross S, et al. Mother to mother breastfeeding peer counseling: a national WIC survey. Abstracts of the 122nd Annual Meeting and Exhibition, American Public Health Association, Public Health and Diversity: Opportunities for Equity. Washington, DC: American Public Health Association, 1994, p. 117.

163. U.S. Department of Agriculture, Women, Infants and Children National Breastfeeding Promotion Campaign. www.fns.usda.gov/wic/content/BFBpromoinf.inf

164. Giugliani ERJ, Bronner Y, Caulfie WT, Vogelhut J, Witter FR, Perman JA. Are fathers prepared to encourage their partners to breastfeed? A study about fathers' knowledge of breast-feeding. Acta Pediatr 1994;83:1127-1131.

165. Freed GL, Fraley JK, Schanler RJ. Attitudes of expectant fathers regarding breast-feeding. Pediatrics 1992;90(2):224-227.

166. Franklin DL, Wilson, WS. Ensuring Inequality: The Structural Transformation of the African American Family. New York, NY: Oxford University Press, Inc. 1997, pp. 1-258.

167. Eiulman E. Family health: taking responsibility; optimizing the difference. In The Healthy Start Fisher's Journal. Baltimore, MD: Baltimore City Healthy Start Inc. 1996, pp. 1-18.

168. Baumslag N. Breastfeeding: mother knows best. In Selwyn WC, Lugli T, Baumslag N, (Eds). Report of the National Breastfeeding Policy Conference. Washington, DC: United States Breastfeeding Committee; UCLA Center for Healthier Children, Families and Consumers, 1998, pp. 37-39.

169. Labbox MC, Verkamp MS. Marketing of right to breastfeed. In Selwyn WC's women's right to breastfeed. In Selwyn WC, Lugli T, Shane G (Eds.). Report of the National Breastfeeding Policy Conference. Washington, DC: United States Breastfeeding Committee; UCLA Center for Healthier Children, Families and Consumers, 1998, pp. 73-80.

170. Howard C, Howard F, Lawrence R et al. Office prenatal formula advertising and its effect on breast-feeding patterns. Obstet Gynecol 2000;95(2):296-303.

171. Bergevin Y, Dougherty C, Kramer MS. Do infant formula samples shorten the duration of breast-feeding? Lancet 1983;1(8334):1148-1151.

172. Powers NG, Naylor AJ, Wester RA. Hospital policies crucial to breastfeeding success. Seminars in Perinatology 1994;18(6):517-524.

173. World Health Organization. International Code of Marketing of Breast-milk Substitutes. Geneva: World Health Organization 1981; pp. 5-7.

174. United States Breastfeeding Committee. Breastfeeding in the United States: Strategic Plan. Arlington, VA: U.S. Department of Health and Human Services, Health Resources and Services Administration, Maternal and Child Health Bureau, 2000.

175. Kleinman RE (Ed). Pediatric Nutrition Handbook, 4th Edition. Elk Grove Village, IL: American Academy of Pediatrics, Committee on Nutrition, 1998.

31

# APPENDIXES

## Appendix 1: Environmental Pollutants That May Be Found in Human Milk [a]

| Chemical Agent | Potential Health Effect |
| --- | --- |
| • DDT, DDE | • Estrogenic, antiandrogenic activity |
| • PCB/PCDF | • Endodermal defects, developmental delay |
| • TCDD (Dioxin) | • Chloracne |
| • Chlordane | • Neurotoxicity |
| • Heptachlor | • Neurotoxicity |
| • Hexachlorobenzene | • Hypotonia, seizures, rash |
| • Volatile organic compounds: | |
|    Tetrachloroethylene | • Hepatotoxicity |
|    Trichloroethylene | • Hepatotoxicity |
|    Haloalkane | • Hepatotoxicity |
|    Carbon disulfide | • Neurotoxicity |
| • Nicotine | • Neurotoxicity |
| • Metal: | |
|    Lead | • Renal, central nervous system injury |
|    Methyl mercury | • Central nervous system toxicity |

32

## Appendix 2: Breastfeeding in the United States: Strategic Plan [14]

**Goal 1**
Assure access to comprehensive, current and culturally appropriate lactation care and services for all women, children, and families.

**Objective 1.1**
Identify and disseminate evidence-based best practices and policies throughout the health care system.

**Objective 1.2**
Educate all health care providers and payers regarding appropriate breastfeeding and lactation support.

**Objective 1.3**
Ensure that all women have access to appropriate breastfeeding support within the family and/or community.

**Objective 1.4**
Ensure the routine collection and coordination of breastfeeding data by Federal, State, and local government and other organizations, and foster additional research of breastfeeding.

**Goal 2**
Ensure that breastfeeding is recognized as the normal and preferred method of feeding infants and young children.

**Objective 2.1**
Develop a positive and desirable image of breastfeeding for the American public.

**Objective 2.2**
Reduce the barriers to breastfeeding posed by the marketing of breast milk substitutes.

**Goal 3**
Ensure that all Federal, State, and local laws relating to child welfare and family law recognize and support the importance and practice of breastfeeding.

**Objective 3.1**
Ensure that all lawmakers and government officials at Federal, State, and local levels are aware of the importance of protecting, promoting, and supporting breastfeeding.

**Goal 4**
Increase protection, promotion, and support for breastfeeding mothers in the work force.

**Objective 4.1**
The rights of women in the workforce will be recognized in public and private sectors.

**Objective 4.2**
Ensure that all mothers are able to seamlessly integrate breastfeeding and employment.

33