# EXHIBIT A
# (PART 9)

# EXHIBIT 4



## ADMISSIONS

ACADEMICS

UNLIMITED
OPPORTUNITIES

LIFE AT HMS

MAKE AN IMPACT

FACULTY

CAMPUS

APPLICATION
PROCESS
   Selection Factors
      Class Statistics
   Costs
   Diversity Commitment
   How To Apply
      Requirements
      Admissions FAQs
      Research Letter FAQs
   Policies
      Transfer Students
      Application Policies
      Admissions Policies
      Detailed Policies
      General Policies
   Academic Calendar

## Detailed Policies

Access to Educational Records: Family Rights and Privacy Act of 1974 (FERPA)
Personal and Professional Responsibility
Use of Animals for Educational Purposes
Attendance
Transportation
Credit for Work Done Prior to Matriculation
Grading & Assessment
Licensure
Crime Awareness and Campus Security for Members of the Harvard Community
Technical Standards for Medical School Admission, Continuation, and Graduation

### Access to Educational Records: Family Rights and Privacy Act of 1974 (FERP/

Annually, Harvard Medical School informs students of the Family Rights and Privacy
amended. This Act was designed to protect the privacy of education records, to esta
students to inspect and review their education records, and to provide guidelines for
inaccurate or misleading data through informal and formal hearings. Students also h
complaints with The Family Rights and Privacy Act Office concerning alleged failures
to comply with the Act.

Within the Harvard Medical School Community, only those members, individually or
legitimate educational interest are allowed access to student educational records. Lc
in detail the procedures to be used by the institution for compliance with the provisior
copy of the policy can be found at the HMS Registrar's Office, 25 Shattuck Street, G
213, Boston, MA 02115. Questions concerning FERPA may be referred to the Regis

The school will release certain information classified as "directory" information unless
indicates that such information should not be released. Directory information is class
local address, telephone number, photograph, and dates of enrollment. Requests to
information should be indicated on the Personal Data Form that is filled out annually
the Registrar's Office in September.

### Personal and Professional Responsibility

Harvard Medical School has the responsibility of ensuring that its graduates meet ce
professional conduct and responsibility. These standards include reliability, honesty
responsibility in professional relationships, responsibility in relationships with patient:
responsibility related to substance abuse. Promotion and granting of the M.D. degree
satisfactory completion of course and the required credits, and demonstration by the
responsible conduct. Students will be evaluated on the basis of these standards.

Harvard Medical School subscribes to the AAMC's statement of professional respon:
patients with HIV, adopted by the Executive Council of the AAMC on February 25. 1!
students, residents, and faculty have a fundamental responsibility to provide care to
assigned to them, regardless of diagnosis. A failure to accept this responsibility viola

the medical profession to place the patient's interest and welfare first.

**Use of Animals for Educational Purposes**

Animals are used for both research and educational purposes under carefully supen
medical students are expected, but not required, to participate in selected education:
involving live animals. These are few in number and have educational objectives tha
met using other methods.

**Attendance**

*Preclinical and Patient-Doctor Courses*
As the tutorial is the core of the educational experience in the New Pathway curricult
tutorial is mandatory. Students are required both to participate in tutorial and pass th
order to receive a passing grade in all tutorial-based courses.

*Clinical Clerkships*
Attendance during all aspects of clerkships is expected and considered an important
student's evaluation. Students form an integral part of the hospital team and are acc
part because of the expectation that they will be there and fulfill their educational anc
responsibilities, just as house staff do.

*Policy Regarding Religious Holidays*
In accordance with Massachusetts state law, any student in an educational institutior
because of his or her religious beliefs, to attend classes or to participate in any exarr
work requirement on a particular day shall be excused from any such examination, s
requirement. The student shall be provided with an opportunity to make up such exa
work requirement which he or she may have missed because of such absence on ar
provided that such makeup examination or work does not create an unreasonable bt
School.

**Transportation**

Medical schools have recognized that students need educational experiences beyon
in teaching hospitals. In answer to this educational need, ambulatory sites, rehabilita
geriatric facilities, nursing homes, health centers, and other venues have been introc
comprehensive exposure to a broad range of patients, illness, and care. For some si
clerkships as far as fifteen hundred miles away. While none of the HMS affiliated site
distant, we are arranging teaching in more locales than before. Harvard Medical Sch
students are responsible for arranging their own transportation, including that to and
sites. These sites, with rare exceptions, are accessible by public transportation from
school.

**Credit for Work Done Prior to Matriculation**

Students wishing credit for courses taken prior to matriculation should apply to the H
responsible committee before or as soon as possible after matriculation. Students m
credit by passing HMS placement examinations. Such examinations are usually give
orientation period in early September. Credit given for work done prior to matriculatic
decrease the total number of credits that must be earned towards the degree.

**Grading & Assessment**

Courses ordinarily taken by first-year and second-year Harvard Medical students are Satisfactory/Unsatisfactory. Marginal performance by a student is noted by the cours letter sent to the student, with copies to the Society Master and Registrar.

Narratives on the performance of each student are prepared by the faculty of all cou small group teaching sessions. This routinely applies to tutorials, but may also incluc conferences.

Most courses normally taken during Years III and IV, including Core Clerkships, clini electives, and Advanced Biomedical Science courses, are graded High Honors/Hon Unsatisfactory. The High Honor grade is reserved for outstanding performance, not formula or quota. The summative narrative component of grading in clinical clerkship the official record. Formative comments regarding performance in clinical clerkships student self-directed learning. They are available in each Society for review by the s Master, Associate Master, and Advisor.

**Licensure**

Meeting the graduation requirements for the M.D. degree at Harvard does not guara all licensure requirements. Some states have particular curricular requirements for li not be met by the Harvard curriculum. Students are advised to check with the Medic of possible residence for licensure requirements.

The National Board of Medical Examiners has established a single, three-step exam licensure in the United States. The United States Medical Licensing Examination (U common evaluation system for applicants for medical licensure. Harvard medical stu to obtain passing scores on both Step 1 and Step 2 prior to graduation. Step 3 is tak degree is earned.

**Crime Awareness and Campus Security for Members of the Harvard Communi**

The Harvard University Police Department publishes an annual report, Playing It Sat intended to inform students, faculty, staff, and other members of the University comm campus safety and security policies, procedures, and practices, and to encourage a responsibility for personal safety and security. The statistics, programs, and services pamphlet are designed to help members of the Harvard community prevent crime ar safety and security around campus.

Playing It Safe was prepared in support of the University's commitment to foster a sa campus environment, as well as to comply with the Student Right-To-Know and Can of 1990, the Drug-Free Workplace Act of 1988, and the Drug-Free Schools and Cor Amendments of 1989. Copies of this publication are provided to all enrolled students may request a copy from the Harvard University Police Department, 29 Garden Stree 02138, (617) 495-1215.

**Technical Standards for Medical School Admission, Continuation, and Gradua**

POLICY STATEMENT

Applicants to Harvard Medical School are selected on the basis of their academic, p extracurricular dimensions. In addition, applicants must have the intellectual, physic capacities to meet the requirements of the School's curriculum and of a successful n

The mission of Harvard Medical School is to provide its graduates with broad genera
fields of medicine and the basic skills and competence requisite for the practice of m
the faculty of HMS believes that a broad-based and patient-oriented curriculum is ne
development of such knowledge and skills and is best suited to the education of futu
specialists, physician investigators, and leaders in medicine. In other words, HMS se
students who will have the knowledge and skills to function in a broad variety of clinic
to render a wide spectrum of patient care. The following technical standard guideline
by the Special Advisory Panel on Technical Standards for Medical School Admission
AAMC, (Memorandum #79-4) in January, 1979.* These guidelines were formally ado
Harvard Medical School Committee on Admissions in 1989, and they have been revi
confirmed every year since. These guidelines specify the attributes that the HMS fac
essential for completing medical-school training and for enabling each graduate to e
clinical practice. Because these standards describe the essential functions that stud
demonstrate to meet the requirements of a general medical education, they are pre-
entrance, continuation, promotion, and graduation.

Harvard Medical School will consider for admission any applicant who meets its aca
nonacademic criteria and who demonstrates the ability to perform the skills listed in t
or without reasonable accommodations, consistent with the Americans with Disabiliti
Rehabilitation Act. This policy conforms as well with the AAMC guidelines for medica
Americans with Disabilities Act (ADA) and the Disabled Student in Medical School," a
distribution by the AAMC Executive Council in June, 1993. The Committee on Admis
continued to reaffirm that all students must possess the intellectual, physical and em
necessary to undertake the required curriculum in a reasonably *independent manne*
rely on intermediaries, and that all students must be able to achieve the levels of con
by the faculty. All candidates for admission, both those with and without disabilities, a
competitive with others in the applicant pool in academic, personal, and extracurricul
to meet these technical standards. The policy of Harvard Medical School is to make
decisions on the basis of each individual applicant's qualifications to meet and contri
educational objectives and institutional needs. The principle of nondiscrimination aga
on the basis of disability or handicap unrelated to job or course-of-study requirement
the purpose of a university and the law.

Admitted students with physical or learning disabilities have access to the Coordinate
Disabilities, whose role is to collaborate with other administrative staff to provide ada
for courses and examinations. The goal is to help students with disabilities find acces
resources to do their best work. For students with such disabilities as impaired mobil
dyslexia or other learning disorders, HMS can provide reasonable accommodations.
facilities of the medical school are accessible to persons with handicaps.

Admitted students who have a disability and need accommodation should initiate dis
Coordinator for Students with Disabilities as soon as the offer of admission is receive
any additional orientation is required for an entering student who is disabled, the Coc
Students with Disabilities will make this determination and implement the necessary

IMPLEMENTATION PROCEDURES

Applicants with disabilities will be evaluated according to the same standards and cri
for the applicant pool as a whole. The review of each application for students with or
takes into account the necessity of meeting Technical Standards. Applicants with di:
usually identified through their applications and supporting credentials or through the
If an applicant with or without a disability is deemed to be highly desirable for accept
interview process and Subcommittee deliberations, the candidate's application and s
documents will be forwarded to the Main Committee. The Main Committee will make

Harvard Medical School: Detailed Policies

## PUBLICATION

The HMS policy on technical standards is included in the Admissions Bulletin distribu
applicants and appears on the Admissions web site. All inquiries should be directed
Admissions, Harvard Medical School, Gordon Hall, 25 Shattuck Street, Boston, Mas:
6092. The telephone number is 617-432-1550, the FAX number is 617-432-3307. a
address is admissions_office@hms.harvard.edu.

## SUPPORTING DOCUMENTS

*Recommendations of the AAMC Special Advisory Panel on Technical Standards fo
Admission, approved by the AAMC Executive Council on January 18, 1979, are repr

Technical Standards for Medical School Admission

A candidate for the MD degree must have abilities and skills in five varieties, includir
communication; motor; conceptual, integrative, and quantitative; and behavioral and
Technological compensation can be made for some handicaps in certain of these ar
candidate should be able to perform in a reasonably independent manner. The use c
intermediary means that a candidate's judgment must be mediated by someone else
selection and observation.

I. Observation: The candidate must be able to observe demonstrations and experime
sciences, including but not limited to physiologic and pharmacologic demonstrations
microbiologic cultures, and microscopic studies of microorganisms and tissues in nor
pathologic states. A candidate must be able to observe a patient accurately at a dist
hand. Observation necessitates the functional use of the sense of vision and somatic
enhanced by the functional use of the sense of smell.

II. Communication: A candidate should be able to speak, to hear, and to observe pat
elicit information, describe changes in mood, activity, and posture, and perceive non
communications. A candidate must be able to communicate effectively and sensitive
Communication includes not only speech but reading and writing. The candidate mu
communicate effectively and efficiently in oral and written form with all members of tl
team.

III. Motor: Candidates should have sufficient motor function to elicit information from
palpation, auscultation, percussion, and other diagnostic maneuvers. A candidate sh
basic laboratory tests (urinalysis, CBC, etc.), carry out diagnostic procedures (procto
paracentesis, etc.), and read EKGs and x-rays. A candidate should be able to execu
movements reasonably required to provide general care and emergency treatment t
Examples of emergency treatment reasonably required of physicians are cardiopulm
resuscitation, the administration of intravenous medication, the application of pressu
the opening of obstructed airways, the suturing of simple wounds, and the performan
obstetrical maneuvers. Such actions require coordination of both gross and fine mus
equilibrium, and functional use of the senses of touch and vision.

IV. Intellectual-Conceptual, Integrative and Quantitative Abilities: These abilities incl
calculation, reasoning, analysis, and synthesis. Problem solving, *the* critical skill den
physicians, requires all of these intellectual abilities. In addition, the candidate shoul
comprehend three-dimensional relationships and to understand the spatial relationsh

V. Behavioral and Social Attributes: A candidate must possess the emotional health

utilization of his intellectual abilities, the exercise of good judgment, the prompt comp
responsibilities attendant to the diagnosis and care of patients, and the development
sensitive, and effective relationships with patients. Candidates must be able to tolera
workloads and to function effectively under stress. They must be able to adapt to cha
environments, to display flexibility, and to learn to function in the face of uncertaintie:
clinical problems of many patients. Compassion, integrity, concern for others, interpe
interest, and motivation are all personal qualities that are assessed during the admis
education processes.

Included in the deliberations of the Panel on Technical Standards were the following

The medical education process, which focuses so largely on patients, differs marked
postsecondary education in fields outside of the health sciences.

The primary responsibility for the selection of students and for the content of the curr
the medical school and its faculty.

**The M.D. degree is, and must remain, a broad, undifferentiated degree attestin:
acquisition of general knowledge in all fields of medicine and the basic skills r
practice of medicine (our emphasis).**

The guidelines for admission of students and for the education of students as set for
Committee on Medical Education (LCME) must continue to govern the decisions of n
faculties.

All students of medicine must possess those intellectual, ethical, physical and emoti(
required to undertake the full curriculum and to achieve the levels of competence rec
faculty.

Although certain handicaps or combinations of handicaps will prevent some candida'
minimum technical standards, individual schools should take all necessary steps to p
discrimination against the handicapped.

Copyright 2004 by the President and Fellows of Harvard College
last updated: 8/7/2007



# EXHIBIT 5

COMMONWEALTH OF MASSACHUSETTS
BOARD OF REGISTRATION IN MEDICINE
560 HARRISON AVENUE, SUITE #G-4, BOSTON, MA  02118

# FULL LICENSE APPLICATION INSTRUCTIONS

## TABLE OF CONTENTS

### OVERVIEW

| | |
|---|---|
| MISSION STATEMENT | 2 |
| GENERAL INSTRUCTIONS FOR A FULL MEDICAL LICENSE | 2 |
| BIRTHDAY RENEWAL | 3 |
| APPLICATION INFORMATION | 3 |
| APPLICATION FEE | 3 |
| FULL LICENSE APPLICATION INSTRUCTIONS | 4 |
| NATIONAL PRACTITIONER IDENTIFIER (NPI) | 5 |
| MEDICARE TAX FORM | 6 |
| AUTHORIZATION FOR RELEASE OF INFORMATION | 6 |
| SUPPLEMENT TO APPLICATION FORM | 6 |
| MORAL AND PROFESSIONAL CHARACTER | 6 |
| POSTGRADUATE TRAINING VERIFICATION | 7 |
| EVALUATION FORM | 7 |
| STATE LICENSE VERIFICATION | 7 |
| NATIONAL PRACTITIONER DATA BANK | 8 |
| MALPRACTICE HISTORY | 8 |
| FIFTH PATHWAY PROGRAMS | 8 |
| MEDICAL EDUCATION VERIFICATION | 9 |
| TRANSFER PROGRAMS | 9 |
| LICENSURE BASED ON USMLE AND FLEX | 9 |
| NBME DIPLOMATE CERTIFICATION | 10 |
| NBOME DIPLOMATE CERTIFICATION | 10 |
| LICENSURE BASED ON LMCC | 10 |
| FLEX/STATE EXAMINATION | 10 |
| AMA PHYSICIAN PROFILE | 10 |
| OSTEOPATHIC PHYSICIAN PROFILE | 10 |
| ECFMG STATUS REPORT | 10 |
| MALPRACTICE CASES | 11 |
| LEGAL CASES | 11 |
| ADDRESS CHANGES | 12 |
| FCVS (FEDERATION CREDENTIALS VERIFICATION SERVICES) | 12 |
| TAXONOMY CODES | 14-15 |

---

### PLEASE MAKE A COPY OF ALL SUBMITTED FORMS FOR YOUR RECORDS

The Board's regulations require that you provide all of your health care affiliations in the Commonwealth of Massachusetts with a copy of your completed full license application and the supplement.  Before mailing your full license application, please make a copy of your application and supplement for your records.   The Board charges a fee for a copy of the full license application and you may experience a significant delay in receiving the copy.

## MISSION STATEMENT

The Board of Registration in Medicine serves the public by striving to ensure that only qualified physicians are licensed to practice in the Commonwealth, and that licensed physicians and health care institutions provide patients with the highest standard of care and support that characterizes the high quality of health care in Massachusetts.

## GENERAL INSTRUCTIONS FOR A FULL MEDICAL LICENSE

**NOTE:**     *If you ever held a Massachusetts full license in the past, do not use this application form. You must complete a lapsed application to revive your lapsed license. The lapsed license application is available on-line at the Board's website at www.massmedboard.org.*

*Please do not send your full license application to the Board until you have collected all of the following documents in sealed envelopes.*

- *Moral and Professional Character form*
- *National Practitioner Data Bank Profile*
- *State License Verifications from each state in which you have ever held a full license whether the license is active or inactive*
- *Postgraduate Verifications*
- *Evaluations*

**Please read the following instructions carefully before submitting an application for a full medical license.**

If you are a U.S. graduate do not submit the medical education verification to your medical school until you send your full license application to the Board. If you are an international medical graduate please send the medical school verification to the medical school as soon as possible. Please do not request your examination scores, legal or malpractice documents <u>until after</u> you receive all of the documents listed in the Full License Application Instructions and checklist. This includes state license verifications, moral and professional character form, evaluations, postgraduate verification and National Practitioner DataBank profile in sealed envelopes. After the Board receives your full license application packet with the required documents, we will establish a tracking number and pending file for the additional documents that must be sent directly to the Board from the primary source.

*Do not sign and date your full license application until you have collected all of the above documents and are ready to send it to the Board. Please be advised that if your full license application is incomplete after six (6) months, you will be required to update the application, supplement, medicare tax form and any other documents that are over six months old. Evaluations must be updated after four (4) months or two (2) months if you have any legal issues.*

The application packet consists of the forms required for completing the application process. You may download additional forms at the Board's website. Failure to comply with the instructions may delay processing your full license application.

- Print information in blue or black ballpoint pen. Illegible information will result in delayed processing.

- Provide a response to each applicable piece of information that is asked of you in the application packet.

- Include all components of the requested information, especially complete names and addresses of medical schools and hospitals. Failure to submit full addresses will result in delayed processing.

2

- Provide complete dates (both month and year) on the postgraduate training and hospital affiliation sections of your license application. Please list the training and hospital affiliations on the application form. Attach a separate sheet of paper if necessary.

- Account for any gaps longer than three months following your medical school training.

## BIRTHDAY RENEWAL

Renewal of your medical license will occur on your first birthday after the license issuance date, unless your birthday falls within ninety (90) days of obtaining initial licensure. If your first birthday after the issuance date falls within this time frame, you will not be required to renew your license until the following birthday. Renewals thereafter will be on a two-year birthday cycle.

**Please notify the Board in writing when you submit your full license application if you do not want your application to be presented to the Board until ninety (90) days before your birthdate.**

## PROCESSING OF APPLICATIONS

The processing time for a full license application is dependent upon receipt of all supporting documents.  Routine processing of a full license application usually requires a minimum of ten (10) weeks. Applications with malpractice or legal issues will require more time to process. After reviewing your file, we will notify you if additional documents are required.  If you wish acknowledgement of receipt of your full license application, please mail your application by certified mail, return receipt requested.  Completed applications are presented to the Board biweekly. Following Board approval of your application for licensure, your wallet-sized card will be mailed to you within eight (8) business days and your certificate of licensure will be mailed within six (6) weeks.  The Board strongly recommends that you do not make any commitments in Massachusetts on home purchases, loans, etc. until you have been granted a license to practice medicine in Massachusetts.

## DEA AND CONTROLLED SUBSTANCE REGISTRATION

You will be required to send a copy of your wallet-sized card with your license number to the Drug Enforcement Agency (DEA) and to the Massachusetts Department of Public Health for controlled substances certificates. Please call the DEA at (617) 557-2200 and the Department of Public Health at (617) 983-6704 for additional instructions.

## REGISTRATION OF MEDICAL LICENSE

Please note that, pursuant to M.G.L. c. 112, §8, you are required to register your medical license with the clerk of the city or town where you practice.  Failure to do so could result in a fine of up to $100.00.

## APPLICATION INFORMATION

This application is for U.S. and international medical school graduates applying for full licensure. Please use the checklist accompanying the application to identify necessary forms for U.S. and international medical school graduates. Throughout this application, the following terms apply:

**U.S. graduates** refer to graduates of medical schools in the United States, Canada or Puerto Rico.

**International graduates** refers to graduates of all medical schools not located in the United States, Canada, or Puerto Rico.

3

Also, the names of required forms are underlined. (example:  State License Verification Form, Supplement Form, and Medical Education Verification Form).

## APPLICATION FEE

The application-processing fee is $600.00 and is a non-refundable fee.  Please make your check payable to the Commonwealth of Massachusetts. A certified check or money order is preferred, but personal checks are accepted. Applications received without the $600.00 fee will not be processed and will be returned to the sender.

## FULL LICENSE APPLICATION INSTRUCTIONS

**Legal Name:**

Print your full legal name, as it should appear on your license.

**Other Names Used:**

List any names that may appear on your medical school transcripts or other legal documents. If the name on the first line of the application does not correspond with the name on accompanying credentials, you must submit a notarized copy of a document explaining the name change (either a court order or a marriage certificate).  If the credential certificate is written in a foreign language, you must submit an officially notarized translation.

**Mailing, Home and Business Addresses:**

Provide your mailing address, business and home address and telephone numbers.  The Board will send all correspondence to your mailing address.  A post office box cannot be used for your business or home address, only the mailing address.  Your mailing and business addresses are public record.

**Social Security Number:**

Each applicant must provide the Board with a United States Social Security number pursuant to M.G.L. c. 30A §13A in order for a license to be issued. Your social security number may be used to facilitate the authorized sharing of information among designated agencies to expedite processing of your application. Your number may be shared to identify: any reports of disciplinary action filed in national data repositories; tax default status; student loan default status; child support arrearages; Medicaid provider eligibility; Massachusetts controlled substance registration; and collection of fines from Board disciplinary cases. The Board considers this information highly confidential and not subject to release unless specifically authorized.

**Medical Education:**

List pre-medical and medical school(s) attended chronologically along with the dates of your attendance, and any degrees that you received from the school. If you are a *U.S. or Canadian graduate,* and attended medical school for more than four (4) years, or, if there is a gap in your medical education, please explain why on a separate sheet of paper. If you are an *international medical school graduate* and attended more than six (6) years of medical school, please explain why on a separate sheet of paper.  A letter of explanation from the dean of the medical school is also required.

**Postgraduate Education and Hospital Appointments:**

Chronologically list and date all educational or professional training experiences and employment from the date of your medical school graduation to the present. You must account for all periods of time, whether or not you were engaged in the practice of medicine. Applications with blank spaces will not be accepted and will be returned to you. If you need additional space, you may use another sheet of paper.

4

**Other State Licenses:**

List all states where you _ever_ had a full license, whether the license is active or inactive or not renewed.  The Board will cross-reference the information on your application with the AMA Physician Profile.

**Board Certifications:**

Answer "yes" only if you are board certified by the American Board of Medical Specialties (ABMS) or the American Board of Osteopathic Medicine (ABOM) only.

**Reason for Requesting a Massachusetts Full License:**

State your plans for practicing medicine in Massachusetts.

**Affidavit of Applicant:**

By signing the full license application, under the penalties of perjury, you are confirming that the information provided is accurate.

**National Practitioner Identifier (NPI)**

The Board of Registration in Medicine (Board) is a designated repository for the National Provider Identifier (NPI) number.  The NPI is a unique identification number assigned to all health care providers.  Every health care provider will be required to have an NPI for any business transaction or reimbursement with the federal government.

The "designated repository" status means that the Board can help physicians by processing a request for an NPI number on behalf of any Massachusetts physician.  A physician may choose to (1) obtain his/her own NPI number, (2) have a hospital or health plan secure the number on his/her behalf, or (3) take advantage of this free service from the Massachusetts Board of Registration in Medicine by completing the NPI application included with the regular license application/renewal form that will be submitted to the Board.

The NPI will _not_ replace the TIN (Taxpayer Identifying Number), the DEA number (Drug Enforcement Agency), and the EIN (Employer Identification number).  Under the final HIPPA NPI rule, all individuals, organizations and covered providers will be required to obtain an NPI by May 23, 2007.

The NPI is a permanent identification number and

- is mandated by federal regulation
- assigned for life regardless of the number of state licenses
- required by health plans for their enrollment and reimbursement process
- will identify a provider wherever he/she provides services
- will simplify transactions, including claim submissions, and will be cost effective.

The NPI form is on page 4 of the Full License Application.

**Curriculum Vitae:**

Please enclose a copy of your _current_ curriculum vitae listing the months and years of your education, training and clinical activity since your graduation from medical school.  Please explain any gaps, or leaves of absence, in your training or clinical activity in a separate letter and attach the letter to your curriculum vitae.

5

**Medical School Diploma**

International medical school graduates must also send a notarized copy of their medical school diploma and ECFMG Certificate with your full license application. The notarization signature, date and seal on the documents must be original.

# OTHER REQUIRED FORMS

### MEDICARE TAX FORM

An applicant for Massachusetts's medical licensure must complete this form. Your signature and the date of signing are required on the signature lines at the top and bottom of the <u>Medicare Tax Form</u>.

### AUTHORIZATION FOR RELEASE OF INFORMATION FORM

The <u>*Authorization for Release of Information*</u> must be completed and returned to the Board with your application.

### SUPPLEMENT TO APPLICATION FORM

Instructions for answering the questions on the <u>*Supplement*</u> form are included in the application package. All of the questions on the <u>*Supplement*</u> form must be answered "yes" or "no." Failure to accurately report information to the Board will delay the application process. Please be careful in matching your answers to questions. Pages 5-10 of the application form must be completed if you answer "yes" to any question. If you answered "yes" to questions #1 or #8, you are required to request copies of additional documentation from either the court or your attorney. The Board will not accept court documents from you. If you answered "yes" to questions #15-A or #15-B, you must contact your liability carrier or attorney to provide the Board with a copy of the complaint for any open case. If any of the cases are closed, a copy of the complaint and a document recording the final disposition of the case and monies paid on your behalf, even if none were paid, will be required. The completed <u>Supplement</u> form must be enclosed with your full license application.

## You must collect the following documents and send them to the Board with your full license application.

<u>IMPORTANT</u>: You will be requesting that certain documentation be returned to you directly. **The majority of these envelopes must have the signature of the endorser across the seal of the envelope. DO NOT OPEN THESE ENVELOPES.**

The Board will not accept any opened envelopes and will return them to you. You will have to request this information again, which may delay the processing time of your full license application. The National Practitioner Data Bank will not have a signature across the seal of the envelope. **Please make note of this and do not open the envelope.** If you have to repeat the process to obtain this information, processing of your full license application may be significantly delayed

### MORAL & PROFESSIONAL CHARACTER

The <u>*Certificate of Moral and Professional Character*</u> must be completed and signed by the applicant and confirmed by a physician who has a current medical license in the United States.

6

- Attach a 2" x 2" color photograph of yourself taken within the past six (6) months and the photograph must be adequate for positive identification. A black and white photograph will not be accepted.
- The photograph must have the signature of the applicant, the date and the signature and seal of a Notary Public.
- The photograph must be original and not a photocopy taken from a book.
- The *Certificate of Moral and Professional Character* must be sent and signed by a physician legally authorized to practice medicine in the U.S. The designated physician must not be an applicant's relative, but should have known the applicant for at least two (2) years.
- The physician attesting to your moral and professional character must return the completed *Certificate of Moral and Professional Character* form to you in a sealed envelope. **Please inform the physician who is signing the form to place his/her signature across the affixed seal on the back of the envelope.**

### POSTGRADUATE TRAINING VERIFICATION FORM

ACGME-accredited postgraduate training in the U.S. or Canada is required for all applicants. U.S. graduates are required to have at least one (1) year of post-graduate training and international medical school graduates are required to have at least two (2) years of post-graduate training.

Submit the *Postgraduate Verification* form to all health care facilities in the U.S., Canada or Puerto Rico where you have participated in any internship, residency or fellowship training, including training programs that were not completed. **Please inform the physician who is signing the form to place his/her signature across the affixed seal on the back of the envelope and return it to you.**

### EVALUATION FORM

At least one (1) year of current evaluations are required for *U.S. graduates*, two (2) years of current evaluations are required for international medical graduates. The Board's *Evaluation* form must be completed and signed by a physician who was your program director, department chairperson or a physician in a supervisory capacity who can evaluate your clinical performance.

If you are in a training program, the *Evaluation* form must be completed by the program director of your training program. If you have completed your training, submit the *Evaluation* form to the health care facilities where you were credentialed.

If you have completed your training and working in a health care facility, the *Evaluation* must be completed by the department chairperson or department chief in your speciality.

If you are a *locum tenens physician,* the *Evaluation* forms must be completed by the health care facilities where you have had locum tenens assignments for the past two (2) years. If there are any gaps between assignments, you must provide detailed chronological documentation of your activities. **Please inform the physician who is signing the form to place his/her signature across the affixed seal on the back of the envelope.**

The *Evaluation* forms must be current within 120 days prior to Board review. If there are any outstanding legal issues relating to your application, the evaluation must be completed within 60 days of Board review. The Board reserves the right to require that *Evaluation* forms be current within 30 days of Board review.

### STATE LICENSE VERIFICATION FORM

Please submit the *State License Verification* forms to every state or province where you ever held a full license in the United States, Puerto Rico or Canada, whether the license is currently active or inactive. Before mailing the *State License Verification* form, please contact that particular state board for information regarding any processing fees. You may also access other state board websites at WWW.DOCBOARD.ORG. for licensing board e-mail

addresses and instructions on obtaining confirmation of state licenses. The Board will cross-reference the information you provide on current or previous state licenses with the AMA Physician's Profile.

Please note that California and Texas licensing boards will only send a license verification directly to the Board and the *State License Verification* will be held in a pending file until your full license application and fee are received.

*State License Verification* forms are current for six months from the date of verification. If your full application is still incomplete after six months, you will be required to obtain updated *State License Verification* forms from each state.

**Please do not send your full license application to the Board until you have received all *State License Verification* forms from every state in which you held a full license (with the exception of Texas and California). Do not open the envelopes in which the license verification forms are returned. If the seal on any envelope is broken, it will be returned to you and you will be required to repeat the process.**

NATIONAL PRACTITIONER DATA BANK

Full license applicants must request a self query profile from the *National Practitioner Data Bank(NPDB)*. You may access the NPDB at *http://www.npdb-hipdb.com* and complete the self-query form online.  After completing the self-query form, you must print out a hard copy, have it notarized and forward it to the Data Bank.

Please note that the date of your signature and notary date must be the same, otherwise the NPDB will return the self-query form to you which will result in delaying the completion of your full license application. The self-query fee of $16.00 is payable by credit card only  (Visa, MasterCard, Discover). Please remember to include your credit card number and expiration date on your query form.

**When you receive your National Practitioner Data Bank profile, DO NOT OPEN THE ENVELOPE. You must mail it directly to the Board with your full license application. If the envelope is opened, it will be returned to you and a new National Practitioner Data Bank profile request must be submitted. The National Practitioner Data Bank requires up to 4 weeks to process a new profile. If you have questions, contact the Data Bank at 1-800-767-6732.**

MALPRACTICE HISTORY FORM

Complete the *Malpractice History* form listing all of your malpractice carriers for the past ten (10) years. The original *Malpractice History* form must be returned to the Board with your full license application and a copy must be sent to all your liability carriers for the past ten years.

Please note that every applicant must complete the *Malpractice History* form listing all liability carriers for the past ten (10)  years whether or not a claim or suit was ever filed against you.  This includes liability carrier(s) from all training programs. Please contact the risk management office at the training facility(ies) for instructions on obtaining the liability history report.

To obtain your liability history from your current or previous training program, you may contact the risk management office at the healthcare facility for the name and address of all liability carrier and forward a copy of the *Malpractice History* form to each liability carrier.  The signed *Malpractice History* form authorizes the liability carrier to provide information to the Board. Please indicate the beginning and ending dates of your liability coverage with each carrier.  The liability carrier must confirm and document the beginning and end dates of your coverage,  whether there were any cases filed against you and if any monies paid on your behalf. **The liability carrier must forward the malpractice history information directly to the Board.**

8

## FIFTH PATHWAY PROGRAMS

Graduates of *Fifth-Pathway* programs must provide verification of ACGME-approved training in a teaching hospital.  A notarized copy of the Fifth Pathway certificate must be submitted. The *Fifth Pathway* form may be downloaded from the Board's website and forwarded to the training program where the *Fifth Pathway* training was completed.  Please note that this only applies to applicants who completed a Fifth Pathway Program. **Please inform the physician who is signing the form to place his/her signature across the affixed seal on the back of the envelope and include it with your full application packet.**

# THE FOLLOWING FORMS MUST BE REQUESTED FROM THE PRIMARY SOURCE AND SENT TO DIRECTLY TO THE BOARD.

## MEDICAL EDUCATION VERIFICATION FORM

Complete the authorization statement at the top of the *Medical Education Verification* form and send it to your medical school. If more than one medical school was attended, the form must be duplicated and sent to each additional school.

Verification of premedical and medical education must be completed in detail and returned **DIRECTLY** from the medical school to the Board. The *Medical Education Verification* form must be signed by the current Dean or designated official, and accompanied by the official seal of the medical school granting the degree. All forms must be completed, signed and sealed by the medical schools.

If there were gaps in medical education, or more than four (4) years of medical school for a *U.S. or Canadian graduate*, or more than six (6) years for an *international medical school graduate*, a letter from the dean of the medical school is required explaining dates and reasons.

International medical school graduates will be required to submit an official translation of the medical school transcripts in English (if necessary), prepared either by the medical school or a U.S. translation company.  The Board will send a copy of your medical school transcripts back to you if they need to be translated.

## TRANSFER FROM PH.D. OR DENTAL SCHOOL PROGRAM TO AN M.D. PROGRAM

Transfer students who received credit from a Ph.D. or dental school program must submit the *Medical Education Verification* form with the official transcripts from the Ph.D. or dental school program. A letter of matriculation must also be sent to the Board from the medical school. The Board will not accept copies of your medical school transcripts.

## LICENSURE BASED ON USMLE AND FLEX

Applicants requesting licensure based on FLEX or USMLE Steps 1, 2 and 3 may access the Federation of State Medical Board's (FSMB) on-line services at www.fsmb.org to request an examination score report. U.S.M.L.E. and FLEX scores will be electronically transmitted to the Board.

Please note that the Board's regulations require that the U.S.M.L.E. Steps 1, 2 and 3 must be completed within seven (7) years.  An applicant must achieve scores acceptable to the Board on Steps 1, 2 and 3 of the U.S.M.L.E. within a seven-year period in order to fulfill the examination requirements for licensure.  This seven-year period begins when an applicant receives notification of passing his/her first Step (either Step 1 or Step 2). The Board may approve an extension for a physician who has a Ph.D. in a field of biological sciences tested in the Step 1 content, including, but not limited to: anatomy, biochemistry, physiology, microbiology, pharmacology, pathology, genetics, neurosciences and molecular biology. Fields explicitly not included are business, economics, ethics, history or other fields not directly related to biological sciences.

9

NATIONAL BOARD OF MEDICAL EXAMINERS DIPLOMATE CERTIFICATION

Diplomates of the National Board of Medical Examiners (NBME) must obtain the Endorsement of NBME Certification form from the website at *http://www.nbme.org* and under Programs and Services, select "NBME certification and transcripts" and follow the instructions. The NBME certification scores must be sent to the Board of Registration in Medicine, 560 Harrison Avenue, Boston, Massachusetts 02118.

NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS DIPLOMATE CERTIFICATION

You may access the National Board of Osteopathic Medical Examiners (NBOME) website at www.nbome.org for a transcript request form and instructions. The transcript must be sent directly to the Board.

LICENSURE BASED ON LMCC

Applicants requesting licensure based on LMCC may request a transcript of LMCC Scores by fax at (613) 521-9417 or send a letter to: The Registrar, Medical Council of Canada, Box 8234, 1867 Alta Vista Drive, Ottawa, KIG 3H7 Canada. The transcript must be sent directly to the Massachusetts Board of Registration in Medicine. A notarized copy of your LMCC Certificate must be sent with your full license application.

FLEX EXAMINATION/STATE BOARD EXAMINATION VERIFICATION

Verification of a FLEX/State Examination must be sent directly to the Board from the state Board where the examination was administered. The verification must include the examination dates and scores. Massachusetts requires a FLEX passing score of 75 in each component. For examinations prior to June 1985, a FLEX weighted average score of 75 is required in one sitting. A state Board examination after June 19, 1970 will not be accepted for licensure.

AMA PHYSICIAN PROFILE

The *AMA Physician Profile* may be requested online at *http://www.ama-assn.org/AMAProfiles*. The profile will be sent directly to the Board from the AMA, or you may contact the AMA Customer Service for ordering assistance at (800) 665-2882 or (312) 364-5199.

OSTEOPATHIC (D.O.) PHYSICIAN PROFILE

In the Commonwealth of Massachusetts, it is the responsibility of all osteopathic physicians applying for a full license to practice to have their individual "*Official Osteopathic Physician Profile Report*" sent directly to the Board by the American Osteopathic Information Association. You may order your Official Osteopathic Physician Report over the Internet at http://www.do-online.org and ask that it be sent to the Massachusetts Board; or send a letter to: The American Osteopathic Information Association Credentials Services, 142 E. Ontario St. Chicago, IL 60611.

## Additional Requirements for International Graduates

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES (ECFMG) STATUS REPORT

International medical school graduates must complete the Request for Status Report of ECFMG Certification form and forward it to ECFMG, with the required fee, to the address listed on the top of the form or you may access ECFMG online at www.ecfmg.org. The ECFMG Status Report will be sent directly to the Board from ECFMG.

Please Note: An ECFMG Status Report is not a substitute for a licensing examination. International medical graduates must also request the examination reports from FSMB (U.S.M.L.E. Steps 1, 2 and 3 or FLEX Part I and II), NBME (National Boards Parts I, II and III), NBOME (National Board of Osteopathic Medicine) or LMCC (Licentiate of the Medical Council of Canada).

SUBSTANTIAL EQUIVALENCY OF MEDICAL SCHOOL TRAINING AND OFF-SITE ROTATIONS – FORMS E-1 AND E-2

In situations where an applicant cannot comply with 243 CMR 2.03(1)(b), requiring substantial equivalency of medical school education, a Waiver Request may be submitted to the Board. If an applicant completed more than three (3) months of any required or elective clinical rotation outside the country of their medical school, a Waiver Request and Forms E-1 and E-2 are required. The Board will review the applicant's medical school training and/or off-site clinical rotations to determine whether they are substantially equivalent to U.S. medical school training. Please request the Waiver Request and E1-E2 forms when submitting your full license application.

## Other Documentation Requirements

MALPRACTICE CASES

If you have had a malpractice case brought against you in the past ten (10) years, you will need to either request your liability carrier or your attorney to forward documents listed below directly to the Board.

Open case – a copy of the complaint and a letter from the attorney or the liability carrier that includes the name or initials of the patient and that the case is pending.

Closed case – a copy of the complaint and final judgment, settlement and release or other final disposition of each claim, even if you were dismissed from the case by the court and/or the case was closed with or without prejudice and the amount of monies, if any, paid on your behalf.

Dismissed case – a copy of the dismissal if you were dismissed after the case was reviewed by a tribunal or jury. The dismissal must include the name or initials of the patient and confirmation that no monies were paid on your behalf.

Please note that if you were dismissed from the case before it was reviewed by a tribunal or court, the only documentation required is a letter from the liability carrier or the attorney stating the status of the case (which must include the claimant's name or at least his initials), and that no monies were paid on your behalf. A separate completed Supplement form must be completed for each case. The Malpractice History authorization to release information in the license application packet must be completed and forwarded to each of your liability carriers for the past ten (10) years. The original Malpractice History Authorization must be forwarded to the Board of Registration in Medicine for your license file.

Please note that you must complete question #15 on the Supplement Form even if a claim was filed against you but did not result in any action.

LEGAL ISSUES

For each criminal proceeding in which you were named a defendant, certified copies of the complaint, judgment or other disposition and a copy of the police report must be sent to the Board by your lawyer, the court or other appropriate agency. You must also provide a detailed explanation of the incident, including date, time, place, who was with you and the court action.

11

**ADDRESS CHANGE**

The Board's regulations require that you must notify the Board within thirty (30) days, in writing, when you change your address.  Your wallet-card sized will be sent to the mailing address that you provide on your full license application.

**PRACTICE OF MEDICINE**

Please be advised that pursuant to Massachusetts's laws and regulations, you may not practice medicine in a training program or in an independent practice until you have received a license.  The applicant is responsible for determining that the Board has issued a license prior to practicing medicine.

---

### PLEASE MAKE A COPY OF YOUR FULL APPLICATION FOR YOUR RECORDS

**The Board's regulations require that you provide all of your health care affiliations in the Commonwealth of Massachusetts with a copy of your completed full license application and the supplement.  Before mailing your full license application, please make a copy of your application and supplement for your records.  The Board charges a fee for a copy of the full license application and you may experience a significant delay in receiving the copy.**

---

### DOCUMENTS TO BE SUBMITTED WITH YOUR FULL LICENSE APPLICATION

1. Full License Application – all training, hospital affiliation dates, addresses are completed
2. Supplement form – all questions answered and supplement pages completed for "yes" answers
3. Authorization for Release form – signed with current date
4. Medicare Tax form
5. Malpractice History form – listing all liability carriers listed for the past ten (10) years, including training programs
6. Moral and Professional Character form (sealed envelope)
7. State License Verifications (sealed envelopes)
8. Evaluations (sealed envelopes)
9. Postgraduate Verification (sealed envelope)
10. National Practitioner Data Bank (sealed envelope)
11. ECFMG Certificate, notarized copy (International Medical Graduates only)
12. Notarized Diploma, notarized copy (International Medical Graduates only)

## FCVS APPLICATION PROCESS

The Massachusetts Board of Registration in Medicine accepts the FCVS (Federation Credentials Verification Services) for verification of core credentials which includes medical school (from primary source) postgraduate training, examination scores and ECFMG verification.  If you choose to utilize FCVS, you may obtain information at http://www.fsmb.org/ or contact the FCVS at (817) 868-5000 or (888) 275-3287.  The FCVS does not verify medical licenses in other states.   Applicants utilizing FCVS for their core documents must also complete the following additional Board  forms in accordance with the Board's application instructions:

- Full license application
- Supplement
- Medicare Tax Form
- Moral and Professional Character

12

- State License Verifications
- Evaluation Form
- National Practitioner Data Bank Profile
- AMA Profile
- Malpractice History Form
- Malpractice History Reports from all carriers
- Malpractice documents
- Legal documents, as required

## TAXONOMY CODES AND DESCRIPTIONS

**Please enter the Taxonomy code(s) in the boxes provided on the renewal application, page 6.   Thank you.**

2084A0401X - Addiction Medicine
2084P0802X - Addiction Psychiatry
2083A0100X - Aerospace Medicine
207K00000X - Allergy & Immunology
207KA0200X - Allergy & Immunology - Allergy
207KI0005X - Allergy & Immunology - Clinical & Laboratory Immunology
207ZP0101X - Anatomic Pathology
207ZP0102X - Anatomic Pathology & Clinical Pathology
207L00000X - Anesthesiology
207LA0401X - Anesthesiology - Addiction Medicine
207LC0200X - Anesthesiology - Critical Care Medicine
207LP2900X - Anesthesiology - Pain Medicine
207ZB0001X - Blood Banking & Transfusion Medicine
2085B0100X - Body Imaging
207ZP0104X - Chemical Pathology
2084P0804X - Child & Adolescent Psychiatry
207SG0202X - Clinical Biochemical Genetics
207SC0300X - Clinical Cytogenetics
207SG0201X - Clinical Genetics (M.D.)
207SG0203X - Clinical Molecular Genetics
2084N0600X - Clinical Neurophysiology
207ZP0105X - Clinical Pathology/Laboratory Medicine
208U00000X - Clinical Pharmacology
208C00000X - Colon & Rectal Surgery
207ZC0500X - Cytopathology
207N00000X - Dermatology
207NI0002X - Dermatology - Clinical & Laboratory Dermatological Immunology
207NS0135X - Dermatology - Dermatological Surgery
207ND0900X - Dermatology - Dermatopathology
207ND0101X - Dermatology - MOHS-Micrographic Surgery
207NP0225X - Dermatology - Pediatric Dermatology
207ZD0900X - Dermatopathology
2085R0202X - Diagnostic Radiology
2085U0001X - Diagnostic Ultrasound
207P00000X - Emergency Medicine
207PE0004X - Emergency Medicine - Emergency Medical Services
207PT0002X - Emergency Medicine - Medical Toxicology
207PP0204X - Emergency Medicine - Pediatric Emergency Medicine
207PS0010X - Emergency Medicine - Sports Medicine
207PE0005X - Emergency Medicine - Undersea and Hyperbaric Medicine
207Q00000X - Family Practice
207QA0401X - Family Practice - Addiction Medicine
207QA0000X - Family Practice - Adolescent Medicine
207QA0505X - Family Practice - Adult Medicine
207QG0300X - Family Practice - Geriatric Medicine

207QS0010X - Family Practice - Sports Medicine
207ZF0201X - Forensic Pathology
2084F0202X - Forensic Psychiatry
208D00000X - General Practice
2084P0805X - Geriatric Psychiatry
207ZH0000X - Hematology
208M00000X - Hospitalist
207ZI0100X - Immunopathology
207R00000X - Internal Medicine
207RA0401X - Internal Medicine - Addiction Medicine
207RA0000X - Internal Medicine - Adolescent Medicine
207RA0201X - Internal Medicine - Allergy & Immunology
207RC0000X - Internal Medicine - Cardiovascular Disease

207RI0001X - Internal Medicine - Clinical & Laboratory Immunology
207RC0001X - Internal Medicine - Clinical Cardiac Electrophysiology
207RC0200X - Internal Medicine - Critical Care Medicine
207RE0101X - Internal Medicine - Endocrinology, Diabetes & Metabolism
207RG0100X - Internal Medicine - Gastroenterology
207RG0300X - Internal Medicine - Geriatric Medicine
207RH0000X - Internal Medicine - Hematology
207RH0003X - Internal Medicine - Hematology & Oncology
207RI0008X - Internal Medicine - Hepatology
207RI0200X - Internal Medicine - Infectious Disease
207RI0011X - Internal Medicine - Interventional Cardiology
207RM1200X - Internal Medicine - Magnetic Resonance Imaging (MRI)
207RX0202X - Internal Medicine - Medical Oncology
207RN0300X - Internal Medicine - Nephrology
207RP1001X - Internal Medicine - Pulmonary Disease
207RR0500X - Internal Medicine - Rheumatology
207RS0010X - Internal Medicine - Sports Medicine
208VP0014X - Interventional Pain Medicine
209800000X - Legal Medicine
207ZM0300X - Medical Microbiology
2083T0002X - Medical Toxicology
207ZP0007X - Molecular Genetic Pathology
207SM0001X - Molecular Genetic Pathology
2084P0005X - Neurodevelopmental Disabilities
207T00000X - Neurological Surgery
2084N0400X - Neurology
204D00000X - Neuromusculoskeletal Medicine & OMM
204C00000X - Neuromusculoskeletal Medicine, Sports Medicine
207ZN0500X - Neuropathology
2085N0700X - Neuroradiology
207U00000X - Nuclear Medicine
207UN0903X - Nuclear Medicine - In Vivo & In Vitro Nuclear Medicine
207UN0901X - Nuclear Medicine - Nuclear Cardiology
207UN0902X - Nuclear Medicine - Nuclear Imaging & Therapy

13

2085N0904X - Nuclear Radiology
207V00000X - Obstetrics & Gynecology
207VC0200X - Obstetrics & Gynecology - Critical Care
   Medicine
207VX0201X - Obstetrics & Gynecology - Gynecologic
   Oncology
207VG0400X - Obstetrics & Gynecology - Gynecology
207VM0101X - Obstetrics & Gynecology - Maternal & Fetal
   Medicine
207VX0000X - Obstetrics & Gynecology - Obstetrics
207VE0102X - Obstetrics & Gynecology – Reproductive
   Endocrinology
2083X0100X - Occupational Medicine
207W00000X - Ophthalmology
204E00000X - Oral & Maxillofacial Surgery
207X00000X - Orthopaedic Surgery
207YP0228X - Otolaryngology - Pediatric Otolaryngology
207YX0007X - Otolaryngology - Plastic Surgery within the
   Head & Neck
2084P2900X - Pain Medicine
208VP0000X - Pain Medicine
207ZP0213X - Pediatric Pathology
2085P0229X - Pediatric Radiology
208000000X - Pediatrics
2080A0000X - Pediatrics - Adolescent Medicine
2080I0007X - Pediatrics - Clinical & Laboratory Immunology
2080P0006X - Pediatrics - Developmental – Behavioral
   Pediatrics
2080T0002X - Pediatrics - Medical Toxicology
2080N0001X - Pediatrics - Neonatal-Perinatal Medicine
2080P0008X - Pediatrics - Neurodevelopmental Disabilities
2080P0201X - Pediatrics - Pediatric Allergy & Immunology
2080P0202X - Pediatrics - Pediatric Cardiology
2080P0203X - Pediatrics - Pediatric Critical Care Medicine
2080P0204X - Pediatrics - Pediatric Emergency Medicine
2080P0205X - Pediatrics - Pediatric Endocrinology
2080P0206X - Pediatrics - Pediatric Gastroenterology
2080P0207X - Pediatrics - Pediatric Hematology-Oncology
2080P0208X - Pediatrics - Pediatric Infectious Diseases
2080P0210X - Pediatrics - Pediatric Nephrology
2080P0214X - Pediatrics - Pediatric Pulmonology
2080P0216X - Pediatrics - Pediatric Rheumatology
2080S0010X - Pediatrics - Sports Medicine
207SG0205X - Ph.D. Medical Genetics
208100000X - Physical Medicine & Rehabilitation
2081P2900X - Physical Medicine & Rehabilitation –
   Pain Medicine
2081P0010X - Physical Medicine & Rehabilitation – Pediatric
   Rehabilitation Medicine
2081P0004X - Physical Medicine & Rehabilitation – Spinal
   Cord Injury Medicine
2081S0010X - Physical Medicine & Rehabilitation – Sports
   Medicine
208200000X - Plastic Surgery
2082S0099X - Plastic Surgery - Plastic Surgery Within the
   Head and Neck
2082S0105X - Plastic Surgery - Surgery of the Hand
2084P0800X - Psychiatry
2083P0901X - Public Health & General Preventive Medicine
2085R0001X - Radiation Oncology
2085R0205X - Radiological Physics
2084S0010X - Sports Medicine
2083S0010X - Sports Medicine
208600000X - Surgery
2086S0120X - Surgery - Pediatric Surgery
2086S0122X - Surgery - Plastic & Reconstructive Surgery
2086S0105X - Surgery - Surgery of the Hand
2086S0102X - Surgery - Surgical Critical Care
2086X0206X - Surgery - Surgical Oncology
2086S0127X - Surgery - Trauma Surgery

207XS0114X – Orthopaedic Surgery - Adult Reconstructive
   Orthopaedic Surgery
207XX0004X – Orthopaedic Surgery – Foot and Ankle
   Orthopaedics
207XS0106X - Orthopaedic Surgery - Hand Surgery
207XS0117X - Orthopaedic Surgery - Orthopaedic Surgery of
   the Spine
207XX0801X - Orthopaedic Surgery - Orthopaedic Trauma
207XX0005X - Orthopaedic Surgery - Sports Medicine
207Y00000X - Otolaryngology
207YS0123X - Otolaryngology - Facial Plastic Surgery
207YX0602X - Otolaryngology - Otolaryngic Allergy
207YX0905X - Otolaryngology - Otolaryngology/Facial Plastic
Surgery
207YX0901X - Otolaryngology - Otology & Neurotology

2086S0129X - Surgery - Vascular Surgery
2085R0203X - Therapeutic Radiology
208G00000X - Thoracic Surgery (Cardiothoracic Vascular
             Surgery)
204F00000X - Transplant Surgery
2083P0011X - Undersea and Hyperbaric Medicine
208800000X - Urology
2085R0204X - Vascular & Interventional Radiology
2084V0102X - Vascular Neurology

15

## TELEPHONE DIRECTORY & WEBSITE ADDRESSES                    TELEPHONE          WEBSITE

- .... American Medical Association ...................................................... (800) 621-8335 www.ama-assn.org

- Board of Registration in Medicine.................................................. (617) 654-9810 www.massmedboard.org

- .... Federal Drug Enforcement Administration (DEA) ......................... (617) 557-2200

- ECFMG .................................................................................................. (215) 386-5900  www.ecfmg.org

- FSMB (Federation of State Medical Boards.................................. (817)  868-4000 www.fsmb.org

- Mass. Dept. Health—Controlled Substance License ................... (617)  983-6712

- Massachusetts Medical Society ................................................... (800) 322-2303 www.massmed.org

- NBOME (National Board of Osteopathic Medical Examiners ...... (773) 714-0622 www.nbome.org

- NBME ( National Board of Medical Examiners) - ......................... website only     www.nbme.org

- NPDB (National Practitioner Data Bank) ....................................... (800) 767-6732 www.npdb-hipdb.com

Revised: 10/01/2002
        03/14/2003
        03/27/2003
        04/04/2003
        10/23/2003
        01/13/2004

16

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

NORFOLK, SS                                    CIVIL ACTION NO.

|  |  |
|---|---|
| SOPHIE C. CURRIER on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER, Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' EX PARTE MOTION FOR SHORT ORDER OF NOTICE

Pursuant to Rule 6(c) of the Massachusetts Rules of Civil Procedure, Plaintiffs Sophie C. Currier ("Ms. Currier") and Lea M. Gallien-Currier (collectively "Plaintiffs") hereby move this Court to issue a Short Order of Notice on Plaintiffs' Motion for Preliminary Injunction. In support of their Motion, Plaintiffs state that if required to give Defendant National Board of Medical Examiners ("NBME") the full period of notice required by Massachusetts Rules of Civil Procedure 6(c), they will suffer immediate, substantial and irreparable injury from the conduct they complain of in their Verified Complaint filed herewith. Specifically, Ms. Currier is required to take the Step 2 Clinical Knowledge portion of the United States Medical Licensing Examination on **September 15 and 17, 2007**. Therefore, time is of the essence for this Court to hear and issue a decision regarding Plaintiffs' Motion for a Preliminary Injunction.

Further, in order to allow counsel for the NBME time to fully prepare for a hearing on Plaintiffs' Motion for Preliminary Injunction, undersigned counsel has already provided a copy

of Plaintiffs' Verified Complaint and their Motion for Preliminary Injunction with accompanying

memorandum to counsel for the NBME via electronic mail.  Additionally, counsel for Plaintiffs

has proposed several dates for a hearing to Defendant's counsel.

WHEREFORE, Plaintiffs Sophie C. Currier and Lea M. Gallien-Currier request that this

Court issue a Short Order of Notice scheduling their Motion for Preliminary Injunction for a

hearing on _____ _____, 2007 at _____.


                              SOPHIE C. CURRIER AND LEA M.
                              GALLIEN-CURRIER

                              By their attorneys,



                              Christine S. Collins BBO #639293
                              Melissa J. Conroy BBO #646932
                              BOWDITCH & DEWEY, LLP
                              311 Main Street – P.O. Box 15156
                              Worcester, MA  01615-0156
Dated:  September 5, 2007     (508) 791-3511


## CERTIFICATE OF SERVICE

I, Christine S. Collins, hereby certify that I have served a copy of the foregoing on the
following by electronic mail and mailing same, postage prepaid, this 5th day of September, 2007
to:

                    Joseph F. Savage, Jr.
                    Goodwin Procter LLP
                    Exchange Place
                    Boston, MA 02109



                    Christine S. Collins

{Client Files\EMP\30629P\0001\PLD\00984559.DOC;1}