UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHIE C. CURRIER, on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER,<br><br>        Plaintiffs,<br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>        Defendant. | Civil Action No. 07-11691 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to District of Massachusetts Local Rule 7.3, defendant National Board of Medical Examiners, by its undersigned counsel, states that: (1) it has no parent corporation; and (2) there is no publicly held company that owns ten percent or more of its stock.

                                                    Respectfully submitted,

                                                    NATIONAL BOARD OF MEDICAL
                                                    EXAMINERS,

                                                    By its attorneys,

                                                    **/s/** Joseph F. Savage, Jr._____
                                                    Joseph F. Savage, Jr. (BBO # 443030)
                                                    William J. Trach (BBO #661401)
                                                    GOODWIN PROCTER LLP
                                                    Exchange Place
                                                    Boston, MA 02109-2881
                                                    (617) 570-1000

Dated: September 11, 2007

LIBA/1828418.1

## **CERTIFICATE OF SERVICE**

       I, Joseph F. Savage, Jr., counsel for defendant National Board of Medical Examiners, do hereby certify that the foregoing document has been served upon the following counsel for plaintiff by delivering a copy by electronic mail and regular mail on this 11th day of September, 2007:

Christine S. Collins
Bowditch & Dewey LLP
311 Main Street
PO Box 15156
Worcester, MA 01615
ccollins@bowditch.com

                              **/s/** Joseph F. Savage, Jr._____
                              Joseph F. Savage, Jr.

LIBA/1828418.1