UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHIE C. CURRIER on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | **CIVIL ACTION NO. 07-11691-WGY** <br><br> **Louis M. Ciavarra, BBO #546481** <br> **Lauren Stiller Rikleen, BBO #420260** <br> **Christine S. Collins, BBO #639293** |

### PLAINTIFFS' NOTICE OF DISMISSAL OF COUNT I OF VERIFIED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs hereby dismiss Count I of their Verified Complaint without prejudice and without costs.

SOPHIE C. CURRIER and
LEA M. GALLIEN-CURRIER
By their attorneys,

_____
Louis M. Ciavarra (BBO #546481)
Lauren Stiller Rikleen (BBO #420260)
Christine S. Collins (BBO #639293)
BOWDITCH & DEWEY, LLP
311 Main Street – P.O. Box 15156
Worcester, MA  01615-0156
 (508) 791-3511
lciavarra@bowditch.com
lrikleen@bowditch.com
ccollins@bowditch.com

Dated:  September 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to any indicated as non-registered participants on September 12, 2007.

_____
Christine S. Collins