# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOPHIE C. CURRIER, on behalf of herself and on behalf of LEA M. GALLIEN-CURRIER<br><br>Plaintiffs,<br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Civil Action No.: 07-11691 |

## AFFIDAVIT OF GERARD F. DILLON, PH.D.

Gerard F. Dillon, having been duly sworn, hereby deposes and states:

1. I am employed by the National Board of Medical Examiners ("NBME") as Associate Vice President, United States Medical Licensing Examination ™ ("USMLE"). As Associate Vice President, USMLE, I coordinate USMLE activities at the NBME, including implementing and coordinating USMLE policies, developing an appropriate program design, overseeing the composition and activities of test committees, developing a research agenda, and serving as a liaison with external groups. A copy of my curriculum vitae is attached hereto as Exhibit A.

2. The NBME is a private non-profit corporation which, together with the Federation of State Medical Boards of the United States, Inc. ("FSMB"), another non-profit corporation, has established the USMLE. The USMLE is an examination designed to assess a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills, that are important in health and disease and that constitute the basis of safe and effective patient care. Each state's medical licensing authority sets its own rules and regulations for those

seeking a license to practice in that jurisdiction. Results of the USMLE are reported to these authorities for use in evaluating applicants seeking an initial license to practice medicine. The USMLE provides them with a common evaluation system for these applicants. The goals of the USMLE are (i) to provide to licensing authorities meaningful information from assessments of physician medical knowledge and skills that are important to the provision of safe and effective patient care; and (ii) to assure fairness and equity to physicians through the highest professional testing standards.

3. The mission of the NBME is to protect the health of the public by providing a common, consistent, state-of-the-art system of assessment for health professionals. Maintaining the integrity of the testing process is a critical part of the NBME's obligation to protect the public safety. In order to ensure the integrity and meaning of the scores, the NBME ensures that the USMLE is administered under standard conditions and that no examinee or group of examinees receives unfair advantage over another on the examination.

4. There are three major segments to the USMLE, known as "Steps." Step 1 assesses whether an applicant can understand and apply important concepts of the sciences basic to the practice of medicine, with special emphasis on the principles and mechanisms underlying health, disease, and modes of therapy. Step 2, which consists of separate clinical knowledge ("CK") and clinical skills ("CS") components, assesses whether an applicant can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 3 assesses whether an applicant can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings.

5. In order to take the USMLE, an applicant has to meet strict eligibility requirements. With respect to the Step 1 or Step 2 examination, only those persons who fall into one of the following categories at the time of application and on the day of examination are eligible to sit for these examinations:

- a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME),

- a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), or

- a medical student officially enrolled in, or a graduate of, a medical school outside the United States and Canada and eligible for examination by the ECFMG.

In addition, an individual physician who is eligible for licensure by a medical licensing authority, but who is not in one of the above three categories, may take Steps 1 or 2 upon request by that licensing authority and upon meeting certain requirements for licensing established by that licensing authority.

6. The Step 2 CK examination is offered five to six days per week, 50 weeks per year, at approximately 300 U.S. and 100 international Prometric® Testing Centers thus allowing examinees to take the examination at the time most convenient for them.

7. Eligible registrants must select a three-month period during which they wish to take the examination. Upon completion of the registration process and a determination of eligibility, the NBME sends to the registrant a Scheduling Permit, which specifies the three-month eligibility period during which the registrant must complete the examination. It is then the registrant's responsibility to contact his or her preferred Prometric® Testing Center to schedule a test date during that three-month period. If a registrant is unable to take the Step 2 CK

examination within his or her eligibility period, extensions are available to take the test during the contiguous three-month eligibility period.

8.  The standard Step 2 CK examination consists of a 15-minute tutorial, followed by eight 60-minute blocks of multiple choice questions, with 45 minutes of break time that examinees can allocate as desired throughout the day.  If an examinee completes the tutorial or the examination blocks in less than the allotted time, then the time remaining is added to available break time.   Candidates may leave the examination room and testing center during their breaks.

9.  The NBME has a policy of granting accommodations in the form of alterations to the standard format of the examination only to those with disabilities as defined by the Americans with Disabilities Act ("ADA").  Alterations to the standard format of the examination include such accommodations as additional time to complete the examination, additional break time, large print or audio examinations, or assistance in recording answers.  This policy was established by the Composite Committee, which is a joint board established by the FSMB and the NBME to provide oversight for and direct the operation of the USMLE .  The Composite Committee's responsibilities include approval of examination blueprints and test formats, authorization of the test scoring system, implementation of policies regarding score reporting, and determination of test administration policies and scheduling.

10.  The NBME has consistently denied any request for accommodation in the form of changes to the format of the examination to anyone with a condition or impairment that does not rise to the level of a recognized ADA disability.  The NBME does, however, in its discretion allow for personal item exceptions that do not involve altering the format of the examination to those who demonstrate a medical necessity, but whose conditions do not rise to the level of a

recognized ADA disability. These include, for example, allowing examinees to bring items into the testing center that would otherwise be prohibited, such as footstools, pillows, insulin, or food.

11. Since 1999, the Step 2 CK examination has been administered exclusively as a computer-delivered examination. In order to provide as much scheduling flexibility to registrants as possible, Step 2 CK is available for delivery on most days of the week, nearly year round. This level of test delivery requires a large test item pool and dozens of different examination forms. Examination forms are carefully constructed, in advance of making a test item pool available for delivery, to assure that they are comparable in terms of content coverage and difficulty. The conditions of test administration, such as the number of items per form and the amount of time per form, are also built into the testing software prior to the release of a test item pool. Test item pools take many months to develop; new pools are released once a year.

12. Only a limited number of examination forms that depart from standard length and timing conditions are included in a test item pool, consistent with the NBME's policy of granting accommodations only for documented disabilities under the ADA.

13. NBME creates nonstandard forms configured to address a broad range of disabilities. However, it has never been necessary to create a double time plus 60-minute extra break form and we do not currently have a form that includes the double testing time and 60 minutes of extra break that the plaintiff is requesting.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF SEPTEMBER, 2007.

_____
Gerard F. Dillon, Ph.D.

# EXHIBIT A

CURRICULUM VITAE                     September 2007

Gerard F. Dillon, Ph.D.

Business Address

| | | |
|---|---|---|
| National Board of Medical Examiners | Telephone: | (215) 590-9743 |
| 3750 Market Street | FAX: | (215) 590-9470 |
| Philadelphia, PA  19104 | E-mail: | gdillon@nbme.org |

Education

Ph.D., Educational Psychology, Temple University
M.Ed., Educational Psychology, Temple University
B.A., Psychology, LaSalle College

Employment History

Associate Vice President, United States Medical Licensing Examination (USMLE)
National Board of Medical Examiners, 2001 to Present

Responsible for coordination of USMLE activities at the NBME, including implementation and coordination of USMLE policies, development of an appropriate program design, composition and activities of test committees, development of a research agenda, and liaison with external groups.  USMLE is the licensure examination sequence that is required of all physicians who are seeking an initial license to practice allopathic medicine in one of the US licensing jurisdictions.

Director, United States Medical Licensing Examination (USMLE) Step 3, National Board of Medical Examiners, 1997 to 2001

Senior Psychometrician, National Board of Medical Examiners, 1980 to 2001

Psychometric Technician/Associate, National Board of Medical Examiners, 1974 to 1980

Adjunct Faculty, Psychological Studies in Education, Temple University, 1995 to 1997

Professional Organizations/Experience/Honors

Membership in: American Educational Research Association, (AERA)
                       National Council on Measurement in Education (NCME)
                       Council on Licensure, Enforcement, and Regulation (CLEAR)

Publications/Papers
Reviewer for:   Advances in Health Sciences Education
Educational Measurement: Issues and Practice
Association of American Medical Colleges (AAMC)
NCME
AERA Divisions D and I
AERA Special Interest Group
 on Professional Licensure and Certification


Awards:   1991 Best Paper Award from the Professional Licensure and Certification Special Interest Group of the American Educational Research Association (co-author with Anthony LaDuca).

1993 Thomas Hale Ham Award for New Investigators from the AAMC Group on Educational Affairs.

2003 AAMC/Research in Medical Education (RIME) Best Paper (co-author with Amy Sawhill).


Selected Professional Presentations and Publications

Dillon, G.F., Henzel, T.R. and LaDuca, A. (1989). *The Use of Relative-Absolute Compromise Techniques in the Standard Setting Process*. Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Francisco.

Dillon, G.F., Postell, L.E. and Henzel, T.R. (1990). *Using Scrambled Test Forms to Discourage Cheating Behavior - Practical Implications for Test Equating*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

Dillon, G.F. (1990). *The Relationship of Item Position and Angoff-Based Standard Setting Judgments*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

Dillon, G.F., Nungester, R.J. and LaDuca, A. (1990). *The Relationship of Test Item Content and Format to Angoff Based Standard Setting Judgments - Alerting Judges to Potential Problems.* Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, Boston.

Swanson, D.B., Dillon, G.F. and Postell, L.E. (1990). Setting Content-Based Standards for National Board Exams: Initial Research for the Comprehensive Part I Examination. *Academic Medicine September Supplement 1990: Proceedings of the Twenty-Ninth Annual Research in Medical Education Conference*, 65(9), S17-S18.

Dillon, G.F. and Ross, L.P.(1991). *The Effect of Targeting Test Questions at the Minimum Pass Point: Practical Considerations and Implications*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

Dillon, G.F., Swanson, D.B., Kelley, P.R., Nungester, R.J. and Powell, R.D.(1991).  *Retention of Basic Science Information by Fourth-Year Medical Students*.  Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

LaDuca, A., Henzel, T.R., Dillon, G.F. and Klass, D.J.(1991).  *Toward Construct Validation of a Physician Licensing Examination*.  Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

Nungester, R.J., Dillon, G.F., Swanson, D.B., Orr, N.A. and Powell, R.D.(1991).  Standard Setting Plans for the NBME Comprehensive Part I and Part II Examinations.  *Academic Medicine*, 66(8), 429-433

Henzel, T.R., LaDuca, A. and Dillon, G.F.(1992).  *Performance of Mature Physicians on a Test of General Medical Knowledge*.  Paper presented at the Annual Meeting of the American Education Research Association, April, San Francisco.

Dillon, G.F. and Clyman, S.G. (1992).  The computerization of Clinical Science Exams and Its Effect on Performance of Third-Year Medical Students. *Academic Medicine September Supplement 1992:  Proceedings of the Thirty-First Annual Research in Medical Education Conference*, 67(10), S76.

Dillon, G.F., Henzel, T.R., Klass, D.J., LaDuca, A., and Peskin, E.(1993).  *Presenting Test Items Clustered Around Patient Cases - Psychometric Concerns and Practical Implications for a Medical Licensure Program*.  Paper presented at the Annual Meeting of the American Education Research Association, April, Atlanta.

Dillon, G.F., Swanson, D.B., Nungester, R.J., Peskin, E., and Ross, L.P.(1993).  *A System for Training Standard Setting Judges Using Repeated Exercises, Questionnaires, and Unique Data Formats*.  Paper presented at the Annual Meeting of the American Educational Research Association, April, Atlanta.

Dillon, G.F.(1994).  Setting Standards on Written Examinations.  In Mancall, EL, Bashook, PG, and Dockery,JL (eds.): *Establishing Standards for Board Certification.*  Evanston, American Board of Medical Specialties, pp. 41-45.

Dillon GF, Henzel TR, LaDuca A, Walsh, WP(1995).  *The Influence of Type of Residency Training and Gender on an Examination for Medical Licensure.*   Paper presented at the Annual Meeting of the American Educational Research Association, April, San Francisco.

Dillon, GF, Henzel TR, and Walsh WP(1996).  *The impact of item set configuration on examinee response patterns.*  A paper presented at the Annual Meeting of the American Educational Research Association, April, New York.

Dillon, GF(1996).  The Expectations of Standard Setting Judges.  *CLEAR Exam Review*, 7(2), 22-26.

Leone-Perkins ML, Dillon GF, Walsh, WP(1996).  Examinee perceptions of the usefulness of performance feedback on an examination for medical licensure. Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education.

*Academic Medicine*, 1996, 71(10), S88-S90.

Swanson DB, Case SM, Luecht, RM, and Dillon, GF(1996).  *Retention of basic science information by 4th-year medical students.*    Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education.  *Academic Medicine*, 1996, 71(10), S80-S82.

Dillon GF, Marcus LA, and Walsh WP(1997).  *Preparing to repeat the USMLE Step 3 examination: The usefulness of test performance feedback.*  Proceedings of the Thirty-sixth Annual Conference of Research in Medical Education.  *Academic Medicine*, 1997, 72(10), S94-S96.

Dillon GF, Henzel TR, and Walsh WP(1997).  The Impact of postgraduate training on an examination for medical licensure.  In Scherpbier, AJJA, van der Vleuten CPM, Rethans JJ, van der Steeg AFW, eds.: *Advances in Medical Education*, Kluwer Academic Publishers, 146-148.

Dillon, GF(1998).  Testing and Measurement Issues: The Role of Survey Data in a Testing Program.  *CLEAR Exam Review*, 9(1), 20-22.

Dillon GF and Walsh WP(1998).  *Standard setting judges= perceptions on the use of performance data to guide their decisions.*  A paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Diego..

Dillon GF, Case SM, Melnick DE, Nungester RJ, and Swanson DB(1998).  Setting standards on the United States Medical Licensing Examination.  *Proceedings of the Eighth International Ottawa Conference.* Philadelphia, PA: National Board of Medical Examiners; *CD-ROM*.

Dillon GF(1999).  *The United States Medical Licensing Examination (USMLE): Psychometric principles and procedures*.  Invited address before the National Examination Committee of the Japanese Ministry of Health and Welfare, January, Tokyo.

Dillon GF, and Henzel TR(1999).  *The relationship between amount of postgraduate training and performance on a physician licensing examination*.  A paper presented at the Annual Meeting of the American Education Research Association, April, Montreal.

Dillon GF and Walsh WP (2000).  Using performance data to set standards: Practical impact and the perception of judges*.*  *CLEAR Exam Review,* 11(1), 15-18.

Johnson D,  Dillon GF, and Henzel TR (2000).  The Post Licensure Assessment System. *The Journal of Medical Licensure and Discipline*, 86(3), 116-122.

Dillon GF, Clyman SG, Clauser BE, Margolis MJ. The introduction of computer-based case simulations into the United States Medical Licensing Examination. *Academic Medicine*. 2002;77:S94-96.

Melnick DE, Dillon GF, Swanson DB. Medical licensing examinations in the United States. *Journal of Dental Education*. 2002;66:595-599; discussion 610-611.

Dillon GF. The United States Medical Licensing Examination (USMLE): recent developments and new directions. Annual Meeting of the Japan Medical Education Foundation, August, 2002, Tokyo, Japan.

Sawhill AJ, Dillon GF, Ripkey DR, Hawkins RE, Swanson DB. The impact of postgraduate training and timing on USMLE Step 3 performance. *Academic Medicine*. 2003;78(10 Suppl):S10-12

Cuddy MM, Dillon GF, Clauser BE, Holtzman KZ, Margolis MJ, McEllhenney SM, Swanson DB (2004). Assessing the validity of the USMLE Step 2 clinical knowledge examination through an evaluation of its clinical relevance. *Academic Medicine*, 79(10 Suppl):S43-45.

De Champlain AF, Winward M, Dillon GF, De Champlain JE (2004). Modeling passing rates on a computer-based medical licensing examination: an application of survival data analysis*, Educational Measurement: Issues and Practice* 23(3): 15-22.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2004). Building a validity argument for a medical licensing examination. Paper presented at the Eleventh International Ottawa Conference on Medical Education and Assessment, July, Barcelona, Spain.

Dillon GF (2004). Assessing physicians for licensure in the United States. Seminar presented at the Education Committee National Assessment Seminar, General Medical Council, October, London, England.

Dillon GF, Clothier C, Melnick DE, Thompson J (2004). The United States Medical Licensing Examination (USMLE): Assessing competencies relevant to safe and effective practice. International Association of Medical Regulatory Associations, 6th Annual Conference on Medical Regulation, April, Dublin, Ireland.

Dillon GF, Boulet JR, Hawkins RE, Swanson DB. Simulations in the United States Medical Licensing Examination (USMLE). *Quality & Safety in Health Care*. 2004;13 Suppl 1:i41-i45.

Swygert KA, Muller ES, Clauser BE, Dillon GF, Swanson DB (2004). The impact of timing changes on examinee pacing on the USMLE Step 2 exam. *Academic Medicine*, 79(10 Suppl):S52-54.

Dillon GF (2005). Assessment in the U.S. Medical Licensing System. Conference on Medical Education: From Here to Where? General Medical Council, May, London, England.

Swanson DB, Lazarus CJ, Dillon GF, Melnick DE (2005). Coverage of the Behavioral and Social Sciences on the United States Medical Licensing Examination (USMLE). *Annals of Behavioral Science and Medical Education,* 11(1): 30-36.

Dillon GF, Scoles PV. An Examination of Clinical Skills in the United States Medical Licensing Examination (USMLE). *ACGME Bulletin*. December, 2005:16.

Harik P, Clauser BE, Grabovsky I, Margolis MJ, Dillon GF, Boulet JR.  Relationships among subcomponents of the USMLE Step 2 Clinical Skills examination, the Step 1, and the Step 2 Clinical Knowledge examinations.  *Academic Medicine*, 81(10 Suppl): S21-S24.

Cuddy MM, Swanson DB, Dillon GF, Holtman MC, Clauser BE (2006).  A multilevel analysis of the relationships between selected examinee characteristics and United States Medical Licensing Examination Step 2 Clinical Knowledge performance: Revisiting old findings and asking new questions.  *Academic Medicine*, 81(10 Suppl): S103-S107.

DeChamplain A, Sample L, Dillon GF, Boulet JR (2006).  Modeling longitudinal performance on the United States Medical Licensing Examination and the impact of sociodemographic covariates: an application of survival data analysis.  *Academic Medicine*, 81(10 Suppl): S108-S111.

Dillon GF, Hallock JA, Melnick DE, Scoles PV, Thompson J (2006).  Introduction of an assessment of clinical skills into a medical licensing examination.  International Association of Medical Regulatory Associations, 7th Conference on Medical Regulation, November, Wellington, New Zealand.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2006).  Validity and the Medical Licensing Examination.  International Association of Medical Regulatory Associations, 7th Conference on Medical Regulation, November, Wellington, New Zealand.