# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action<br>No: <u>07-11691-WGY</u>

CURRIER
Plaintiff

v.

NATIONAL BOARD OF MEDICAL EXAMINERS
Defendant

<u>ORDER OF REMAND</u>

YOUNG, D.J.

    In accordance with the Court's order at the hearing of 9/13/07, the above-entitled action is hereby remanded to the Superior Court sitting in and for the County of Norfolk..

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

September 13, 2007

To: All Counsel